# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/12/05  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CV NO. 04-00583SPK-BMK
CASE NAME:          Samud Imai Vs. R. L. Brownlee, etc. et al.
ATTYS FOR PLA:      Elbridge W. Smith
ATTYS FOR DEFT:     Edric M. K. Ching
INTERPRETER:

JUDGE:   Barry M. Kurren         REPORTER:   None

DATE:    12/12/05                TIME:       3:05pm-3:12pm

COURT ACTION:  EP: Rule 16 Scheduling Conference-

1.   Jury trial on December 5, 2006 at 9:00 a.m. before SPK
2.   Final Pretrial Conference on October 24, 2006 at 9:00 a.m. before BMK
3.   Final Pretrial Conference before District Judge N/A
4.   Final Pretrial Statement by October 17, 2006
5.   File motions to Join/Add Parties/Amend Pleadings by May 5, 2006
6.   File other Non-Dispositive Motions by September 6, 2006
7.   File Dispositive Motions by July 5, 2006
8a.  File Motions in Limine by November 14, 2006
8b.  File opposition memo to a Motion in Limine by November 21, 2006
11a. Plaintiff's Expert Witness Disclosures by June 5, 2006
11b. Defendant's Expert Witness Disclosures by July 5, 2006
12.  Discovery deadline October 6, 2006
13.  Settlement Conference set for September 7, 2006 at 1:30pm before BMK
14.  Settlement Conference statements by August 31, 2006
20.  Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by November 21, 2006
21.  File Final witness list by November 14, 2006
24.  Exchange Exhibit and Demonstrative aids by November 7, 2006
25.  Stipulations re: Authenticity/Admissibility of Proposed Exhibits by November 14, 2006
26.  File objections to the Exhibits by November 21, 2006
28a. File Deposition Excerpt Designations by November 14, 2006

28b. File Deposition Counter Designations and Objections by November 21, 2006
29. File Trial Brief by November 21, 2006
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters:

Submitted by Leslie L. Sai, Courtroom Manager

CV NO. 04-00583SPK-BMK;
Samud Imai Vs. R. L. Brownlee, etc. et al.;
Rule 16 Scheduling Conference Minutes
12/12/05