# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/02/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV 04-00583SPK-BMK

CASE NAME:       Samud Imai v. R.L. BrownLee, Acting Secretary, Department of the Army, Hale Koa Hotel and Francis J. Harvey

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:

DATE:    06/02/2006               TIME:

COURT ACTION:  EO: New dates given at the agreement of the parties. Court to prepare an amended scheduling order.

1.   Jury trial on July 31, 2007 at 9:00 a.m. before SPK
2.   Final Pretrial Conference on June 19, 2007 at 9:00 a.m. before BMK
3.
4.   Final Pretrial Statement by June 12, 2007
5.
6.   File other Non-Dispositive Motions by May 2, 2007
7.   File Dispositive Motions by February 28, 2007
8a.  File Motions in Limine by July 10, 2007
8b.  File opposition memo to a Motion in Limine by July 17, 2007
11a. Plaintiff's Expert Witness Disclosures by January 29, 2007
11b. Defendant's Expert Witness Disclosures by February 28, 2007
12.  Discovery deadline June 1, 2007
13.  Settlement Conference set for September 7, 2006 at 1:30 p.m. before BMK
14.  Settlement Conference statements by August 31, 2006
20.  Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by July 17, 2007
21.  File Final witness list by July 10, 2007
24.  Exchange Exhibit and Demonstrative aids by July 3, 2007
25.  Stipulations re: Authenticity/Admissibility of Proposed Exhibits by July 10, 2007
26.  File objections to the Exhibits by July 17, 2007

28a.   File Deposition Excerpt Designations by July 10, 2007
28b.   File Deposition Counter Designations and Objections by July 17, 2007
29.    File Trial Brief by July 17, 2007
30.

cc: Tammy Kimura

Submitted by Richlyn Young, Courtroom Manager

CV 04-00583SPK-BMK;
Samud Imai v. Hale Koa Hotel and Francis J. Harvey;
Rule 16 Scheduling Conference Minutes
06/02/2006