EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

EDRIC M. CHING   #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SAMUD IMAI, ) | CIVIL NO. 04-00583 SPK BMK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | [RE: DEFENDANT'S **SECOND** |
| ) | REQUEST FOR ANSWERS TO |
| R. L. BROWNLEE, Acting ) | INTERROGATORIES TO PLAINTIFF] |
| Secretary, Department of ) | |
| the Army, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the DEFENDANT'S **SECOND** REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF was duly served upon the following persons by depositing said copy in the United States Mail, postage prepaid, on this date, as set forth below:

```
     Elbridge W. Smith, Esq.
     Smith Himmelman
     Topa Financial Center, Suite 311
     745 Fort Street
     Honolulu, HI 96813

     Raymond W. Laing
     Attorney at Law
     470 Meadow Way
     San Geronimo, CA 94903

     Attorneys for Plaintiff
```

DATED: November 28, 2006, at Honolulu, Hawaii.

/s/ Ann Yuuki
_____