EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

EDRIC M. CHING   #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SAMUD IMAI, ) | CIVIL NO. 04-00583 SPK BMK |
| ) | |
| Plaintiff, ) | AMENDED CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | [RE: DEFENDANT'S **SECOND** |
| ) | REQUEST FOR PRODUCTION OF |
| R. L. BROWNLEE, Acting ) | DOCUMENTS TO PLAINTIFF] |
| Secretary, Department of ) | |
| the Army, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the DEFENDANT'S **SECOND** REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF was duly served upon the following persons by depositing said copy in the United States Mail, postage prepaid, on this date, as set forth below:

```
Elbridge W. Smith, Esq.
Smith Himmelman
Topa Financial Center, Suite 311
745 Fort Street
Honolulu, HI 96813

Raymond W. Laing
Attorney at Law
470 Meadow Way
San Geronimo, CA 94903

Attorneys for Plaintiff
```

DATED: December 01, 2006, at Honolulu, Hawaii.

                EDWARD H. KUBO, JR.
                United States Attorney
                District of Hawaii


                   /s/ Edric M. Ching
            By _____
                EDRIC M. CHING
                Assistant U.S. Attorney

                Attorneys for Defendant