EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

EDRIC M. CHING   #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Federal Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SAMUD IMAI,<br><br>   Plaintiff,<br><br> vs.<br><br>R. L. BROWNLEE, Acting Secretary, Department of the Army,<br><br>   Defendant. | CIVIL NO. 04-00583 SPK BMK<br><br>FEDERAL DEFENDANT'S MOTION TO COMPEL DISCOVERY; MEMORANDUM IN SUPPORT OF FEDERAL DEFENDANT'S MOTION TO COMPEL DISCOVERY; DECLARATION OF EDRIC M. CHING; EXHIBITS "A" THROUGH "G"; CERTIFICATE OF SERVICE |

FEDERAL DEFENDANT'S MOTION TO COMPEL DISCOVERY

  Defendant R.L. BROWNLEE, Acting Secretary, Department of the Army, by and through his counsel, the United States Attorney for the District of Hawaii and Assistant United States Attorney Edric M. Ching, and hereby moves for the Court to compel Plaintiff to respond to Defendant's First Request for Answers to Interrogatories to Plaintiff and Defendant's First Request For Production Of Documents And Things To Plaintiff which were served on Plaintiff on December 1, 2005.

This Motion is submitted pursuant to Rules 7 and 37 of the Federal Rules of Civil Procedure, the Memorandum in Support of Motion, the Declaration of Edric M. Ching, attached exhibits and the entire record herein.

DATED: December 1, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Edric M. Ching
By_____
EDRIC M. CHING
Assistant U.S. Attorney

Attorneys for Federal Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served upon the following at their last known address:

Served Electronically through CM/ECF:

ELBRIDGE W. SMITH shlaw@hawaii.rr.com
December 4, 2006

Served by First-Class Mail          December 4, 2006

Raymond W. Laing
Smith Himmelmann
470 Meadow Way
San Geronimo, CA 94963


DATED: December 4, 2006, at Honolulu, Hawaii.

                                  EDWARD H. KUBO, JR.
                                  United States Attorney
                                  District of Hawaii

                                    /s/ Edric M. Ching
By_____
                                EDRIC M. CHING
                                Assistant U.S. Attorney

                                Attorneys for Federal
                                Defendant