IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SAMUD IMAI, ) | CIVIL NO. 04-00583 SPK BMK |
| ) | |
| Plaintiff, ) | DECLARATION OF EDRIC M. CHING; |
| ) | EXHIBITS "A" THROUGH "G" |
| vs. ) | |
| ) | |
| R. L. BROWNLEE, Acting ) | |
| Secretary, Department of the ) | |
| Army, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

DECLARATION OF EDRIC M. CHING

1.  I am the Assistant United States Attorney assigned to this matter and am licensed to practice law in all courts in the State of Hawaii.

2.  Attached hereto as Exhibit "A" is a true and correct copy of the Certificate of Service Re: Defendant's First Request for Answers to Interrogatories to Plaintiff filed on December 1, 2005.

3.  Attached hereto as Exhibit "B" is a true and correct copy of the Certificate of Service Re: Defendant's First Request For Production Of Documents And Things To Plaintiff filed on December 1, 2005.

4.  Attached hereto as Exhibit "C" is a true and correct copy of a January 20, 2006 correspondence I received from Elbridge Smith, Esq.

     5.    Attached hereto as Exhibit "D" is a true and correct copy of a February 8, 2006 correspondence I received from Elbridge Smith, Esq.

     6.    Attached hereto as Exhibit "E" is a true and correct copy of an April 11, 2006 correspondence I received from Elbridge Smith, Esq.

     7.    Attached here as Exhibit "F" is a true and correct copy of an August 23, 2006 correspondence that I sent to Elbridge Smith, Esq.

     8.    Attached hereto as Exhibit "G" is a true and correct copy of a November 22, 2006 correspondence that I sent to Elbridge Smith, Esq.

     9.    Mr. Smith and I participated in a telephonic meet and confer on November 15, 2006 in which Mr. Smith assured me that the overdue discovery responses would be sent to me in the near future. This meeting was Defendant's good faith effort to secure responses to the discovery described in paragraphs 2 and 3 of this Declaration.

     I declare under penalty of perjury that the foregoing is true and correct to the best of my recollection and knowledge.

     Executed on this 1st day of December, 2006.

                               /s/ Edric M. Ching

                               EDRIC M. CHING