# EXHIBIT "E"

# SMITH HIMMELMANN
ATTORNEYS AT LAW • A LAW CORPORATION

TOPA FINANCIAL CENTER • SUITE 311
745 FORT STREET • HONOLULU, HAWAII 96813
TELEPHONE: 808.523.5050
FAX: 808.538.1382 or 815.377.1117
E-MAIL: shlaw@hawaii.rr.com

April 11, 2006

Mr. Edric M. Ching
Assistant U.S. Attorney
PJKK Federal Building, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Re:   Samud Imai v. Hale Koa Hotel, et al, Civil No. 04-00583 SPK BMK

Dear Mr. Ching:

Thank you for your telephone call to my office yesterday with regard to the above case. This letter is to confirm our request and your agreement allowing Plaintiff up to and including April 28, 2006 within which to complete her Responses to your Discovery Requests.

Thank you for your cooperation in this matter.

Most sincerely yours,
SMITH HIMMELMANN

Elbridge W. Smith

EWS:ma

EXHIBIT "E"

*Specializing in Representing Federal Employees*