# EXHIBIT "F"



# U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

PJKK Federal Building  (808) 541-2850
300 Ala Moana Blvd.   FAX (808) 541-2958
Room 6-100
Honolulu, Hawaii  96850

August 23, 2006

Elbridge W. Smith, Esq.
Smith Himmelmann
745 Fort Street, Suite 311
Honolulu, HI 96813

    Re:   Imai v. Harvey
          Civil No. 04-00583 SPK BMK

Dear Mr. Smith:

    I am writing to inquire about the status of Plaintiff's response to our request for answers to interrogatories and request for production of documents.

    As you know, the Government has agreed to several extensions but have yet to receive responses to the above-referenced requests.

    I look forward to discussing this matter with you in the near future. Thank you for your continued cooperation and courtesy in this matter.

                              Very truly yours,

                              EDWARD H. KUBO, JR
                              United States Attorney
                              District of Hawaii

                              By _____
                              EDRIC M. CHING
                              Assistant U.S. Attorney

EMC:emc

**EXHIBIT "F"**