# EXHIBIT "G"



**U.S. Department of Justice**

*United States Attorney*
*District of Hawaii*

PJKK Federal Building          (808) 541-2850
300 Ala Moana Blvd.           FAX (808) 541-2958
Room 6-100
Honolulu, Hawaii 96850

November 22, 2006

<u>VIA FACSIMILE ONLY (538-1382)</u>

Elbridge W. Smith, Esq.
Smith Himmelmann
745 Fort Street, Suite 311
Honolulu, HI 96813

    Re:  Imai v. Harvey
         <u>Civil No. 04-00583 SPK BMK</u>

Dear Mr. Smith:

    I am writing to follow up on my numerous prior correspondences and our November 15, 2006 telephonic meet and confer regarding your discovery responses which are grossly overdue. Despite your repeated assurances, we have yet to receive these responses. Please note that if we do not receive these responses by November 27, 2006, we will file a motion to compel with the Court.

    Thank you for your continued cooperation and courtesy in this matter.

                  Very truly yours,

                  EDWARD H. KUBO, JR
                  United States Attorney
                  District of Hawaii

                  By _____
                     EDRIC M. CHING
                     Assistant U.S. Attorney

EMC:emc

**EXHIBIT "G"**



# FACSIMILE TRANSMITTAL
*COVER SHEET*

**UNITED STATES ATTORNEY
DISTRICT OF HAWAII**
ROOM 6-100, PJKK FEDERAL BUILDING
300 ALA MOANA BLVD.
HONOLULU, HAWAII 96850
PHONE: (808) 541-2850
FAX: (808) 541-2958

**DATE:** November 22, 2006

**# of Pages (incl. cover sheet):** 2

| FAX NUMBER | PHONE NUMBER |
|---|---|
| 538-1382 | 523-5050 |

**TO:** Elbridge W. Smith, Esq.

**FROM:** Edric M. Ching, AUSA

***SPECIAL INSTRUCTIONS:***

Imai v. Harvey; Civil No. 94-00583 SPK BMK

Attached is my letter of today.

# Transmission Report

| | | | | | |
|---|---|---|---|---|---|
| Date/Time | 11-22-2006 | 01.57.20 p.m. | Transmit Header Text | | |
| Local ID 1 | 5412823 | | Local Name 1 | US ATTORNEYS OFFICE | |
| Local ID 2 | 5412958 | | Local Name 2 | US ATTORNEYS OFFICE | |

This document : Confirmed
(reduced sample and details below)
Document size : 8.5"x11"



Total Pages Scanned : 2      Total Pages Confirmed : 2

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 406 | 8085381382 | 01:56:03 p.m. 11-22-2006 | 00:00:47 | 2/2 | 2 | EC | HS | CP9600 |

Abbreviations:
HS: Host send         PL: Polled local       MP: Mailbox print    TU: Terminated by user
HR: Host receive      PR: Polled remote      CP: Completed        TS: Terminated by system   G3: Group 3
WS: Waiting send      MS: Mailbox save       FA: Fail             RP: Report                 EC: Error Correct