# SMITH HIMMELMANN

Attorneys at Law - A Law Corporation
**ELBRIDGE W. SMITH** [HI #2079]
745 Fort Street, Suite 311
Honolulu, Hawaii 96813
Telephone No.: (808) 523-5050
Fax No. (808) 538-1382
Email: shlaw@hawaii.rr.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SAMUD IMAI, ) | CIVIL NO. 04-00583 SPK BMK |
| Plaintiff, ) | |
| vs. ) | |
| ) | CERTIFICATE OF SERVICE |
| HALE KOA HOTEL; ) | |
| Francis J. Harvey, Secretary, ) | |
| DEPARTMENT OF THE ARMY, ) | |
| ) | |
| Defendants. ) | |

H:\CLIENTS\Imai\USDC - Discovery\01-04-07 COS Plaintiff's Answers to Discovery.wpd

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiff's Responses to Agency's First Requests for Answers to Interrogatories was served on Edric M. Ching, Assistant U.S. Attorney, Edward H. Kubo, Jr., United States Attorney, District of Hawaii, Attorneys for Defendants, by facsimile transmission, on this date, to his fax number of record, as follows:

   Edward H. Kubo, Jr., United States Attorney, District of Hawaii
   Edric M. Ching, Assistant U.S. Attorney
   Room 6-100, PJKK Federal Building         **Fax No. 541-3752**
   300 Ala Moana Blvd., Honolulu, Hawaii 96850-6100
       Attorneys for Defendants

DATED: Honolulu, Hawaii, January 4, 2007.

*/s/ Elbridge W. Smith*

Elbridge W. Smith
Attorney for Plaintiff