# SMITH HIMMELMANN

Attorneys at Law • A Law Corporation

**ELBRIDGE W. SMITH** [HI #2079]
**RAYMOND W. LAING** [CA#118124]
745 Fort Street, Suite 311
Honolulu, Hawaii 96813
Telephone No.: (808) 523-5050
Fax No.: (808) 538-1382
Email: shlaw@hawaii.rr.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SAMUD IMAI, | CIVIL NO. 04-00583 SPK BMK |
| Plaintiff, | |
| vs. | |
| | CERTIFICATE OF SERVICE |
| HALE KOA HOTEL; | |
| FRANCIS J. HARVEY, Secretary, | |
| Department of the Army, | |
| Defendants. | |

H:\CLIENTS\Imai\USDC - Discovery\01-15-07 COS P's Responses to D's RPD.wpd

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiff's Responses to Defendants Production of Documents Requests documents was served, electronically, as follows:

    Edward H. Kubo, Jr. United States Attorney District of Hawaii
    Edric M. Ching, Assistant U.S. Attorney    Edric.Ching@usdoj.gov
    Room 6-100, PJKK Federal Building
    300 Ala Moana Blvd., Honolulu, Hawaii 96850-6100
    Attorneys for Defendants

And that a copy of this Certificate of Service was also served electronically: CM/ECF.

DATED: Honolulu, Hawaii, January 15, 2007.

                                                          /s/ EWS
                                                   Elbridge W. Smith
                                                   Attorney for Plaintiff