# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/22/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00583SPK-BMK |
| CASE NAME: | Samud Imai v. R.L. Brownlee |
| ATTYS FOR PLA: | Elbridge W. Smith |
| ATTYS FOR DEFT: | Edric M.K. Ching |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 01/22/2007 | TIME: | 2:27 - 2:35 |

COURT ACTION:   EP: [28] Federal Defendant's Motion to Compel Discovery - orally withdrawn per Edric M.K. Ching.  (3 min.)

Status Conference Re Deadlines - new date given.  Court to prepare an amended scheduling order. (3 min.)

1.  Jury trial on January 15, 2008 at 9:00 a.m. before SPK
2.  Final Pretrial Conference on December 4, 2007 at 9:00 a.m. before BMK
3.
4.  Final Pretrial Statement by November 27, 2007
5.  File motions to Join/Add Parties/Amend Pleadings by June 15, 2007
6.  File other Non-Dispositive Motions by October 17, 2007
7.  File Dispositive Motions by August 15, 2007
8a. File Motions in Limine by December 26, 2007
8b. File opposition memo to a Motion in Limine by January 2, 2008
11a. Plaintiff's Expert Witness Disclosures by July 16, 2007
11b. Defendant's Expert Witness Disclosures by August 15, 2007
12. Discovery deadline November 16, 2007
13. Settlement Conference set for April 10, 2007 at 10:00 a.m. before BMK
14. Settlement Conference statements by April 3, 2007
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by January 2, 2008
21. File Final witness list by December 26, 2007

24. Exchange Exhibit and Demonstrative aids by December 18, 2007
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by December 26, 2007
26. File objections to the Exhibits by January 2, 2008
28a. File Deposition Excerpt Designations by December 26, 2007
28b. File Deposition Counter Designations and Objections by January 2, 2008
29. File Trial Brief by January 2, 2008
30.

cc: Tammy Kimura
Submitted by Richlyn Young, Courtroom Manager

CV 04-00583SPK-BMK;
Samud Imai v. R.L. Brownlee;
Rule 16 Scheduling Conference Minutes
01/22/2007