EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

EDRIC M. CHING   #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Defendants

              IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF HAWAII


SAMUD IMAI,                 )    CIVIL NO. 04-00583 SPK BMK
                            )
           Plaintiff,       )    CERTIFICATE OF SERVICE
                            )
    vs.                     )    (re: Notice of Taking
                            )    Deposition Upon Written
FRANCIS J. HARVEY,          )    Interrogatories - Kaiser
Secretary, Department of    )    Permanente, Medical Records
the Army; HALE KOA HOTEL,   )    Department)
                            )
           Defendants.      )
_____)


               CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that, on the date and by the method of

service noted below, a true and correct copy of the Notice of

Taking Deposition Upon Written Interrogatories (Kaiser Permanente

- Medical Records Department) was duly served upon the following

persons at their last known addresses:

<u>Served by First Class Mail</u>:

    Elbridge W. Smith            March 8, 2007
    Smith Himmelmann AAL ALC
    745 Fort Street Mall, Suite 311
    Honolulu, Hawaii  96813-3803

    Raymond W. Laing            March 8, 2007
    Attorney at Law
    470 Meadow Way
    San Geronimo, CA 94903

       Attorneys for Plaintiff

DATED:  March 8, 2007, at Honolulu, Hawaii.

                  EDWARD H. KUBO, JR.
                  United States Attorney
                  District of Hawaii


                   /s/ Edric M. Ching
         By _____
            EDRIC M. CHING
            Assistant U.S. Attorney