EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

EDRIC M. CHING   #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SAMUD IMAI, | ) | CIVIL NO. 04-00583 SPK BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | (re: Notice of Taking |
| | ) | Deposition Upon Written |
| FRANCIS J. HARVEY, | ) | Interrogatories - Kaiser |
| Secretary, Department of | ) | Permanente, Medical Records |
| the Army; HALE KOA HOTEL, | ) | Department) |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the Notice of Taking Deposition Upon Written Interrogatories (Kaiser Permanente - Medical Records Department) was duly served upon the following persons at their last known addresses:

<u>Served by First Class Mail</u>:

    Elbridge W. Smith              April 6, 2007
    Smith Himmelmann AAL ALC
    745 Fort Street Mall, Suite 311
    Honolulu, Hawaii  96813-3803

    Raymond W. Laing              April 6, 2007
    Attorney at Law
    470 Meadow Way
    San Geronimo, CA 94903

        Attorneys for Plaintiff

DATED:  April 6, 2007, at Honolulu, Hawaii.

                                    EDWARD H. KUBO, JR.
                                    United States Attorney
                                    District of Hawaii


                                      /s/ Edric M. Ching
                              By _____
                                    EDRIC M. CHING
                                    Assistant U.S. Attorney