EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

EDRIC M. CHING     6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SAMUD IMAI, | ) | CIVIL NO. 04-00583 SPK BMK |
| | ) | |
| Plaintiff, | ) | FEDERAL DEFENDANT'S SECOND |
| | ) | MOTION TO COMPEL DISCOVERY; |
| vs. | ) | MEMORANDUM IN SUPPORT OF |
| | ) | FEDERAL DEFENDANT'S MOTION TO |
| HALE KOA HOTEL; | ) | COMPEL DISCOVERY; DECLARATION |
| FRANCIS J. HARVEY, | ) | OF EDRIC M. CHING; |
| Secretary, Department of | ) | EXHIBITS "A" THROUGH "M"; |
| the Army, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

FEDERAL DEFENDANT'S SECOND MOTION TO COMPEL DISCOVERY

Defendant R.L. BROWNLEE, Acting Secretary, Department of the Army, by and through his counsel, the United States Attorney for the District of Hawaii and Assistant United States Attorney Edric M. Ching, and hereby moves for the Court to compel Plaintiff to provide complete answers to certain requests contained in Defendant's First Request for Answers to Interrogatories to Plaintiff and Defendant's First Request For Production Of Documents And Things To Plaintiff and to compel

Plaintiff to respond to Defendant's Second Request for Answers to Interrogatories to Plaintiff and Defendant's Second Request For Production Of Documents To Plaintiff.

This Motion is submitted pursuant to Rules 7 and 37 of the Federal Rules of Civil Procedure, the Memorandum in Support of Motion, the Declaration of Edric M. Ching, attached exhibits and the entire record herein.

DATED: May 16, 2007, at Honolulu, Hawaii.

>EDWARD H. KUBO, JR.
>United States Attorney
>District of Hawaii
>
>          /s/ Edric M. Ching
>By_____
>   EDRIC M. CHING
>   Assistant U.S. Attorney
>
>Attorneys for
>     Federal Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SAMUD IMAI, | ) | CIVIL NO. 04-00583 SPK BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| HALE KOA HOTEL; | ) | |
| FRANCIS J. HARVEY, | ) | |
| Secretary, Department of | ) | |
| the Army, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served upon the following at their last known address:

Served Electronically through CM/ECF:

    ELBRIDGE W. SMITH         May 16, 2007
    shlaw@hawaii.rr.com

Served by First-Class Mail:

    Raymond W. Laing          May 16, 2007
    Smith Himmelmann
    470 Meadow Way
    San Geronimo, CA 94963

    DATED: May 16, 2007, at Honolulu, Hawaii.

    /s/ Coleen Tasaka-Shoda
    _____