IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SAMUD IMAI, | ) | CIVIL NO. 04-00583 SPK BMK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF EDRIC M. CHING; |
| | ) | EXHIBITS "A" THROUGH "M" |
| vs. | ) | |
| | ) | |
| HALE KOA HOTEL; | ) | |
| FRANCIS J. HARVEY, | ) | |
| Secretary, Department of | ) | |
| the Army, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## DECLARATION OF EDRIC M. CHING

1. I am the Assistant United States Attorney assigned to this matter and am licensed to practice law in all courts in the State of Hawaii.

2. Attached hereto as Exhibit "A" is a true and correct copy of the Certificate of Service Re: Defendant's First Request for Answers to Interrogatories to Plaintiff filed on December 1, 2005.

3. Attached hereto as Exhibit "B" is a true and correct copy of the Certificate of Service Re: Defendant's First Request For Production Of Documents And Things To Plaintiff filed on December 1, 2005.

4. Attached hereto as Exhibit "C" is a true and correct copy of a January 20, 2006 correspondence I received from Elbridge Smith, Esq.

5. Attached hereto as Exhibit "D" is a true and correct copy of a February 8, 2006 correspondence I received from Elbridge Smith, Esq.

6. Attached hereto as Exhibit "E" is a true and correct copy of an April 11, 2006 correspondence I received from Elbridge Smith, Esq.

7. Attached here as Exhibit "F" is a true and correct copy of an August 23, 2006 correspondence that I sent to Elbridge Smith, Esq.

8. Attached hereto as Exhibit "G" is a true and correct copy of a November 22, 2006 correspondence that I sent to Elbridge Smith, Esq.

9. Mr. Smith and I participated in a telephonic meet and confer on November 15, 2006 in which Mr. Smith assured me that the overdue discovery responses would be sent to me in the near future. This meeting was Defendant's good faith effort to secure responses to the discovery described in paragraphs 2 and 3 of this Declaration.

10. On or about December 1, 2006, Defendant filed his Motion to Compel Discovery ("First Motion to Compel") seeking to compel the production of Defendant's First Request for Answers to Interrogatories to Plaintiff and Defendant's Request For Production of Documents and Things to Plaintiff. The hearing on the First Motion To Compel was held on January 22, 2007.

11. Attached hereto as Exhibit "H" is a true and correct copy of an Amended Certificate of Service.

12. Attached hereto as Exhibit "I" is a true and correct copy of the Certificate of Service.

13. Plaintiff provided her responses to the Defendant's First Request for Answers to Interrogatories To Plaintiff and Defendant's First Request for Production of Documents and Things To Plaintiff on or about January 13, 2007. See Plaintiff's Responses To Defendants' Document Production Requests and Plaintiff's Responses To Agency's Discovery Requests, true and correct copies of which are attached hereto as Exhibits "J" and "K", respectively.

14. On January 18, 2007, I wrote a letter to Plaintiff's counsel requesting complete responses to certain discovery requests made by Defendant. See January 18, 2007 correspondence from myself to Elbridge Smith, Esq., a true and correct copy of which is attached hereto as Exhibit "L".

15. At the January 22, 2007 hearing, Defendant withdrew the First Motion to Compel because discovery responses (albeit incomplete) were propounded by Plaintiff.

16. On March 28, 2007, Plaintiff's counsel and myself conducted a telephonic meet and confer regarding Plaintiff's responses to the above-referenced discovery requests and Plaintiff's counsel was informed that a second motion to compel

discovery would be filed unless complete responses to the above-referenced discovery requests were not provided by May 15, 2007. See March 28, 2007 correspondence, a true and correct copy of which is attached hereto as Exhibit "M".

17. To date, Defendant has not received complete answers to his First Request For Answers To Interrogatories to Plaintiff and his First Request For Production Of Documents and Things To Plaintiff as detailed in Exhibit "L" and has received no response to his Second Request For Answers To Interrogatories to Plaintiff and Second Request For Production Of Documents to Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct to the best of my recollection and knowledge.

Executed on this 16th day of May, 2007.

/s/ Edric M. Ching
_____
EDRIC M. CHING