# EXHIBIT "A"

2005V00024
EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

EDRIC M. CHING   #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 1 2005

at ____o'clock and ____min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SAMUD IMAI, | CIVIL NO. 04-00583 SPK BMK |
| Plaintiff, | CERTIFICATE OF SERVICE RE: DEFENDANT'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF |
| vs. | |
| R. L. BROWNLEE, Acting Secretary, Department of the Army, | |
| Defendant. | |

CERTIFICATE OF SERVICE RE: DEFENDANT'S FIRST
REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF

     I HEREBY CERTIFY that a true and correct copy of

Defendant's First Request for Answers to Interrogatories to

Plaintiff, dated December 1, 2005, was duly served via United

States Mail, postage prepaid, on December 1, 2005, addressed to

the following:

**EXHIBIT "A"**

Elbridge W. Smith, Esq.
Raymond W. Laing, Esq.
Smith Himmelman
Topa Financial Center, Suite 311
745 Fort Street
Honolulu, HI 96813

Attorneys for Plaintiff

DATED:  Honolulu, Hawaii, December 1, 2005.