# EXHIBIT "B"

EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

EDRIC M. CHING  #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 1 2005

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SAMUD IMAI,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>R. L. BROWNLEE, Acting Secretary, Department of the Army,<br><br>　　　　　Defendant. | CIVIL NO. 04-00583 SPK BMK<br><br>CERTIFICATE OF SERVICE RE: DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF |

CERTIFICATE OF SERVICE RE: DEFENDANT'S FIRST REQUEST
FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF

I HEREBY CERTIFY that a true and correct copy of Defendant's First Request for Production of Documents and Things to Plaintiff, dated December 1, 2005, was duly served via United States Mail, postage prepaid, on December 1, 2005, addressed to the following:

EXHIBIT "B"

Elbridge W. Smith, Esq.
Raymond W. Laing, Esq.
Smith Himmelman
Topa Financial Center, Suite 311
745 Fort Street
Honolulu, HI 96813

Attorneys for Plaintiff

DATED: Honolulu, Hawaii, December 1, 2005.