# EXHIBIT "C"

**SMITH HIMMELMANN**
ATTORNEYS AT LAW • A LAW CORPORATION

TOPA FINANCIAL CENTER • SUITE 311
745 FORT STREET • HONOLULU, HAWAII 96813
TELEPHONE: 808.523.5050
FAX: 808.538.1382 or 815.377.1117
E-MAIL: shlaw@hawaii.rr.com



'06 JAN 23 A7:28

January 20, 2006

Edric M. Ching
Assistant U.S. Attorney
PJKK Federal Building, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Re:   Samud Imai v. Hale Koa Hotel, et al, Civil No. 04-00583 SPK BMK

Dear Edric:

This will confirm our request and your agreement allowing Plaintiff a 30-day extension of time in which to file her Responses to your Discovery Requests until February 6, 2006.

Thank you for your cooperation in this matter.

Most sincerely yours,
SMITH HIMMELMANN

Elbridge W. Smith

EWS:ma
Enclosures
H:\CLIENTS\Imai\Corre\01-20-06 Ltr Edric Ching - Confirm Extension to File Ans to Interrogs - USDC case.wpd

**EXHIBIT "C"**

*Specializing in Representing Federal Employees*