# EXHIBIT "G"



**U.S. Department of Justice**

United States Attorney
District of Hawaii

---

PJKK Federal Building        (808) 541-2850
300 Ala Moana Blvd.          FAX (808) 541-2958
Room 6-100
Honolulu, Hawaii 96850

November 22, 2006

VIA FACSIMILE ONLY (538-1382)

Elbridge W. Smith, Esq.
Smith Himmelmann
745 Fort Street, Suite 311
Honolulu, HI 96813

    Re: Imai v. Harvey
        Civil No. 04-00583 SPK BMK

Dear Mr. Smith:

    I am writing to follow up on my numerous prior correspondences and our November 15, 2006 telephonic meet and confer regarding your discovery responses which are grossly overdue. Despite your repeated assurances, we have yet to receive these responses. Please note that if we do not receive these responses by November 27, 2006, we will file a motion to compel with the Court.

    Thank you for your continued cooperation and courtesy in this matter.

                        Very truly yours,

                        EDWARD H. KUBO, JR
                        United States Attorney
                        District of Hawaii

                        By /s/ Edric M. Ching
                        EDRIC M. CHING
                        Assistant U.S. Attorney

EMC:emc

**EXHIBIT "G"**



# FACSIMILE TRANSMITTAL
*COVER SHEET*

**UNITED STATES ATTORNEY**
**DISTRICT OF HAWAII**
ROOM 6-100, PJKK FEDERAL BUILDING
300 ALA MOANA BLVD.
HONOLULU, HAWAII 96850
PHONE: (808) 541-2850
FAX: (808) 541-2958

DATE: November 22, 2006     # of Pages (incl. cover sheet): 2

| FAX NUMBER | PHONE NUMBER |
|---|---|
| 538-1382 | 523-5050 |

TO: Elbridge W. Smith, Esq.

FROM: Edric M. Ching, AUSA

***SPECIAL INSTRUCTIONS:***

Imai v. Harvey; Civil No. 94-00583 SPK BMK

Attached is my letter of today.

## Transmission Report

| | | | | |
|---|---|---|---|---|
| Date/Time | 11-22-2006 | 01:57:20 p.m. | Transmit Header Text | |
| Local ID 1 | 5412823 | | Local Name 1 | US ATTORNEYS OFFICE |
| Local ID 2 | 5412958 | | Local Name 2 | US ATTORNEYS OFFICE |

This document : Confirmed

(reduced sample and details below)

Document size : 8.5"x11"



Total Pages Scanned : 2     Total Pages Confirmed : 2

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 406 | 8085381382 | 01:56:03 p.m. 11-22-2006 | 00:00:47 | 2/2 | 2 | EC | HS | CP9600 |

Abbreviations:
HS: Host send           PL: Polled local        MP: Mailbox print      TU: Terminated by user
HR: Host receive        PR: Polled remote       CP: Completed          TS: Terminated by system    G3: Group 3
WS: Waiting send        MS: Mailbox save        FA: Fail               RP: Report                  EC: Error Correct