# EXHIBIT "H"

ORIGINAL

EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

EDRIC M. CHING   #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SAMUD IMAI,<br><br>             Plaintiff,<br><br>    vs.<br><br>R. L. BROWNLEE, Acting Secretary, Department of the Army,<br><br>             Defendant. | CIVIL NO. 04-00583 SPK BMK<br><br>AMENDED CERTIFICATE OF SERVICE<br><br>[RE: DEFENDANT'S **SECOND** REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF] |

### AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the DEFENDANT'S **SECOND** REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF was duly served upon the following persons by depositing said copy in the United States Mail, postage prepaid, on this date, as set forth below:

**EXHIBIT "H"**

Elbridge W. Smith, Esq.
Smith Himmelman
Topa Financial Center, Suite 311
745 Fort Street
Honolulu, HI 96813

Raymond W. Laing
Attorney at Law
470 Meadow Way
San Geronimo, CA 94903

Attorneys for Plaintiff

DATED: December 01, 2006, at Honolulu, Hawaii.

                EDWARD H. KUBO, JR.
                United States Attorney
                District of Hawaii

By _____
    EDRIC M. CHING
    Assistant U.S. Attorney

Attorneys for Defendant

**Service of Process:**

1:04-cv-00583-SPK-BMK Imai v. BrownLee, et al

## U.S. District Court

### District of Hawaii - CM/ECF V2.5 (11/05)

Notice of Electronic Filing

The following transaction was received from Ching, Edric entered on 12/1/2006 at 9:06 AM HST and filed on 12/1/2006

**Case Name:** Imai v. BrownLee, et al
**Case Number:** 1:04-cv-583
**Filer:** Francis J. Harvey
**Document Number:** 27

**Docket Text:**
CERTIFICATE OF SERVICE by Francis J. Harvey *Amended Certificate of Service [Re: Defendant's Second Request for Production of Documents to Plaintiff]* (Ching, Edric)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=12/1/2006] [FileNumber=191041-0]
[c2c217572b27911f4e6d9e784d6bea2be3f269165265707979d0884177c84a2631ac
43b4aeabd0a3523b7f8334934ee8551f519ae5db9adaa6b64d0f2abd663c]]

**1:04-cv-583 Notice will be electronically mailed to:**

Edric Ming-Kai Ching    edric.ching@usdoj.gov, coleen.tasaka@usdoj.gov

Elbridge W. Smith    shlaw@hawaii.rr.com, ew@shlaw.us; marcelle@shlaw.us

**1:04-cv-583 Notice will be delivered by other means to:**

Raymond W. Laing
Smith Himmelmann
470 Meadow Way
San Geronimo, CA 94963