# EXHIBIT "I"

EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

EDRIC M. CHING   #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SAMUD IMAI, | ) | CIVIL NO. 04-00583 SPK BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | [RE: DEFENDANT'S **SECOND** |
| | ) | REQUEST FOR ANSWERS TO |
| R. L. BROWNLEE, Acting | ) | INTERROGATORIES TO PLAINTIFF] |
| Secretary, Department of | ) | |
| the Army, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the

DEFENDANT'S **SECOND** REQUEST FOR ANSWERS TO INTERROGATORIES TO

PLAINTIFF was duly served upon the following persons by

depositing said copy in the United States Mail, postage prepaid,

on this date, as set forth below:

**EXHIBIT "I"**

Elbridge W. Smith, Esq.
Smith Himmelman
Topa Financial Center, Suite 311
745 Fort Street
Honolulu, HI 96813

Raymond W. Laing
Attorney at Law
470 Meadow Way
San Geronimo, CA 94903

Attorneys for Plaintiff

DATED: November 28, 2006, at Honolulu, Hawaii.

**Service of Process:**

1:04-cv-00583-SPK-BMK Imai v. BrownLee, et al

<br>

**U.S. District Court**

**District of Hawaii - CM/ECF V2.5 (11/05)**

Notice of Electronic Filing

The following transaction was received from Ching, Edric entered on 11/28/2006 at 9:57 AM HST and filed on 11/28/2006

**Case Name:**        Imai v. BrownLee, et al
**Case Number:**     1:04-cv-583
**Filer:**            Francis J. Harvey
**Document Number:** 25

**Docket Text:**
CERTIFICATE OF SERVICE by Francis J. Harvey *[Re: Defendant's Second Request for Answers to Interrogatories to Plaintiff]* (Ching, Edric)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=11/28/2006] [FileNumber=188749-0
] [6474dc6d832b4ad44363b80ed6d868a8826b94b02814093905d875742b7b98ea05c
4b262c9e8ee205a95ecee305f3ff0274e221e1f21e11013abf9bde49dc2a5]]

**1:04-cv-583 Notice will be electronically mailed to:**

Edric Ming-Kai Ching    edric.ching@usdoj.gov, coleen.tasaka@usdoj.gov

Elbridge W. Smith    shlaw@hawaii.rr.com, ew@shlaw.us; marcelle@shlaw.us

**1:04-cv-583 Notice will be delivered by other means to:**

Raymond W. Laing
Smith Himmelmann
470 Meadow Way
San Geronimo, CA 94963