# EXHIBIT "J"

# SMITH HIMMELMANN

Attorneys at Law • A Law Corporation

**ELBRIDGE W. SMITH** [HI #2079]
745 Fort Street, Suite 311
Honolulu, Hawaii 96813
Telephone No.: (808) 523-5050
Fax No.: (808) 538-1382
Email: shlaw@hawaii.rr.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SAMUD IMAI, </br> Plaintiff, </br> vs. </br> Hale Koa Hotel; Francis J. Harvey, </br> Secretary, Department of the Army, </br> Defendant. | CIVIL NO. 04-00583 SPK BMK </br></br> Plaintiff's Responses to Agency's </br> Discovery Requests; </br> Certificate of Service |

H:\CLIENTS\Imai\USDC - Discovery\10-18-06 Plaintiff's Answers to Discovery.wpd

### Plaintiff's Responses to Agency's Discovery Requests

1. List the names and addresses of all witnesses for any of the incidents or events alleged in your First Amended Complaint which was filed in this matter, and provide a brief description of the facts to which each witness may testify.

   ANS: See EEOC Report of Investigation ["ROI"] and discovery previously provided to Hale Koa Hotel attorney. In addition, other than Plaintiff, Plaintiff has not determined who will be a witness at trial, or what fact(s) they might testify to. Plaintiff will identify such witnesses in her final naming of witnesses.

2. State all facts with specificity which you contend support the allegation contained in Paragraphs 46 through 47 of your First Amended Complaint that Defendant's conduct violated Title VII of the Civil Rights act of 1964 and subjected Plaintiff to a hostile working environment, and as to each fact, state its source, identify each person who you know to have any information or knowledge concerning such fact or the aforesaid allegation, identify each

EXHIBIT "J"

document which supports, embodies, refers or relates to such fact or the aforesaid allegation, and the date(s) on which each fact occurred.

ANS:   See EEOC ROI and discovery previously provided to Hale Koa Hotel attorney.

3. Identify all treatment, sought or received as a result of your pain and suffering, emotional distress, embarrassment, humiliation and loss of enjoyment of life referred to in your First Amended Complaint including the full name, complete address, and telephone number of any physician, psychiatrist, psychologist, therapist, mental health counselor, or other health care provider by whom you were examined, treated or whom you consulted at any time, past and present, for any purpose relating to the allegations in the First Amended Complaint.

ANS: See EEOC ROI and discovery previously provided to Hale Koa Hotel attorney.

4. With respect to each person listed in the preceding answer, state each disorder or condition for which each person treated or examined you and the approximate dates of treatment or examination.

ANS: See EEOC ROI and discovery previously provided to Hale Koa Hotel attorney.

5. State the full name, complete address, and inclusive dates of confinement of every hospital or other institution in which you have been hospitalized, examined, or treated for any purpose at any time and describe the condition for which you were confined.

ANS:   This interrogatory is objected to as it is burdensome and over broad in that it has no time parameter, it asks for every hospital in which Plaintiff has been examined for her entire life, including address and dates.

_____
Elbridge W. Smith

Without waiving this objection Plaintiff notes that her employer Hale Koa Hotel already has relevant medical and workers compensation medical records.

6. Identify any other claim you or anyone on your behalf has made (including claims for workers' compensation) against any person or organization for damages, personal injury, or mental or emotional pain and suffering, including any claim related to the events alleged in the First Amended Complaint, and as to each such claim please state the date, type of claim, and amount sought for the injury sustained.

ANS:   This interrogatory is objected to as it is burdensome and over broad in that it is not limited in any manner by a time parameter.

_____
Elbridge W. Smith

-2-

Without waiving this objection Plaintiff notes that her employer Hale Koa Hotel should already have relevant workers compensation claim records.

7. With respect to your claim for damages, set forth:
(a) The amount of compensatory damages you are claiming.
(b) The amount of back pay and benefits you are claiming.
(c) The amount of reimbursement of medical expenses you are seeking.
(d) The manner in which the dollar amount of your damages was computed, including without limitation, each factor taken into account and each assumption, calculation and formula utilized.

ANS: See EEOC Report of Investigation ["ROI"] and discovery previously provided to Hale Koa Hotel attorney. Other specific amounts as awarded by a jury based on my employment records and/or medical expense records. In addition, investigation and discovery are continuing and this interrogatory answer will be supplemented in accordance with Federal Rules of Civil Procedure, Rule 26(e).

8. Itemize any and all other losses or expenses incurred as a result of the facts alleged in the First Amended Complaint and for which you claim damages in this action.

ANS: See answer 7 above.

9. Identify by name each person whom you expect to call as a lay witness at the trial of this action and state the following with regard to each such witness:
(a) Each person's address, occupation, employer and relationship to the parties, if any:
(b) The subject matter of which the person is expected to testify; and
(c) A detailed summary of the witness' anticipated testimony.

ANS: See Answer to Interrogatory #1 above; also in addition to the identification of witnesses in the RO1 and statements of several individuals you already have (*i.e.*, Jose, Matila, April (Efu), and the former clerk), please add the following as witnesses:

1. Lloyd Robins and Diane Yadao - they will testify regarding Plaintiff's complaints regarding Kathleen Hamlin's treatment of Plaintiff at work and why they did not interfere in matters concerning housekeeper's complaints.

2. Emily Lelis and Matilda (swing supervisors) - they will testify to their supervision of Plaintiff and Kathleen Hamlin and who directed them to monitor Plaintiff.

3. Eddie Ko - will testify to the reason(s) he filed a complaint against Kathleen Hamlin and Kathleen Hamlin's actions thereafter.

