# EXHIBIT "K"

**SMITH HIMMELMANN**
Attorneys at Law • A Law Corporation
**ELBRIDGE W. SMITH** [HI #2079]
**RAYMOND W. LAING** [CA #118124]
745 Fort Street, Suite 311
Honolulu, Hawaii 96813
Telephone No.: (808) 523-5050
Fax No.: (808) 538-1382
Email: shlaw@hawaii.rr.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SAMUD IMAI, ) | CIVIL NO. 04-00583 SPK BMK |
| Plaintiff, ) | |
| vs. ) | Plaintiff's Responses to Defendants' |
| ) | Document Production Requests; Certificate |
| HALE KOA HOTEL; ) | of Service |
| FRANCIS J. HARVEY, Secretary, ) | |
| Department of the Army, ) | |
| ) | |
| Defendants. ) | |

H:\CLIENTS\Imai\USDC - Plead\01-15-07 Plaintiff's Responses to Defendants Production of Documents Requests.wpd

## Plaintiff's Responses to Defendants' Document Production Requests

**1. Any and all documents which relate to your employment with Defendant, including but not limited to correspondence, memoranda, notes, investigative reports, employment policies and procedures, employee handbook(s), and employment application (s), including any acknowledgment form (s).**

OBJECTION: Plaintiff believes that Defendants' already have possession of such documents resulting from Plaintiff's two EEO complaints and her several OWCP claims, except such memoranda and notes and photographs/video which are attorney-client privileged or attorney work product. To the extent that Defendants' desire to inspect and review those same non-privileged documents, they are available for such review at Plaintiff's counsel's office. Plaintiff does not have a copy of her employment application form.

**2. Any and all documents which relate to any communication or correspondence, written or oral, by or to Defendant and/or any of its employees, agents and/or representatives, regarding the allegations and/or claims in your First Amended Employment Discrimination Complaint ("First Amended Complaint").**

See answer to RPD #1.

**EXHIBIT "K"**

**3. Any and all documents which relate to any of Defendant's employees, agents and/or representatives, including any notes, photographs, journal, or recorded discussions.**

See answer to RPD #1 with respect to any matters relevant to this case.

**4. Any and all documents which relate to any statement of any witness or potential witness regarding the allegations and/or claims in your First Amended Complaint.**

OBJECTION: Statements of witnesses or potential witnesses not already part of the EEO and OWCP files are privileged as attorney work product. See answer to RPD #1 with respect to any matters relevant to this case. Statements and documents from potential witness, employee, Blanca Larson as found in her EEO investigative files are also within the possession of defendants.

**5. Any and all documents which relate to any treatment of you by any physician, psychologist, psychiatrist, therapist and/or other health care professional which arises out of the allegations and/or claims in the First Amended Complaint.**

See answer to RPD #1 with respect to any matters relevant to this case. In addition, see attached medical records from James Deutch, DSW, BCD; Joan Koff, Ph.D.; Robert Davé, Ph.D; and Kaiser Permanente: Bates numbered 01-064.

**6. Any and all documents relating to any therapy, mental health care treatment or counseling you received from 1995 to present, including but not limited to medical records, psychiatric records, psychological records, hospital records, and consultation reports.**

See answer to RPD #5.

**7. State and Federal income tax returns (including any schedules and attachments), W-2s and 1099's for the years 2000 to present.**

OBJECTION: Plaintiff files jointly with spouse, whose joint information is neither relevant nor material to this case. Without waving that objection, attached are Plaintiff's W-2 forms for years 2000 - 2003; she received none for 2004 and 2005. Plaintiff has not yet been able to locate their return for 2005.

**8. Any and all documents which concern complaints asserted by you against entities or persons other than Defendant which are the same as or similar to the allegations and/or claims asserted by you in your First Amended Complaint.**

None that I can think of.

9. Any and all diaries, journals, logs, calendars, and/or appointment books in or on which you wrote, documented or otherwise recorded events, thoughts and ideas from 1997 to the present.

   OBJECTION: Union Representative-employee and Attorney-Client privilege.

10. Any and all documents which support or tend to support the facts upon which you base your claims that you were discriminated against on the basis of sex, race and national origin while employed by Defendant.

    See above and below answers.

11. Any and all documents which support or tend to support the facts upon which you base your claims that you were retaliated against by Defendant or its employees.

    See answer to RPD #10.

12. Any and all documents which relate to any damages you are claiming to have suffered as a result of the allegations and/or claims raised in your First Amended Complaint.

    Attached medical records. I am looking for copies of any billings for payment records from my doctors and from Kaiser.

13. Any and all documents not otherwise identified or referred to herein upon which you base the allegations and/or claims in your First Amended Complaint.

    None that I can think of.

14. Any and all documents which you provided to any expert you retained, employed or consulted regarding the allegations and/or claims in your First Amended Complaint.

    None.

15. Any and all documents, including but not limited to any reports or opinions, which have been prepared by each expert whom you have retained, employed or consulted regarding the allegations and/or claims in your First Amended Complaint.

    None.

**16. Any and all documents on which you intend to rely or may rely in trial should this litigation proceed to trial.**

See above answers. Hotel maps and floor plans; Collective Bargaining Agreement 2001-2004; surveillance video tape; misc. Pay and work records of Plaintiff.
(all provided by and in possession of Employer).

ROI's, including transcripts and depositions taken in administrative processes of Plaintiff and Blanca Larson (all in possession of Employer).

Also Swing Shift and Dinner Schedules; Swing Shift Work Schedule; Housekeeping Dept. Work Schedule (April '03): Attached.


----- END -----

\* \* \* \* \* \* \* \*

## VERIFICATION

I have read the foregoing Interrogatories and Answers thereto, and verify that the Answers are true and complete to the best of my knowledge, information and belief. This Verification is made under penalty of perjury.

DATED: January 9, 2007.

_____

SAMUD IMAI

\* \* \* \* \* \* \* \*

The undersigned hereby certifies to the accuracy of the answers and objections heretofore set forth to the extent required by Rule 26(g) of the Federal Rules of Civil Procedure.

DATED:   Honolulu, Hawaii, January 13, 2007.

_____

ELBRIDGE W. SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SAMUD IMAI, | ) | CIVIL NO. 04-00583 SPK BMK |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| HALE KOA HOTEL; | ) | |
| FRANCIS J. HARVEY, Secretary, | ) | |
| Department of the Army, | ) | |
| | ) | |
| Defendants. | ) | |

H:\CLIENTS\Imai\USDC - Plead\01-15-07 Plaintiff's Responses to Defendants Production of Documents Requests.wpd

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiff's Responses to Defendants Production of Documents Requests document was served, by depositing same in the United States mail, postage prepaid, on this date, to their address of record, as follows:

    Edward H. Kubo, Jr. United States Attorney District of Hawaii
    Edric M. Ching, Assistant U.S. Attorney
    Room 6-100, PJKK Federal Building
    300 Ala Moana Blvd., Honolulu, Hawaii 96850-6100
    Attorneys for Defendants

DATED: Honolulu, Hawaii, January 15, 2007.

                                          Elbridge W. Smith
                                          Attorney for Plaintiff