# EXHIBIT "L"



**U.S. Department of Justice**

*United States Attorney*
*District of Hawaii*

| | |
|---|---|
| PJKK Federal Building | (808) 541-2850 |
| 300 Ala Moana Blvd. | FAX (808) 541-2958 |
| Room 6-100 | |
| Honolulu, Hawaii 96850 | |

January 18, 2007

<u>VIA FACSIMILE ONLY (538-1382)</u>

Elbridge W. Smith, Esq.
Smith Himmelmann
745 Fort Street, Suite 311
Honolulu, HI 96813

    Re:  <u>Imai v. Harvey</u>
         <u>Civil No. 04-00583 SPK BMK</u>

Dear Mr. Smith:

     I am writing with regard to your respective responses to the Government's First Request For Answers To Interrogatories ("IOG Response") and First Request For Production of Documents ("POD Response") which I received from your office on January 17, 2007 and January 16, 2007, respectively.

<u>IOG Response</u>

     Plaintiff has failed to provide complete answers to Interrogatory Numbers 1, 2, 3, 4, 7, 8, 13 and 17. In these responses, Plaintiff simply referred to the EEOC Report of Investigation and/or discovery provided by Plaintiff during the administrative phase. None of these responses even remotely address the subject matter of the respective interrogatories and clearly do not comply with Rule 33, Federal Rules of Civil Procedure. We respectfully request that the above-referenced interrogatories be answered fully answered.

**EXHIBIT "L"**

Elbridge W. Smith, Esq.
January 18, 2007
Page 2


POD Response

      With regard to Plaintiff's POD response #5, you referenced documents bate stamped numbered "01-064." However, we were never provided with these documents. We respectfully request that we be provided with these documents at your earliest convenience.

      With regard to POD Response #9, you stated that you withheld documents covered by the "Union Representative-employee." I am unaware of any such privilege pursuant to Rule 501 of the Federal Rules of Evidence or the Hawaii Rules of Evidence. If you have any legal basis for this claim, please provide me with the relevant rules/case law that support your claim of privilege.

      If there is no legal basis for this claimed privilege, we request that we be provided with documentation that was withheld pursuant to this claimed privilege. If you will refuse to produce such documentation, we respectfully that we be provided with a privilege log of documents withheld pursuant to the "Union Representative-employee" privilege.

      In addition, you have provided my office, via electronic transmission, with documents to support POD responses #7 and #16 and referenced documents bate stamped "01-064" and in POD Response #12. I am writing to confirm that there are no additional documents that Plaintiff intends to produce in its POD response. Please contact me immediately if you intend to submit any additional documents in support of Plaintiff's POD response.

      Also, please contact me to arrange for a convenient time to inspect the documents referenced in POD Response #1.

Elbridge W. Smith, Esq.
January 18, 2007
Page 3


   Please contact me at your earliest convenience to discuss these matters. Thank you for your continued cooperation and courtesy in this matter.

          Very truly yours,

          EDWARD H. KUBO, JR
          United States Attorney
          District of Hawaii

        By _/s/ Edric M. Ching_
          EDRIC M. CHING
          Assistant U.S. Attorney

EMC:emc

```
MODE = MEMORY TRANSMISSION          START=JAN-18 15:21      END=JAN-18 15:22

    FILE NO.=269

STN   COMM.   ONE-TOUCH/   STATION NAME/TEL NO.              PAGES     DURATION
NO.           ABBR NO.

001   OK      ≊            95381382                          003/003   00:00:51
```

-US ATTORNEY HAWAII-

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* - \*\*\*\*\* - 8085413752- \*\*\*\*\*\*\*\*



# U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

PJKK Federal Building     (808) 541-2850
300 Ala Moana Blvd.     FAX (808) 541-2958
Room 6-100
Honolulu, Hawaii 96850

January 18, 2007

VIA FACSIMILE ONLY (538-1382)

Elbridge W. Smith, Esq.
Smith Himmelmann
745 Fort Street, Suite 311
Honolulu, HI 96813

       Re: Imai v. Harvey
            Civil No. 04-00583 SPK BMK

Dear Mr. Smith:

       I am writing with regard to your respective responses to the Government's First Request For Answers To Interrogatories ("IOG Response") and First Request For Production of Documents ("POD Response") which I received from your office on January 17, 2007 and January 16, 2007, respectively.

IOG Response

       Plaintiff has failed to provide complete answers to Interrogatory Numbers 1, 2, 3, 4, 7, 8, 13 and 17. In these responses, Plaintiff simply referred to the EEOC Report of Investigation and/or discovery provided by Plaintiff during the administrative phase. None of these responses even remotely address the subject matter of the respective interrogatories and clearly do not comply with Rule 33, Federal Rules of Civil Procedure. We respectfully request that the above-referenced interrogatories be answered fully answered.