# EXHIBIT "M"

**U.S. Department of Justice**

*United States Attorney*
*District of Hawaii*

PJKK Federal Building       (808) 541-2850
300 Ala Moana Blvd.         FAX (808) 541-2958
Room 6-100
Honolulu, Hawaii 96850

March 28, 2007

Elbridge W. Smith, Esq.
Smith Himmelmann
745 Fort Street, Suite 311
Honolulu, HI 96813

    Re:  Imai v. Harvey
          Civil No. 04-00583 SPK BMK

Dear Mr. Smith:

    I am writing to follow up on our telephonic meet and confer held this morning. Please provide complete responses to my client's first and second sets of interrogatories and to my client's first and second requests for production of documents by May 15, 2007. If we do not receive complete responses to the above-referenced discovery requests by May 15, 2007, we will be forced to file a motion to compel discovery in this matter.

    Thank you for your continued cooperation and courtesy in this matter.

    Very truly yours,

    EDWARD H. KUBO, JR
    United States Attorney
    District of Hawaii

    By  *[signature]*
       EDRIC M. CHING
       Assistant U.S. Attorney

EMC:emc

**EXHIBIT "M"**