# SMITH HIMMELMANN

Attorneys at Law - A Law Corporation
**ELBRIDGE W. SMITH** [HI #2079]
745 Fort Street, Suite 311
Honolulu, Hawaii 96813
Telephone No.: (808) 523-5050
Fax No. (808) 538-1382
Email: shlaw@hawaii.rr.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SAMUD IMAI, | ) CIVIL NO. 04-00583 SPK BMK |
| Plaintiff, | ) |
| vs. | ) |
| HALE KOA HOTEL; | ) CERTIFICATE OF SERVICE |
| Francis J. Harvey, Secretary, | ) |
| DEPARTMENT OF THE ARMY, | ) |
| Defendants. | ) |

H:\CLIENTS\Imai\USDC - Plead\05-31-07 COS Plaintiff's Add'l Answers to Discovery.wpd

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that in response to Defendant's Second Request for Discovery and Production of Documents, Plaintiff has served Defendants with a copy of the following documents, by hand delivery to Room 6-100, PJKK Federal Building, Honolulu, Hawaii 96850-6100, on this date:

1. Three (3) Video CD's, two from the agency, one from the union, containing some footage from Smith Himmelmann's investigator;
2. Copies of floor plans - blue prints as set forth in a cover index;
3. Access to any medical records not contained in the ROI - that Plaintiff has;
4. Access to 11 volumes of prior administrative discovery materials received from the Defendant, numbering a total of 2,833 pages.

   Edward H. Kubo, Jr., United States Attorney, District of Hawaii
   Edrick M. Ching, Assistant U.S. Attorney          Edric.Ching@usdoj.gov

   DATED: Honolulu, Hawaii, May 31, 2007.


                                            /s/ *Elbridge W. Smith*
                                            Elbridge W. Smith
                                            Attorney for Plaintiff