# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00583SPK-BMK |
| CASE NAME: | Samud Imai s. R. L. Brownlee, etc. |
| ATTYS FOR PLA: | Elbridge W. Smith |
| ATTYS FOR DEFT: | Edric Ming-Kai Ching |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6-FTR |
| DATE: | 06/22/2007 | TIME: | 2:07:53 |

COURT ACTION:  EP: [41] Federal Defendants' Second Motion to Compel Discovery-Plaintiff's Counsel Elbridge W. Smith by Phone.

Oral Argument Held.

Motion is hereby Granted in Part and Denied in Part.

Mr. Ching to prepare the Order.


Submitted by Leslie L. Sai, Courtroom Manager