EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

EDRIC M. CHING      6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SAMUD IMAI, | CIVIL NO. 04-00583 SPK BMK |
| Plaintiff, | ORDER GRANTING IN PART AND DENYING IN PART FEDERAL DEFENDANT'S SECOND MOTION TO COMPEL DISCOVERY |
| vs. | |
| FRANCIS J. HARVEY, Secretary, Department of the Army, HALE KOA HOTEL, | |
| Defendants. | |

ORDER GRANTED IN PART AND DENIED IN PART
FEDERAL DEFENDANT'S SECOND MOTION TO COMPEL DISCOVERY

Federal Defendants' Second Motion to Compel Discovery ("Motion") having come on for hearing on June 22, 2007 before the Honorable Barry M. Kurren, with Assistant U.S. Attorney Edric M. Ching appearing on behalf of Federal Defendants and Elbridge Smith appearing via telephone on behalf of Plaintiff SAMUD IMAI and the Court having considered the written submissions of counsel, the oral argument of counsel and the entire record

herein, hereby grants the Motion in part and denies the Motion in part.

The Motion is granted as to Defendant's First and Second Requests for Answers to Interrogatories To Plaintiff. Plaintiff is ordered to provide complete answers to interrogatory numbers 1, 2, 3,4, 7, 8, 13 and 17 of Defendant's First Request for Answers to Interrogatories to Plaintiff by July 19, 2007. Plaintiff is ordered to respond to Defendant's Second Request for Answers to Interrogatories to Plaintiff by July 19, 2007.

The Motion is denied as to Defendant's First Request for Production of Documents and Things to Plaintiff and Defendant's Second Request for Production of Documents to Plaintiff.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: July 13, 2007

APPROVED AS TO FORM AND CONTENT:

/s/ Elbridge Smith
_____
ELBRIDGE SMITH
Attorney for Plaintiff

Samud Imai v. Franics J. Harvey, et al.; Civil No. 04-00583 SPK BMK; ORDER GRANTING IN PART AND DENYING IN PART FEDERAL DEFENDANT'S SECOND MOTION TO COMPEL DISCOVERY