# MINUTES

CASE NUMBER:     CV 04-00583SPK-BMK

CASE NAME:       Samud Imai v R.L. Brownlee

ATTYS FOR PLA:   Elbridge W. Smith

ATTYS FOR DEFT:  Edric M.K. Ching

INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:   C6 no record

DATE:    07/27/2007               TIME:       2:35 - 2:42

COURT ACTION:   EP: Status Conference Re Dispositive Motions Deadline held 07/27/2007.

Submitted by Richlyn W. Young, courtroom manager