# SMITH HIMMELMANN

Attorneys at Law - A Law Corporation

**ELBRIDGE W. SMITH** [HI #2079]
745 Fort Street, Suite 311
Honolulu, Hawaii 96813
Telephone No.: (808) 523-5050
Fax No. (808) 538-1382
Email: shlaw@hawaii.rr.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SAMUD IMAI, | ) CIVIL NO. 04-00583 SPK BMK |
| Plaintiff, | ) |
| vs. | ) |
| HALE KOA HOTEL; | ) CERTIFICATE OF SERVICE |
| Francis J. Harvey, Secretary, | ) |
| DEPARTMENT OF THE ARMY, | ) |
| Defendants. | ) |

H:\CLIENTS\Imai\USDC - Plead\07-31-07 COS re Plaintiff's Amended Responses to Defendant's 1st and 2nd Discovery Requests.wpd

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Plaintiff has served Defendants with a copy of Plaintiff's Amended Responses to Agency's First Discovery Requests, dated July 26, 2007, and with a copy of Plaintiff's Amended Response to Defendant's Second Set of Discovery Requests, dated July 26, 2007, by email delivery on July 30, 2007 to:

> Edward H. Kubo, Jr., United States Attorney, District of Hawaii
> Edrick M. Ching, Assistant U.S. Attorney          Edric.Ching@usdoj.gov

DATED: Honolulu, Hawaii, July 31, 2007.

/s/ *Elbridge W. Smith*
Elbridge W. Smith
Attorney for Plaintiff