# SMITH HIMMELMANN

Attorneys at Law - A Law Corporation
**ELBRIDGE W. SMITH** [HI #2079]
745 Fort Street, Suite 311
Honolulu, Hawaii 96813
Telephone No.: (808) 523-5050
Fax No. (808) 538-1382
Email: shlaw@hawaii.rr.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SAMUD IMAI, | ) CIVIL NO. 04-00583 SPK BMK |
| Plaintiff, | ) |
| vs. | ) |
| HALE KOA HOTEL; | ) CERTIFICATE OF SERVICE |
| Francis J. Harvey, Secretary, | ) |
| DEPARTMENT OF THE ARMY, | ) |
| Defendants. | ) |

H:\CLIENTS\Imai\Draft\08-07-07 COS re Plaintiff's FRCP Rule 34 Requerst for Phyhsical Inspection.wpd

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date and by the method of service noted below, Plaintiff has served Defendants with a true and correct copy of Plaintiffs' F.R.C.P. Rule 34 Request for Physical Inspection and Sample, dated August 7, 2007, by email delivery upon the following at their last known address:

Served Electronically through CM/ECF:
Edward H. Kubo, Jr., United States Attorney, District of Hawaii
Edric M. Ching, Assistant U.S. Attorney          Edric.Ching@usdoj.gov

DATED: Honolulu, Hawaii, August 7, 2007.

/s/ Elbridge W. Smith
Elbridge W. Smith
Attorney for Plaintiff