# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00583SPK-BMK |
| CASE NAME: | Samud Imai v. R.L. Brownlee |
| ATTYS FOR PLA: | Elbridge W. Smith by phone |
| ATTYS FOR DEFT: | Edric M.K. Ching by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 08/23/2007 | TIME: | 3:03 - 3:10 |

COURT ACTION:  EP: Rescheduling Conference continued to 8/30/2007 @ 9 a.m. before Magistrate Judge Barry M. Kurren.

Trial dates/deadlines vacated.

Submitted by Richlyn Young, Courtroom Manager