# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00583BMK |
| CASE NAME: | Samud Imai v. R.L. Brownlee, Acting Secretary, Department of the Army |
| ATTYS FOR PLA: | Elbridge W. Smith |
| ATTYS FOR DEFT: | Edric M.K. Ching |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 10/01/2007 | TIME: | 10 - 10:05 |

COURT ACTION: EP: Rescheduling Conference held. Court to prepare an amended scheduling order.

1.  Non-jury trial on August 5, 2008 at 9:00 a.m. before BMK
2.  Final Pretrial Conference on July 1, 2008 at 9:00 a.m. before BMK
3.  
4.  Final Pretrial Statement by June 24, 2008
5.  File motions to Join/Add Parties/Amend Pleadings by January 4, 2008
6.  File other Non-Dispositive Motions by May 7, 2008
7.  File Dispositive Motions by March 5, 2008
8a. File Motions in Limine by July 15, 2008
8b. File opposition memo to a Motion in Limine by July 22, 2008
11a. Plaintiff's Expert Witness Disclosures by February 4, 2008
11b. Defendant's Expert Witness Disclosures by March 5, 2008
12. Discovery deadline June 6, 2008
13. Settlement Conference set for April 28, 2008 at 2:30 p.m. before LEK
14. Settlement Conference statements by April 21, 2008
20.
21. File Final witness list by July 15, 2008
24. Exchange Exhibit and Demonstrative aids by July 8, 2008
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by July 15, 2008
26. File objections to the Exhibits by July 22, 2008
28a. File Deposition Excerpt Designations by July 15, 2008
28b. File Deposition Counter Designations and Objections by July 22, 2008
29. File Trial Brief by July 22, 2008

30. File Findings of Fact & Conclusions of Law by July 22, 2008

Other Matters:

CV 04-00583BMK;
Samud Imai v. R.L. Brownlee, Acting Secretary, Department of the Army;
Rule 16 Scheduling Conference Minutes
10/01/2007