# SMITH HIMMELMANN

Attorneys at Law - A Law Corporation
**ELBRIDGE W. SMITH** [HI #2079]
**CHRISTIAN FENTON** [HI #8727]
745 Fort Street, Suite 311
Honolulu, Hawaii 96813
Telephone No.: (808) 523-5050
Fax No. (808) 538-1382
Email: shlaw@hawaii.rr.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SAMUD IMAI, | ) CIVIL NO. 04-00583 SPK BMK |
| Plaintiff, | ) |
| vs. | ) |
| | ) **Certificate of Service** |
| HALE KOA HOTEL; | ) |
| Francis J. Harvey, Secretary, | ) |
| DEPARTMENT OF THE ARMY, | ) |
| Defendants. | ) |

H:\CLIENTS\Imai\USDC - Discovery\11-05-07 COS Plaintiff's Rule 34 Request for Inspection and Notice of Deposition.wpd

## Certificate of Service

The undersigned hereby certifies that on the date and by the method of service noted below, Plaintiff has served Defendants with a true and correct copy of Plaintiff's Rule 34 Request for Physical Inspection and Sample, Attached Maps 10 and 11; Exhibit "A"; and Notice of Taking Deposition Upon Oral Examination, dated November 5, 2007, by personal delivery upon the following at their last known address.

    Edward H. Kubo, Jr., United States Attorney, District of Hawaii
    Edric M. Ching, Assistant U.S. Attorney
    Room 6-100, PJKK Federal Building
    300 Ala Moana Blvd., Honolulu, HI 96850-6100
    Attorneys for Defendants

    DATED: Honolulu, Hawaii, November 5, 2007.

                                              /s/ Christian Fenton
                                              Elbridge W. Smith
                                              Christian Fenton
                                              Attorneys for Plaintiff