EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

EDRIC M. CHING   #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SAMUD IMAI, | ) | CIVIL NO. 04-00583 SPK BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | [RE: NOTICE OF TAKING |
| | ) | DEPOSITIONS UPON WRITTEN |
| R. L. BROWNLEE, Acting | ) | INTERROGATORIES - KAISER |
| Secretary, Department of | ) | PERMANENTE] |
| the Army, | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the NOTICE OF TAKING DEPOSITIONS UPON WRITTEN INTERROGATORIES RE: KAISER PERMANENTE (1) DIAGNOSTIC IMAGING DEPARTMENT; (2) BEHAVIORAL HEALTH SERVICES DEPARTMENT; AND (3) PATIENT ACCOUNTING DEPARTMENT was duly served upon the following persons by depositing said copy in the United States Mail, postage prepaid, on this date, as set forth below:

Elbridge W. Smith, Esq.
Smith Himmelman
Topa Financial Center, Suite 311
745 Fort Street
Honolulu, HI 96813

Raymond W. Laing
Attorney at Law
470 Meadow Way
San Geronimo, CA 94903

Attorneys for Plaintiff

DATED: February 19, 2008, at Honolulu, Hawaii.

                                      EDWARD H. KUBO, JR.
                                      United States Attorney
                                      District of Hawaii


                                        /s/ Edric M. Ching
                              By _____
                                 EDRIC M. CHING
                                 Assistant U.S. Attorney

                              Attorneys for Defendant
                              UNITED STATES OF AMERICA