# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00583BMK |
| CASE NAME: | Samud Imai v. R.L. Brownlee, Acting Secretary, Department of the Army |
| ATTYS FOR PLA: | Elbridge W. Smith |
| ATTYS FOR DEFT: | Edric M.K. Ching |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 02/25/2008 | TIME: | 9:42 - 9:50 |

COURT ACTION: EP: Status Conference Re Deadlines - new dates given. Court to prepare an amended scheduling order.

1. Non-jury trial on December 9, 2008 at 9:00 a.m. before BMK
2. Final Pretrial Conference on October 28, 2008 at 9:00 a.m. before BMK
3. 
4. Final Pretrial Statement by October 21, 2008
5. File motions to Join/Add Parties/Amend Pleadings by May 9, 2008
6. File other Non-Dispositive Motions by September 10, 2008
7. File Dispositive Motions by July 9, 2008
8a. File Motions in Limine by November 18, 2008
8b. File opposition memo to a Motion in Limine by November 25, 2008
11a. Plaintiff's Expert Witness Disclosures by June 9, 2008
11b. Defendant's Expert Witness Disclosures by July 9, 2008
12. Discovery deadline October 10, 2008
13. Settlement Conference set for April 28, 2008 at 2:30 before LEK
14. Settlement Conference statements by April 21, 2008
20. 
21. File Final witness list by November 17, 2008
24. Exchange Exhibit and Demonstrative aids by November 10, 2008
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by November 17, 2008
26. File objections to the Exhibits by November 24, 2008
28a. File Deposition Excerpt Designations by November 17, 2008
28b. File Deposition Counter Designations and Objections by November 24, 2008

29. File Trial Brief by November 24, 2008
30. File Findings of Fact & Conclusions of Law by November 24, 2008

cc: Tammy Kimura
Submitted by Richlyn W. Young, courtroom manager