# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00583BMK |
| CASE NAME: | Samud Imai vs. R.L. Brownlee, Acting Secretary, Department of the Army |
| ATTYS FOR PLA: | Elbridge W. Smith |
| ATTYS FOR DEFT: | Edric M.K. Ching |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 06/04/2008 | TIME: | 2:50-3:05 |

COURT ACTION:  EP: Settlement Conference held. Further Settlement Conference on call.

Submitted by: Warren N. Nakamura, Courtroom Manager