# SMITH HIMMELMANN

Attorneys at Law - A Law Corporation
**ELBRIDGE W. SMITH** [HI #2079]
**RAYMOND W. LAING** [CA #118124]
745 Fort Street, Suite 311
Honolulu, Hawaii 96813
Telephone No.: (808) 523-5050
Fax No. (808) 538-1382
Email: shlaw@hawaii.rr.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SAMUD IMAI, | ) CIVIL NO. 04-00583 SPK BMK |
| Plaintiff, | ) |
| vs. | ) CERTIFICATE OF SERVICE |
| HALE KOA HOTEL; | ) |
| Francis J. Harvey, Secretary, | ) |
| DEPARTMENT OF THE ARMY, | ) |
| Defendants. | ) |

H:\CLIENTS\Imai\USDC - Plead\06-10-08 COS for Plaintiff's First Discovery Requests.wpd

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on Tuesday, June 10, 2008, Plaintiff has served Defendants with a true and correct copy of Plaintiff's First Discovery Requests and Exhibits 1, 3, 9, 10, 12, 13A and 14 by hand delivering same, as follows:

Edward H. Kubo, Jr., United States Attorney, District of Hawaii
Edric M. Ching, Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Honolulu, Hawaii 96850-6100

DATED: Honolulu, Hawaii, June 10, 2008.

    /s/ Elbridge W. Smith
Elbridge W. Smith
Attorney for Plaintiff