# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00583 BMK |
| CASE NAME: | Samud Imai v. R. L. Brownlee, Acting Secretary, Department of the Army |
| ATTYS FOR PLA: | Elbridge W. Smith |
| ATTYS FOR DEFT: | Edric Ming-Kai Ching |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 6/18/2008 | TIME: | 9:35-9:40 |

COURT ACTION: EP: Status Conference Re Deadlines held. By agreement of the parties and consent of the court, new deadlines given:

Plaintiff's Expert Witness Disclosures filed by: 8/7/2008
Dispositive Motions filed by: 9/5/2008
Defendant's Expert Witness Disclosures filed by: 9/5/2008

Submitted by Richlyn W. Young, courtroom manager