EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

EDRIC M. CHING   #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SAMUD IMAI, | ) | CIVIL NO. 04-00583 SPK BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | (RE: DEFENDANTS' RESPONSES AND |
| | ) | OBJECTIONS TO PLAINTIFF'S |
| FRANCIS J. HARVEY, | ) | FIRST DISCOVERY REQUESTS) |
| Secretary, Department of | ) | |
| the Army; HALE KOA HOTEL, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST DISCOVERY REQUESTS was duly served upon the following persons at their last known addresses:

<u>Served by First Class Mail</u>:

    Elbridge W. Smith                    July 15, 2008
    Smith Himmelmann AAL ALC
    745 Fort Street Mall, Suite 311
    Honolulu, Hawaii  96813-3803

    Raymond W. Laing                    July 15, 2008
    Attorney at Law
    470 Meadow Way
    San Geronimo, CA 94903

        Attorneys for Plaintiff

DATED: July 15, 2008, at Honolulu, Hawaii.

                                      EDWARD H. KUBO, JR.
                                      United States Attorney
                                      District of Hawaii

                                          /s/ Edric M. Ching
                              By _____
                                      EDRIC M. CHING
                                      Assistant U.S. Attorney