# SMITH HIMMELMANN

Attorneys at Law - A Law Corporation

**ELBRIDGE W. SMITH** [HI #2079]
745 Fort Street, Suite 311
Honolulu, Hawaii 96813
Telephone No.: (808) 523-5050
Fax No. (808) 538-1382
Email: shlaw@hawaii.rr.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SAMUD IMAI, | ) | CIVIL NO. 04-00583 SPK BMK |
| Plaintiff, | ) | Request for Status Conference to Extend |
| vs. | ) | Expert Discovery Disclosure and Related |
| HALE KOA HOTEL; Francis J. Harvey, | ) | Deadlines; CERTIFICATE OF SERVICE |
| Secretary, DEPT OF THE ARMY, | ) | |
| Defendants. | ) | Magistrate Judge: Barry M. Kurren |

H:\CLIENTS\Imai\USDC - Plead\08-07-08 Plaintiff's Status Conference Request.wpd

## Request for Status Conference to Extend Expert Discovery Disclosure & Related Deadlines

Plaintiff Samud Imai hereby requests a Status Conference to Extend Expert Discovery Disclosure and Related Deadlines for the following reasons:

• Plaintiff has been unable to obtain an expert's report as of this date, although an expert has been located and retained to so provide;
• The parties are still engaged in discovery, some of which was just provided to Plaintiff this week by Defendant Dept. of the Army, and has not yet been reviewed with Plaintiff and some of which the parties are still awaiting from Kaiser Hospital,
• without which neither party can complete preparation for the depositions of Plaintiff and possibly the involved medical personnel.
• At the last Status Conference on June 18, 2008 Defendant advised of its intent to take Plaintiff's deposition in anticipation of a dispositive motion, pending receipt of all such (still not received) medical records.

AUSA Edric Ching is out of the office this week and could not be contacted to obtain his concurrence with this request or for available conference dates. Voicemail was left for his return, scheduled for next Monday, August 11, 2008.

DATED: Honolulu, Hawaii, August 7, 2008.

/s/ *Elbridge W. Smith*
Elbridge W. Smith
Attorney for Plaintiff

# SMITH HIMMELMANN

Attorneys at Law • A Law Corporation

ELBRIDGE W. SMITH [HI #2079]
745 Fort Street, Suite 311
Honolulu, Hawaii 96813
Telephone No.: (808) 523-5050
Fax No.: (808) 442-1119
Email: shlaw@hawaii.rr.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SAMUD IMAI, | ) CIVIL NO. 04-00583 SPK / BMK |
| Plaintiff, | ) |
| vs. | ) Certificate of Service |
| | ) |
| HALE KOA HOTEL; | ) |
| FRANCIS J. HARVEY, Secretary, | ) |
| DEPARTMENT OF THE ARMY, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **Plaintiff's Request for Status Conference to Extend Expert Discovery Disclosure and Related Deadlines** was served on Defendant's Counsel at his last known address, by depositing the same in the United States mail, postage prepaid, on this date to the mailing address of record as follows:

Edward H. Kubo, Jr. US Attorney District of Hawaii
Edric M. Ching, Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Honolulu, Hawaii 96850-6000
Attorneys for Defendants

DATED: Honolulu, Hawaii, August 7, 2008.

/s/ Elbridge W. Smith
ELBRIDGE W. SMITH
Attorney for Plaintiff