# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00583BMK |
| CASE NAME: | Samud Imai Vs. R. L. Brownlee, Acting Secretary, Deprtment of the Army |
| ATTYS FOR PLA: | Elbridge W. Simith |
| ATTYS FOR DEFT: | Edric Ming-Kai Ching |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | None |
| DATE: | 08/11/2008 | TIME: | 9:37am-9:43am |

COURT ACTION:  EP: Status Conference Regarding Discovery Deadline-New Deadlines were gives as follows:

Plaintiff's Expert Witness Disclosures to be filed by August 21, 2008.

Dispositive Motions filed by September 22, 2008.

Defendant's Expert Witness Disclosures filed by September 22, 2008.

Plaintiff's First Motion for Extension of Time to Complete Discovery Request for Status Conference [77] is hereby Moot.  Motion Terminated.

Submitted by Leslie L. Sai, Courtroom Manager