# SMITH HIMMELMANN

Attorneys at Law - A Law Corporation

**ELBRIDGE W. SMITH** [HI #2079]

745 Fort Street, Suite 311
Honolulu, Hawaii 96813
Telephone No.: (808) 523-5050
Fax No. (808) 538-1382
Email: shlaw@hawaii.rr.com

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SAMUD IMAI, | ) | CIVIL NO. 04-00583 SPK BMK |
| Plaintiff, | ) | |
| vs. | ) | |
| HALE KOA HOTEL; | ) | CERTIFICATE OF SERVICE |
| Francis J. Harvey, Secretary, | ) | |
| DEPT. OF THE ARMY, | ) | |
| Defendants. | ) | |

H:\CLIENTS\Imai\USDC - Discovery\08-15-08  P's Rule 34 request for inspection.wpd

## CERTIFICATE OF SERVICE

The undersigned hereby certifies he has served Defendants with a copy of Plaintiff's Rules 33 and 34 Discovery Request to Inspect and Copy Images, with attached Exhibit "C", on this date, via facsimile and for personal delivery on August 18, 2008, addressed to

> Edward H. Kubo, Jr., United States Attorney, District of Hawaii
> Edric M. Ching, Assistant U.S. Attorney
> Room 6-100, PJKK Federal Building
> Honolulu, Hawaii 96850-6100,
> Attorney for Defendants

DATED: Honolulu, Hawaii, August 15, 2008.

/s/ ews

Elbridge W. Smith
Attorney for Plaintiff