# SMITH HIMMELMANN

Attorneys at Law • A Law Corporation
**ELBRIDGE W. SMITH** [HI #2079]
745 Fort Street, Suite 311
Honolulu, Hawaii 96813
Telephone No.: (808) 523-5050
Fax No.: (808) 442-1119
Email: shlaw@hawaii.rr.com
Attorneys for Plaintiff

UNITED STATES OF AMERICA
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SAMUD IMAI,<br><br>           Plaintiff,<br><br>    vs.<br><br>HALE KOA HOTEL;<br>FRANCIS J. HARVEY, Secretary,<br>Department of the Army,<br><br>           Defendants. | CIVIL NO. 04-00583 SPK / BMK<br><br>**Plaintiff's Disclosure of Expert Witness Pursuant to *Fed. R. Civ. P.* 26(a); Attachments**<br><br>August 20, 2008 |

H:\CLIENTS\Imai\USDC - Plead\08-20-08 Plaintiff's Disclosure of Expert Witness.wpd

**Plaintiff's Disclosure of Expert Witness
Pursuant to *Fed. R. Civ. P.* 26(a)**

Pursuant to *Fed. R. Civ. P.* 26(a)(2)(A) and the Minutes of the August 11, 2008 Status Conference, Plaintiff, Samud Imai, herein provides her disclosure of expert witness who may be used at trial to present evidence under Rules 702, 703, 705 of the Federal Rules of Evidence, as follows:

**Expert Witness**:

        Peter Zilahy Ingerman, PhD
        40 Needlepoint Lane
        Willingboro NJ  08046-1997

    Dr. Ingerman will testify as a computer and programing expert witness, as to whether using available computer programs the color of a key lanyard, the subject of the termination of Plaintiff, shown in films from a number of security camera shots can be determined, and specifically the color of the lanyard, refuting the naked eye of Defendant's employees upon which the decision to terminate Plaintiff was made, in whole or in part.

    Pursuant to *Fed. R. Civ. P.* 26(a)(2)(B), Plaintiff has attached a written report prepared and signed by said witness Dr. Ingerman.

    DATED: Honolulu, Hawaii, August 20, 2008.

                                          /s/ Elbridge W. Smith
                                        ELBRIDGE W. SMITH
                                        Attorney for Plaintiff

# SMITH HIMMELMANN

Attorneys at Law • A Law Corporation
**ELBRIDGE W. SMITH** [HI #2079]
745 Fort Street, Suite 311
Honolulu, Hawaii 96813
Telephone No.: (808) 523-5050
Fax No.: (808) 442-1119
Email: shlaw@hawaii.rr.com
Attorneys for Plaintiff

UNITED STATES OF AMERICA
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SAMUD IMAI, | ) CIVIL NO. 04-00583 SPK / BMK |
| Plaintiff, | ) |
| vs. | ) **Certificate of Service** |
| | ) |
| HALE KOA HOTEL; | ) |
| FRANCIS J. HARVEY, Secretary, | ) |
| Department of the Army, | ) |
| Defendants. | ) |

H:\CLIENTS\Imai\USDC - Plead\08-19-08 Certificate of Service - re Pltf's Disclosure of Expert Witnesses.wpd

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Plaintiff has served Defendants with a copy of Plaintiff's Disclosure of Expert Witnesses and Attachments, dated August 20, 2008, by email delivery on August 20, 2008:

Edward H. Kubo, Jr., United States Attorney, District of Hawaii
Edric M. Ching, Assistant U.S. Attorney        Edric.Ching@usdoj.gov

DATED: August 20, 2008, Honolulu, Hawaii.

                                                 /s/   Elbridge W. Smith
                                                 Elbridge W. Smith
                                                 Attorney for Plaintiff