4. Blanca Larson - will testify to the reason(s) she filed a complaint against Kathleen Hamlin and Hale Koa and Kathleen Hamlin's actions thereafter.

In addition, investigation and discovery are continuing and this interrogatory answer will be supplemented in accordance with Federal Rules of Civil Procedure, Rule 26(e).

10. Identify each expert whom you have retained or specially employed regarding the claims which are the subject of this action who is not expected to be called as a witness, and with regard to each expert, state the following:
    (a) Each expert's address, occupation, and the identity of his or her employer or the organization which he or she is associated in a professional capacity.
    (b) The subject matter for which said expert was retained or employed.

    ANS: An expert has not been retained who is expected to testify.

11. Identify each person who you will or may call as an expert witness at a trial of this action and, separately, as to each such person, state:

    (a) Each expert's address, occupation, and the identity of his or her employer or the organization which he or she is associated in a professional capacity.
    (b) The subject matter on which the expert is expected to testify.
    (c) A summary of the expert's qualifications within the field in which he or she is expected to testify.
    (d) The substance of the facts to which the expert is expected to testify.
    (e) The substance of the opinions to which the expert is expected to testify and a summary of the grounds for each opinion.

    ANS: Not yet determined.

12. Please provide a list of all exhibits you intend to introduce at trial.

    ANS: See EEOC ROI and discovery previously provided to Hale Koa Hotel attorney. Also, from the ROI of Blanca E. Larson. My attorney may have some photographs and video he will use that were obtained from the Hotel or which were taken by him, but we have not yet decided what to introduce.

13. Please identify any person who witnessed any of the incidents as described in the First Amended Complaint, including the witnesses' address, occupation, employer and relationship to you.

    ANS: See EEOC ROI and discovery previously provided to Hale Koa Hotel attorney and Answer to Interrogatory #9 above.

14. Please identify any therapy, mental health care treatment or counseling you received from 1995 to the present, including but not limited to the full name, complete address, and telephone number of any physician, psychiatrist, psychologist, therapist, mental health counselor, or other health care provider by whom you were examined, treated or whom you consulted at any time, past and present.

       ANS:  See Answer to Interrogatory #1 above. I still sometimes see the same doctors and therapists.

15. Identify each employer you have had for the past ten years, including your job duties and the name of your immediate supervisor, the reason for leaving the employment, the rate of pay, your gross monthly pay and the dates of employment for each position.

       ANS:  Since Hale Koa, I have been essentially been unemployed, except a couple times working with her friends at their businesses as a volunteer or non-salary assistant.

16. Have you ever sued anyone for employment discrimination, personal injury or property damage or have you been sued other than the instant suit? If so, state the full title of each suit, the court in which the action was instituted, the number of the action, the nature and extent of the injury or damage, and the disposition of the action.

       ANS:  None that I can think of.

17. Please identify any person who witnessed any of the incidents, including the witnesses' address, occupation, employer and relationship to you.

       ANS: See Answers to Interrogatory #1 and #9 above.

********

### VERIFICATION

I have read the foregoing Interrogatories and Answers thereto, and verify that the Answers are true and complete to the best of my knowledge, information and belief. This Verification is made under penalty of perjury.

DATED: October 14, 2006.

                                  SAMUD IMAI

********

The undersigned hereby certifies to the accuracy of the answers and objections heretofore set forth to the extent required by Rule 26(g) of the Federal Rules of Civil Procedure.

DATED:   Honolulu, Hawaii, November 16, 2006.

                                    ELBRIDGE W. SMITH

-5-

### Tasaka, Coleen (USAHI)

| | |
|---|---|
| **From:** | Ching, Edric (USAHI) |
| **Sent:** | Wednesday, January 17, 2007 11:47 AM |
| **To:** | Tasaka, Coleen (USAHI) |
| **Subject:** | FW: Imai Interrogatory answers |
| **Attachments:** | 01-04-07 Plaintiff's Answers to Discovery.pdf |

Coleen -
please print out email and attachment and place in discovery file and then print out doc for me.

Thanks


Sincerely,

Edric M. Ching
Assistant United States Attorney
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii 96813
Phone: (808) 541-2850
Fax: (808) 541-3752

---

**From:** Elbridge W. Smith [mailto:shlaw@hawaii.rr.com]
**Sent:** Wednesday, January 17, 2007 11:29 AM
**To:** Ching, Edric (USAHI)
**Subject:** RE: Imai Interrogatory answers

Is this pdf version OK? (What happens to those faxes I send you <grin>?)
Elbridge

---

**From:** Ching, Edric (USAHI) [mailto:Edric.Ching@usdoj.gov]
**Sent:** Wednesday, January 17, 2007 8:32 AM
**To:** Elbridge W. Smith
**Subject:** RE: Imai

I never got a copy of the interrogatory responses (1st set).



Sincerely,

Edric M. Ching
Assistant United States Attorney
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii 96813

1/17/2007

Phone: (808) 541-2850
Fax: (808) 541-3752

---

**From:** Elbridge W. Smith [mailto:shlaw@hawaii.rr.com]
**Sent:** Tuesday, January 16, 2007 9:00 PM
**To:** Ching, Edric (USAHI)
**Subject:** RE: Imai

IOG ????

Elbridge

---

**From:** Ching, Edric (USAHI) [mailto:Edric.Ching@usdoj.gov]
**Sent:** Tuesday, January 16, 2007 2:41 PM
**To:** Elbridge W. Smith
**Subject:** Imai

Elbridge -

I never got the IOG responses. Could you that doc over to me?

Thanks

Sincerely,

Edric M. Ching
Assistant United States Attorney
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii 96813
Phone: (808) 541-2850
Fax: (808) 541-3752

1/17/2007