PETER ZILAHY INGERMAN, PHD

40 NEEDLEPOINT LANE
WILLINGBORO, NJ 08046-1997
609-871-7474 (VOICE)
609-871-1726 (FAX)
PZI@INGERMAN.ORG

2008 Aug 19

Elbridge W. Smith, Esq.
Smith Himmelmann
Topa Financial Center, Suite 311
745 Fort Street
Honolulu HI 96813

Re: **Samud Imai v. Hale Koa Hotel, et. al.** Civil Nr 04-00583 SPK BMK

Dear Mr. Smith:

I attach to this letter my report in the above matter.

Sincerely yours,

Peter Zilahy Ingerman, PhD, FBCS

## Introduction

I have been asked to examine the following materials
- Two DVDs containing sequences from various security video cameras
- Photographic exhibits marked A, B, and C
- Two paint chips, one marked HK-1(from an alcove that was not repainted) and the other marked HALL (taken from the present paint)

in the matter of **Samud Imai v. Hale Koa Hotel, et. al.** Civil Nr 04-00583 SPK BMK, to determine whether the color of a lanyard shown in films from a number of security camera shots can be determined, and specifically the color of the lanyard shown in Clip 5, Camera 17, Time Sequence 23:40:05 – 23:40:10; Clip 19, Camera 46, Time Sequence 23:38:11 – 23:38:14.

## Summary

I conclude to a reasonable degree of analytical certainty that the lanyards in question in the Clip 5 and Clip 19 Time Sequences, are much more likely to be the "green/white" lanyard than the "red" lanyard, as depicted in Exhibits A & B.

## Baseline

Colors on a computer are typically represented as triplets of the form RGB, where the first number represents the red component of a pixel, the second number represents the green component of a pixel, and the third number represents the blue component of a pixel. The values for each color range from 0 (a complete absence of this color) to 255 (the maximum value that can be used for a color). Pure white, then, is represented by RGB<0, 0, 0>, and solid black by RGB<255, 255, 255>.[1]

An alternative method for representing colors is the HSL (Hue, Saturation, Luminosity) method.[2] In this method, the Hue denotes the color, Saturation the intensity of the color, and Luminosity the "lightness" of the color. For reference purposes, pure red is depicted by RGB<255, 0, 0> = HSL<0, 240, 120>; pure green by RGB<0, 255, 0> = HSL<80, 240, 120>; and pure blue by RGB<0, 0, 255> = HSL<160, 240, 120>

Before examining the information from the surveillance cameras, I first wanted to establish a base-line for the colors that might be expected in the two lanyards of interest. I first examined the file **Agency Exhibit B - 3 sets of keys & lanyards.pdf** (copy attached). Lanyard #2 (the "red" lanyard) has a vaguely purplish hue in this file. I inspected three pixels[3] chosen from this lanyard, and got values RGB<163, 102, 81>, RGB<155, 87, 81>, and RGB<172, 94, 84>, yielding an average set of values RGB<163, 94, 82>.

I then, similarly, examined the "red" lanyard in both **Binder1.pdf** (yielding values RGB<171, 1, 13>, RGB<174, 0, 25>, and RGB<161, 2, 29>, averaging to RGB<169, 1, 22>) and **Binder1.bmp** (copy

---

[1] A discussion of the RGB color model can be found at **http://en.wikipedia.org/wiki/RGB_color_model**.
[2] A discussion of the HSL color model can be found at **http://en.wikipedia.org/wiki/HSL_color_space**.
[3] I used a publicly available program called "Pixie", a free program that is available for download at **http://www.nattyware.com/pixie.html**. This program provides the color components of any pixel on the computer's screen, in the RGB and HSL schemes (as well as in a CYMK [Cyan, Yellow, Magenta, Black] scheme and an HSV [Hue, Saturation, Value] scheme, that I shall not use).

attached) (yielding values RGB<190, 0, 6>, RGB<186, 1, 9>, and RGB<192, 1, 8>, averaging to RGB<189, 1, 8>).

I then converted these RGB observations to HSL observations:
- RGB<163, 94, 82>  =  HSL<6, 79, 115>
- RGB<169, 1, 22>  =  HSL<235, 237, 80>
- RGB<189, 1, 8>  =  HSL<239, 237, 89>

Since the Hue as reported by Pixie wraps at 239 (that is, the Hue following 239 is 240, and 240 is identical to 0), the average value (considering 6 as 6, 235 as -5, and 239 as -1) for Hue is 0, or red.

Next I examined Lanyard #41 (the "green" lanyard) in the same manner, and in the same sequence. This resulted in
- RGB<165, 153, 139>, RGB<88, 91, 82>, RGB<90, 90, 88> for an average of RGB<114, 111, 103> = HSL<29, 12, 102>
- RGB<167, 215, 195>, RGB<81, 162, 136>, RGB<120, 191, 192> for an average of RGB<192, 189, 174> = HSL<33, 30, 172>
- RGB<104, 170, 160>, RGB<70, 132, 129>, RGB<180, 206, 209> for an average of RGB<118, 169, 166> = HSL<118, 55, 135>

Since the "green" lanyard is actually a combination of green and either pale yellow or white (depending on the lighting?) it is reasonable that the Hue has a wider range; nonetheless, the resulting Hue values for the "green" lanyard are clearly different from the Hue values for the "red" lanyard.

## Questions Posed

### Question A: "Can it be determined what color that dark lanyard-shaped item is? (Clip 19, Camera 46, Time sequence – 23:38:11.38 – 13.39 +/-)"

I examined the lanyard on the referenced clip at 23:38:11.38. It has RGB<39, 46, 30> = HSL<58, 31, 36>. Using the "Enhanced Light" option of the viewer provided with the clips, the same pixel shows as RGB<61, 83, 60> = HSL<78, 39, 67>. These Hue values are all closer to green (Hue 80) than to red (Hue 0).

I then moved, in time, to 23:38:13.39. Using an 8:1 zoom provided by the viewer and the "Balance light" (default) option, I sampled three pixels:
- RGB<52, 52, 48> = HSL<40, 10, 47>
- RGB<46, 47, 42> = HSL<48, 13, 42>
- RGB<45, 46, 41> = HSL<48, 14, 41>

These Hue values are also all closer to green Hue 80) than to red (Hue 0).

Hence, I conclude that the lanyard shown in these sequences is not red and, since there are only two lanyards in question, must be the "green" lanyard.

## Question B: "Can it be determined what color that dark lanyard-shaped item is (Clip 5, Camera 17, Time 23:40:05.58 – :07  - :09 +/-)"

I examined the lanyard on the referenced clip at 23:40:05.58, using an 8:1 zoom provided by the viewer and the "Balance light" (default) option. I sampled four pixels:
- RGB<60, 42, 34> = HSL<19, 43, 24>
- RGB<63, 49, 40> = HSL<23, 37, 25>
- RGB<68, 54, 45> = HSL<23, 34, 27>
- RGB<72, 58, 49> = HSL<24, 32, 29>

I examined the lanyard on the referenced clip at 23:40:06.99, using an 8:1 zoom provided by the viewer and the "Balance light" (default) option. I sampled four pixels:
- RGB<64, 49, 43> = HSL<17, 33, 35>
- RGB<103, 81, 78> = HSL<8, 25, 41>
- RGB<96, 85, 81> = HSL<16, 16, 38>
- RGB<79, 70, 65> = HSL<22, 18, 31>

I also examined the color of the arm above the lanyard, and observed:
- RGB<98, 78, 63> = HSL<26, 36, 39>
- RGB<94, 66, 60> = HSL<10, 36, 37>
- RGB<72, 52, 44> = HSL<17, 39, 29>

Hence, although the lanyard appears to be orange, it also appears to be very similar in color to the arm above the lanyard. Since the "red" lanyard is unambiguously red, while the "green" lanyard is green combined with a very light color, the similarity of the color of the lanyard in these clips to the color of the arm suggests the possibility of an artifact due to the lighting.

## Question C: "Does the color of the walls in Clip 5, Camera 17 match the color of paint chip "HK-2" (which is believed to be the same actual paint as in the video (Clip 5, Camera 17)?"

The color of the paint chip HK-2, (taken from an un-repainted alcove) sampling three pixels, yields:
- RGB<255, 255, 232> = HSL<40, 240, 229>
- RGB<255, 254, 241> = HSL<37, 240, 233>
- RGB(255, 254, 231> = HSL<38, 240, 229>

The average of the three Hue values is 38.

I examined the walls in Clip 5, Camera 17 at Time 23:29:57.16. Because of the lights and shadows caused by the lighting it is difficult to find an area of the picture that is likely to be a true representative of the actual color. Using the "Enhance Light" option and sampling on the lower part of the wall beyond the Coke machine that is the end of the corridor, I get:
- RGB<241, 234, 213> = HSL<30, 120, 214>
- RGB<240, 240, 220> = HSL<40, 96, 216>
- RGB<236, 226, 208> = HSL<26, 102, 209>

The average of the three Hue values is 32.

Compared to the paint sample HK-1, this Hue is shifted a bit towards the red, which suggests that the lighting in the hallway has a slight tendency to make things appear "redder" than they would be in a true white light

## Question D: "Can the lanyards in Clip 12, Camera 46, Times 00:03 – 00:14 be identified by color and/or as being the same lanyard(s) in any of the prior Clips-Times provided to you"

I find a lanyard at Clip 12, Camera 46, Time 00:13:12.92, and sampled it three times:
- RGB<73, 74, 66> = HSL<45, 14, 66>
- RGB<73, 74, 66> = HSL<45, 14, 66>
- RGB<75, 67, 68> = HSL<45, 13, 68>

Hue 45 is a yellow-green, which is consistent with the "green" lanyard, and not consistent with a "red" lanyard



EXHIBIT "B"

**Agency Exhibit B - 3 sets of keys & lanyards.pdf**



**Binder1.bmp**

**Curriculum Vitae of Peter Zilahy Ingerman, PhD**

**CURRICULUM VITAE**

**Peter Zilahy Ingerman, PhD**
**40 Needlepoint Lane**
**Willingboro NJ  08046-1997**

**609-871-7474 (voice)**
**609-871-1726 (Facsimile)**

**e-mail: syscon@ingerman.org**

**web site: www.ingerman.org**

# Curriculum Vitae of Peter Zilahy Ingerman, PhD

## Experience

1998-                          **Independent Consultant**
                               **Willingboro, NJ**

    **[See Examples of Services Performed, below]**

1992-1998                      **Franklin Electronic Publishers, Inc**
                               **Senior Software Engineer**
                               **Mt. Holly NJ**

**Designed and implemented software for hand-held information retrieval devices. Designed and implemented data compression software. Designed and implemented a system to normalize assembly language code, and to find common subroutines. Designed, implemented, and documented a number of additions to the set of UNIX utilities.**

**[Note that I satisfied the needs of a small number of clients during the period 1992-1998; the work done is included under Examples of Services Performed.]**

1977-                          **Independent Consultant**
                               **Willingboro, NJ**

    **[See Examples of Services Performed, below]**

1972-1977                      **Equitable Life Assurance Society**
                               **Senior Manager, Technical Support**
                               **New York, NY**

**Consulted with various departments on systems design, integration, planning, and conversion. Participated in international programming language standardization.**

1965-1972                      **RCA Computer Systems Division**
                               **Manager, Language Systems Standards and Research**
                               **Cherry Hill, NJ and Riverton, NJ**

**Participated in international programming language standardization. Developed experimental language design tools. Developed systems for data base management. Developed a PL/I compiler design.**

1963-1965                      **Westinghouse Defense and Space Center**
                               **Manager, Programming Language Research**
                               **Baltimore, MD**

**Developed programming techniques for an iterated-array computer (SOLOMON, predecessor to the ILLIAC IV). Participated in international programming language standardization.**

## Curriculum Vitae of Peter Zilahy Ingerman, PhD

## Experience (Continued)

| | |
|---|---|
| 1957-1963 | **University of Pennsylvania**<br>**Graduate Research Assistant**<br>**Philadelphia, PA** |

Performed research into and development of techniques for machine translation of mechanical languages. Participated in international programming language standardization. Assisted staff on proper usage of University computing facility. Worked with Dr. Grace Hopper, Dr. Saul Gorn, and Dr. John Mauchly, as well as with Anatole Holt and William Turanski.

1955-1957          (Student, University of Pennsylvania)

1954-1955          **Philco Corporation**
                   **Electronics Technician**
                   **Philadelphia Pa**

Worked as technician in the Research Laboratories.

1953-1954          (Student, College of Emporia, Emporia KS)

1952-1953          **Kansas Power and Light Co.**
                   **Tabulating Machine Operator**
                   **Topeka KS**

Punched card equipment operator and analyst, developed system to account for stockholder voting.

# Curriculum Vitae of Peter Zilahy Ingerman, PhD

## Education

| | |
|---|---|
| BA (Physics) | 1958, University of Pennsylvania |
| MSE (Electrical Engineering) | 1963, University of Pennsylvania |
| PhD (Philosophy) | 1991, Greenwich University, Hilo, HI |

## Patents

| | |
|---|---|
| 2,911,566 | D. R. Taylor, Jr, and P. Z. Ingerman<br>Deflection System for Cathode Ray Tubes |
| 3,054,059 | P. Z. Ingerman<br>Pattern Suppressed Counter Circuit |

## Curriculum Vitae of Peter Zilahy Ingerman, PhD

## Professional Societies and Designations

**Institute for Electrical and Electronic Engineers (and predecessors), 1955-**
        Student, 1955-1961; Member, 1961-1964; Sr. Member, 1964-1996; Life Sr. Member, 1996-

**IEEE Computer Society (and predecessor), 1955-**
        Member, 1955-

**IEEE Society on Social Implications of Technology**
        Board of Governors, 2007-
                Membership Development Chair, 2008-

**Association for Computing Machinery, 1958-**
        Member, 1958-
                Chair, Programming Languages Committee, 1964-1967
                ACM National Lecturer, 1967-1968
                Editor-in-Chief, Computing Reviews, 1974-1979
                ACM Standards Committee, 1967-1980

**American Association for the Advancement of Science, 1965-**

**American College of Forensic Examiners, 2000-**

**New Jersey Academy of Sciences, 1965-**
        Member, 1965-

**British Computer Society, 1968-**
        Member, 1968-1969; Fellow, 1969-2003; Life Fellow, 2003-
        Chartered Engineer (CEng) [British Engineering Council], 1990
        Chartered IT Professional (CITP), 2004-
        Chartered Scientist (CSci) [British Science Council], 2005-
        British Computer Society, USA Section, 2004-
                Treasurer, 2004-

**Sigma Xi (Scientific Research Society of North America), 1976-**
        Regular Member, 1976-1981; Life Regular Member, 1981-

**Data Processing Management Association and successor, 1976-1996**
        Southern New Jersey Chapter, Board of Directors, 1992-1994

**Independent Computer Consultant's Association, 1978-**
        National Treasurer, 1999-2001

**Business Forms Management Association, 1986-1992**
        Mid-Jersey/Delaware Valley Chapter
                Vice President 1986-1987, President, 1987-1992

**PC Club of South Jersey, 1991-1992**
        Newsletter Editor, 1991

**Page 5 of 5**

## Curriculum Vitae of Peter Zilahy Ingerman, PhD

## Specialized Education and Designations (not listed above)

Certificate in Data Processing (CDP), 1978
Certificate in Computer Programming (CCP), 1979
Certified Systems Professional (CSP), 1985-1996

Fellow, Life Management Institute (FLMI), with specializations in
    Electronic Data Processing, 1973
    Selection of Risks, 1975
    Life and Health Insurance Claims, 1976

Chartered Life Underwriter (CLU), 1975

Emergency Medical Technician (EMT), 1982-1992, 2003-

## Miscellaneous

Board of Directors, Philadelphia Health Plan Inc., 1975-1977
Board of Directors, Crossroads Runaway Program, 1981-1982
Board of Officers, Willingboro Emergency Squad, 1986-1989,  2003-
Board of Directors, Compliance, Inc., 1989-1992
Board of Advisors, Providence House (a shelter for abused women), 1991-1994
    Vice Chair, 1993-1994

## Member

Franklin Institute, 1958-1991
MENSA, 1965-
American Cryptogram Association, 1969-
American Guild of Organists, 1969-2005
    Co-Dean, South West Jersey Chapter, 1997-1998
    Dean, South West Jersey Chapter, 1998-1999
    Treasurer, South West Jersey Chapter, 1999-2005
Triple Nine Society, 1979-
Association of Humanistic Psychologists, 1978-2008
International Transactional Analysis Association, 1980-
Association of Former Intelligence Officers, 1999-

Biography appears in *Who's Who in the World*,  etc.

## Curriculum Vitae of Peter Zilahy Ingerman, PhD

## Professional Activities Not Listed Above

**Adjunct Professor, Computer Science Department, Pratt Institute of Technology, 1958-1973**

**International Federation for Information Processing**
    **Working Group 2.1 (ALGOL) 1962-1969**
    **Working Group 2.2 (Language Description) 1967-1982**

**Conference on Data Systems Languages (CODASYL)**
    **RCA Representative to COBOL Committee 1967-1971**

**American National Standards Institute**
    **X3.4    (Programming Languages) 1960-1969**
        **Chair, 1969**
    **X3.4.2   (Language Specifications) 1961-1971**
        **Chair, 1963-1971**
    **X3.4.5   (International Representation) 1963-1969**

**Mathematical Association of America**
    **Visiting Lecturer, 1978-1988**

## Curriculum Vitae of Peter Zilahy Ingerman, PhD

## Publications

**A New Algorithm for Algebraic Translation**
> 14th National Meeting of the ACM, 1959

**Towards a Theory of Recursive Processors**
> 16th National Meeting of the ACM, 1961

**On the Construction of Micro-Flowcharts (Gorn, Saul; Ingerman; and Crozier, John)**
> Communications of the ACM, Vol 2 Nr 10, 1959

**A Note on the Calculation of Interest**
> Communications of the ACM, Vol 3 Nr 10, 1960

**Thunks**
> Communications of the ACM, Vol 4 Nr 1, 1961
> Reprinted in Compiler Techniques, Barry Pollack, ed;
> > Auerbach Publishers, 1972; ISBN 0-87769-076-6

**Dynamic Declarations**
> Communications of the ACM, Vol 4 Nr 1, 1961

**A Translation Technique for Languages whose Syntax is Expressible**
> in Extended Backus Normal Form
> Symbolic Languages in Data Processing, Gordon and Breach,
> (Proceedings of March 1962 IFIP Conference in Rome, Italy)

**The Parameterization of the Compilation Process**
> Formal Language Description Languages, North Holland, 1966
> (Proceedings of September 1966 IFIP Conference, Vienna, Austria)

**An Assembly Language for Reprogramming (Graham, Marvin; and Ingerman)**
> ACM Reprogramming Conference, Princeton NJ, 1965

**A Universal Assembly Mapping Language (Graham, Marvin; and Ingerman)**
> ACM National Conference, 1965

**A Syntax-Oriented Translator**
> Academic Press, New York, 1966
> > Revised and reprinted, 1967 and 1968
> > Russian Translation, 1969

**A Taxonomy for Programming**
> Proceedings of the 4th Australian Computer Conference
> > Adelaide, South Australia, 1969
> Proceedings of the 2nd All-Union conference on Programming
> > Akademgorodok, Siberia, 1970

**Page 8 of 8**

**Curriculum Vitae of Peter Zilahy Ingerman, PhD**

**(Publications, continued)**

A Note on the Imaginary Bosom
        Journal of Irreproducible Results, January 1973

Making the Most of Your Check Digits
        Dr. Dobbs Journal, April 1982

Computer Consultants
        Computers in Landscape Architecture
                Landscape Architecture Technical Information Series 8, May 1984

Computer Considerations
        Proceedings of the Tenth National Nutrient Data Bank Conference,
        U. S. Department of Commerce,
                National Technical Information Service, PB86-159589, July 1985

Artificial Intelligence: An Overview
        Datapro Manufacturing Automation Series
                Datapro Research Corporation, Delran NJ
                March 1987

The World in Thorne Smith (Doctoral Dissertation)
        University Microfilms, Inc. [Order Nr. LD02136]
                Ann Arbor, Michigan
                February 1992

(Lectures on the Y2K Problem were given to:
        Willingboro Rotary International, 1999
        Athey & Co, Accountants, 1999
        Fleet National Bank, 1999)

(A lecture on computer security was given to:
        Willingboro Rotary International, 2000)

(Lectures on calendrics were given to
        Philadelphia Mensa, 2002
        Willingboro Public Library, 2007)

(Several articles as co-author with Dan Mabbutt, About.com guide to Visual Basic
        About.com's Visual Basic site, 2003-)

(A non-credit course on Thorne Smith was taught as part of the LIFE program of
        Burlington County College in 2003)

(A non-credit course on Calendrics was taught as part of the LIFE program of
        Burlington County College in 2004)

Two Hebern Cryptographic Machines
        CRYPTOLOGIA, April 2005 Vol XXIX Nr 2 (April 2005) pp127-147

## Curriculum Vitae of Peter Zilahy Ingerman, PhD

## Some Examples of Services Performed as a Consultant

Advised a small pipe-organ firm on the design of pipe organ components (and assisted in building some of those components).

Provided expertise on computer and computer-related issues to law firms and professional engineering firms.

Served as an expert for an intellectual property lawyer in a patent case, that required reverse-engineering the software in a proprietary device to determine whether or not there was a patent issue (references available on request).

Served as an expert witness, analyzing statistics in a lawsuit brought for discrimination on the basis of age (references available on request).  [FITZ v. PSE&G, Superior Court of New Jersey, Essex County, Docket L-14338-96].

Created a program that does a complete statistical analysis of two-by-two tables using the Fischer Exact Test, as well as computing the $chi^2$ statistic and the odds ratio.  Utilized this program in a discrimination case (references available on request). [SCOTT v. IBM CORP., Civil Docket 98-4092(JBS), US Court, District of New Jersey]

Consulted with counsel on a political discrimination case [PUGLISI V. CITYOF NEW BRUNSWICK, Civil Docket 90-4212(JAG), US Court, District of New Jersey]

Designed, developed, and implemented a system for maintaining product label information for a food manufacturer. This system was written in FOCUS and FORTRAN, under CMS on an IBM main frame, but with development being done in the PC environment.

Evaluated *all* of the written material (policies, underwriting rules, brochures, newsletters, etc.) of a major insurance company for material that was inappropriately discriminatory on the basis of gender.

Designed, developed, and implemented a system for analyzing nutrient data and preparing reports. The input to the system is a "lottery card" on which foods have been coded. The computer was special-purpose computer with a mark-sense card reader and a thermal paper printer, designed for stand-alone use without monitor or keyboard. The system was written in QuickBASIC, and uses a proprietary data base.

Designed, developed, and implemented a system for entering, consolidating, maintaining, and reporting on the records required for employee drug testing as required by the federal regulations for a drug-free transportation workplace. This system was written in PC/FOCUS, and generated all of the required letters, reports, and inventory control information.

Provided professional assistance to an accounting firm in the computer and systems aspects of audits of four of its clients (a bank, a manufacturing company, a glass fabricator, and a ship building firm), and also reviewed and audited the EDP department of the accounting firm itself. These audits included security, privacy, and integrity of both the computer systems (including hardware and software) and the data processed by those systems.

Developed and implemented a statistical model for limited partnerships that invest in equipment leases, to allow the general partners to experiment with the various parameters of the partnership agreement. This model was written in QuickBASIC and ran in 10 minutes on a PC/AT, replacing a model that was written in RBase 5000 by a major accounting firm, and that took two and one half days to run on the same machine.

## Curriculum Vitae of Peter Zilahy Ingerman, PhD

### (Some Examples of Services Performed as a Consultant, Continued)

Designed and implemented a system for tracking drug testing information. The system maintained all of the required records, as well as tracked the physicians, testees, and test kits. The system was implemented in PC/FOCUS and Microsoft Professional BASIC.

Developed and implemented a data base system to support plaintiffs in a major class action lawsuit against a convenience store chain. The system was implemented in PC/FOCUS. (References available on request.)

Designed and implemented several data bases (totalling on the order of 20 Gbytes) to permit the common manipulation of a number of different government studies on nutrition using current nutrition data rather than the data originally used in the studies. The implementation was done using FOCUS under CMS on an IBM 3083.

Designed a special-purpose language, and developed and implemented a compiler and run-time package for a large process-control system; the provided capacity significantly improved the power, and sales, of the system. The implementation was done in assembly language for a Z80 in a CP/M environment.

Conducted a feasibility study for a major New York publishing firm, to see whether computerization of the logging procedures in their book production department was cost-effective; the study continued from the initial specifications through the solicitation and evaluation of bids for the implementation of the system.

Analyzed the computer and systems requirements for a small landscaping consulting firm that required a specialized taxonomy for the plants used to replant deserts in the Middle East. The major effort was to educate personnel in setting up the taxonomy to avoid their attributing "human" judgmental powers to a computer system.

Recommended systems improvements for a Health Maintenance Organization, both at a managerial and computer systems level, and evaluated the desirability of purchasing a computer; advised against the establishment of an in-house computing facility, but for the purchase of a computer to be operated on a facilities management basis by an outside vendor.

Analyzed the work flow in the pension area of a major New York insurance company; new procedures were recommended that reduced the minimum processing time from three to two days, and improved control of both the pension applications and the associated money.

# Curriculum Vitae of Peter Zilahy Ingerman, PhD

## Programs I Have Written

(This section includes programs I have written either for my own amusement, or with the intent of producing a marketable product.  Programs written as part of my consulting services are mentioned above.)

With the explicit permission of UNISYS, developed a simulator for the UNIVAC I and UNIVAC II computers and the UNIVAC High Speed Printer.  The simulator includes a number of hardware anomalies that existed in the original UNIVACs.  It can, optionally, simulate a UNIVAC II instruction that was available for installation on a UNIVAC I, as well as a modification to UNIVAC I called Overdrive.  The Simulator was written in Microsoft Visual Basic 6.0, and is currently publicly available as freeware.

Developed a program to compute the relationships among dates in various calendars.  This program was originally written in Microsoft Professional Basic for DOS in 1991, and has been completely rewritten and expanded in Microsoft Visual Basic 6.0.  The program implements the rules for some thirty calendars, and permits the calendars to be displayed in as many as sixty languages.  This program is still under development, and is currently being beta-tested.

Developed a program to compute the savings required per month to pay multiple periodic bills with varying periods.  The program takes into account the timing of the bills, and therefore minimizes the total amount of money required to be on hand.  The program was written in Microsoft Visual Basic 6.0, and is currently being marketed.

Designed and implemented a complete membership system for a volunteer emergency squad; the system kept complete records on each member, including membership status, hours volunteered, and skills. This system was written in CBASIC in the CROMEMCO CP/M environment.

Developed a system for locating dates in an ephemeris given a specified configuration of planets.  The system was written in Microsoft Visual Basic 6.0, and is currently being marketed.

Designed and implemented a reverse compiler for the CBASIC language, as originally marketed by Gordon Eubanks and, later, Digital Research. This program analyzed the p-code produced by the CBASIC compiler and reconstructed the original source code (not including, of course, the comments and the original variable names). The program was written in assembly language for the CROMEMCO CP/M environment.

## Curriculum Vitae of Peter Zilahy Ingerman, PhD

### Languages and Systems

Assembly language for a Zilog Z80 and similar devices.
Assembly language for the Intel 80x86/80x87 family and similar devices.
Assembly language for the Intel 80x51 family and similar devices.
Assembly language for the 6502, 65816, and similar devices.
Assembly language for the IBM 704 and successors.
Assembly/Machine language for the UNIVAC I and UNIVAC II.
Assembly/Machine language for the UNIVAC SS-80.

Operating system environments: CP/M, MS-DOS, DR-DOS, Windows 3.11, Windows 9x, Windows XP, UNIX.

BASIC, including a number of variants such as CBASIC, Microsoft QuickBASIC, Microsoft Professional
        Basic 7.1 and, more recently, Microsoft Visual Basic 6.0, Visual Basic 2005, Visual Basic 2008

C, in both a PC environment (Microsoft C) and a UNIX environment. (no longer current)

WordPerfect (starting with Version 3). (no longer current)

FOCUS (an Information Builders, Inc. product) originally on a main frame in the VM/CMS environment
(since Version 3.9), more recently in a UNIX environment, and in a PC environment.

FORTRAN (various versions, dating back to 1957) on both mainframes and various PCs.

FRAMEWORK (originally an Ashton-Tate product) in various versions.

ALGOL and ALGOL-60 (no longer current)

PL/1 (no longer current)

COBOL (no longer current)

NOMAD (no longer current)

# RGB color model

*Wikipedia is sustained by people like you. Please **donate** today.*

**From Wikipedia, the free encyclopedia**

*"RGB" redirects here. For the red giant branch in stellar evolution, see Red giant.*

The **RGB color model** is an additive color model in which red, green, and blue light are added together in various ways to reproduce a broad array of colors. The name of the model comes from the initials of the three additive primary colors, red, green, and blue.

The main purpose of the RGB color model is for the sensing, representation, and display of images in electronic systems, such as televisions and computers, though it has also been used in conventional photography. Before the electronic age, the RGB color model already had a solid theory behind it, based in human perception of colors.

RGB is a *device-dependent* color space: different devices detect or reproduce a given RGB value differently, since the color elements (such as phosphors or dyes) and their response to the individual R, G, and B levels vary from manufacturer to manufacturer, or even in the same device over time. Thus an RGB value does not define the same *color* across devices without some kind of color management.

Typical RGB input devices are color TV and video cameras, image scanners, and digital cameras. Typical RGB output devices are TV sets of various technologies (CRT, LCD, plasma, etc.), computer and mobile phone displays, video projectors, multicolor LED displays, and large screens as JumboTron, etc. Color printers, on the other hand, are usually not RGB devices, but subtractive color devices (typically CMYK color model).

This article discusses concepts common to all the different color spaces that use the RGB color model, which are used in one implementation or another in color image-producing technology.



A representation of additive color mixing. Projection of primary color lights on a screen shows secondary colors where two overlap; the combination of all three of red, green, and blue in appropriate intensities makes white.

## Contents

- 1 Additive primary colors
- 2 Physical principles for the choice of red, green, and blue
- 3 History of RGB color model theory and usage
  - 3.1 Photography
  - 3.2 Television
  - 3.3 Personal computers
- 4 RGB devices
  - 4.1 RGB and displays
    - 4.1.1 Video electronics
    - 4.1.2 Video framebuffer
    - 4.1.3 Nonlinearity
  - 4.2 RGB and cameras
  - 4.3 RGB and scanners
- 5 Numeric representations
- 6 Geometric representation
- 7 Digital representations
  - 7.1 The 24-bit RGB representation
  - 7.2 Beyond the 24-bit RGB
    - 7.2.1 32-bit graphic mode
    - 7.2.2 32-bit graphic mode with simple video overlay
    - 7.2.3 32-bit RGBA (RGB plus alpha channel)
    - 7.2.4 48-bit RGB
  - 7.3 Limited representations below 24-bit RGB
    - 7.3.1 16-bit RGB (Highcolor)
    - 7.3.2 RGB arrangements for 8-bit indexed color
    - 7.3.3 3-bit RGB
- 8 Colors in web-page design
- 9 Color management



An RGB image, along with its separate R, G and B components; Note that the white snow consists of strong red, green, and blue; the brown barn is composed of strong red and green with little

- 10 RGB model and luminance–chrominance formats relationship
- 11 See also
- 12 References
- 13 External links

blue; the dark green grass consists of strong green with little red or blue; and the light blue sky is composed of strong blue and moderately strong red and green.

## Additive primary colors

To form a color with RGB, three colored light beams (one red, one green, and one blue) must be superimposed (for example by emission from a black screen, or by reflection from a white screen). Each of the three beams is called a *component* of that color, and each of them can have an arbitrary intensity, from fully off to fully on, in the mixture.

The RGB color model is *additive* in the sense that the three light beam are added together, and their light spectra add, wavelength for wavelength, to make the final color's spectrum.[1][2]

Zero intensity for each component gives the darkest color (no light, considered the *black*), and full intensity of each gives a white; the *quality* of this white depends on the nature of the primary light sources, but if they are properly balanced, the result is a neutral white matching the system's white point. When the intensities for all the components are the same, the result is a shade of gray, darker or lighter depending on the intensity. When the intensities are different, the result is a colorized hue, more or less saturated depending on the difference of the strongest and weakest of the intensities of the primary colors employed.

When one of the components has the strongest intensity, the color is a hue near this primary color (reddish, greenish, or bluish), and when two components have the same strongest intensity, then the color is a hue of a *secondary* color (a shade of cyan, magenta or yellow). A secondary color is formed by the sum of two primary colors of equal intensity: cyan is green+blue, magenta is red+blue, and yellow is red+green. Every secondary color is the *complement* of one primary color; when a primary and its complementary secondary color are added together, the result is white: cyan complements red, magenta complements green, and yellow complements blue.

To see how different RGB components combine together, here is a selected repertoire of colors and their respective relative intensities for each of the red, green, and blue components:



The RGB color model itself does not define what is meant by *red*, *green*, and *blue* colorimetrically, and so the results of mixing them are not specified as absolute, but relative to the primary colors. When the exact chromaticities of the red, green, and blue primaries are defined, the color model then becomes an absolute color space, such as sRGB or Adobe RGB; see RGB color spaces for more details.

## Physical principles for the choice of red, green, and blue

The choice of primary colors is related to the physiology of the human eye; good primaries are stimuli that maximize the difference between the responses of the cone cells of the human retina

to light of different wavelengths, and that thereby make a large color triangle.[3]



The normal three kinds of light-sensitive photoreceptor cells in the human eye (cone cells) respond most to yellow (long wavelength or L), green (medium or M), and violet (short or S) light (peak wavelengths near 570 nm, 540 nm and 440 nm, respectively[3]). The difference in the signals received from the three kinds allows the brain to differentiate a wide gamut of different colors, while being most sensitive (overall) to yellowish-green light and to differences between hues in the green-to-orange region.

As an example, suppose that light in the orange range of wavelengths (approximately 577 nm to 597 nm) enters the eye and strikes the retina. Light of these wavelengths would activate both the medium and long wavelength cones of the retina, but not equally — the long-wavelength cells will respond more. The difference in the response can be detected by the brain and associated with the concept that the light is orange. In this sense, the orange appearance of objects is simply the result of light from the object entering our eye and stimulating the relevant kinds of cones simultaneously but to different degrees.

A set of primary colors, such as the sRGB primaries, define a color triangle; only colors within this triangle can be reproduced by mixing the primary colors. Colors outside the color triangle are therefore shown here as gray. The primaries and the D65 white point of sRGB are shown.

Use of the three primary colors is not sufficient to reproduce *all* colors; only colors within the color triangle defined by the chromaticities of the primaries can be reproduced by additive mixing of non-negative amounts of those colors of light.[3]

## History of RGB color model theory and usage

The RGB color model is based on the Young–Helmholtz theory of trichromatic color vision, developed by Thomas Young and Hermann Helmholtz, in the early to mid nineteenth century, and on James Clerk Maxwell's color triangle that elaborated that theory (circa 1860).



### Photography

First experiments with RGB in early color photography were made in 1861 by Maxwell himself, and involved the process of three color-filtered separate takes.[4] To reproduce the color photograph, three matching projections over a screen in a dark room were necessary.

The first permanent color photograph, taken by J. C. Maxwell in 1861 using three red, green, and violet-blue filters.

The additive RGB model and variants such as orange–green–violet were also used in the Autochrome Lumière color plates and other screen-plate technologies such as the Joly color screen and the Paget process in the early twentieth century. Color photography by taking three separate plates was used by other pioneers, such as Russian Sergey Prokudin-Gorsky in the period 1909 through 1915.[5] Such methods last until about 1960 using the expensive and extremely complex tri-color carbro Autotype process.[6]

When employed, the reproduction of prints from three-plate photos was done by dyes or pigments using the complementary CMY model, by simply using the negative plates of the filtered takes: reverse red gives the cyan plate, and so on.

### Television

In pre-electronics, patents on mechanically scanned color systems exist since 1889 in Russia. The color TV pioneer John Logie Baird demonstrated the world's first RGB color transmission in 1928, and also the world's first color broadcast in 1938, in London. In his experiments, scanning and displaying were made by mechanical means through spinning colorized wheels.[7][8]

The Columbia Broadcasting System (CBS) began experimental RGB field-sequential color system in 1940. Images were electronically scanned, but it still used a moving part: the transparent RGB color wheel rotating at above 1,200 rpm synchronized in front of both the monochromatic camera and the cathode-ray tube (CRT) receiver counterpart.[9][10][11]

BBC Test Card F, the first RGB color card aired in the UK in 2nd July 1967.

The modern RGB shadow mask technology for color CRT displays was patented by Werner Flechsig in Germany in 1938.[12]

The National Television System Committee (NTSC) worked in 1950–1953 to develop a color system that was compatible with existing black-and-white sets in the USA, with Radio Corporation of America (RCA) developing the hardware elements. The solution was to encode RGB in the so-called YIQ, a luminance-chrominance color difference signal, in the system that was standardized for use in the United States. In Europe, the French SECAM color TV system was patented in 1956 and the German PAL in 1963. They both adapted some NTSC techniques to the European electronics standards, while improving some hue error problems. The color encoding signals are YUV for PAL systems and YDbDr for SECAM.

### Personal computers

Early personal computers of the late 1970s and early 1980s, such as those from Apple, Atari and Commodore, do not use RGB as their main method to manage colors, but rather composite video. IBM introduced a 16-color scheme (one bit each for RGB and Intensity) with the Color Graphics Adapter (CGA) for its first IBM PC (1981), later improved with the Enhanced Graphics Adapter (EGA) in 1984. The first manufacturer of a truecolor graphic card for PCs (the TARGA) was Truevision in 1987, but was not until the arrival of the Video Graphics Array (VGA) in 1988 that RGB became popular, mainly due to the analog signals in the connection between the adapter and the monitor which allowed a very wide range of RGB colors.

## RGB devices

### RGB and displays

One common application of the RGB color model is the display of colors on a cathode ray tube (CRT), liquid crystal display (LCD), plasma display, or LED display such as a television, a computer's monitor, or a large scale screen. Each pixel on the screen is built by driving three small and very close but still separated RGB light sources. At common viewing distance, the separate sources are indistinguishable, which tricks the eye to see a given solid color. All the pixels together arranged in the rectangular screen surface conforms the color image.



During digital image processing each pixel can be represented in the computer memory or interface hardware (for example, a *graphics card*) as binary values for the red, green, and blue color components. When properly managed, these values are converted into intensities or voltages via gamma correction to correct the inherent nonlinearity of some devices, such that the intended intensities are reproduced on the display.

Cutaway rendering of a color CRT: **1.** Electron guns **2.** Electron beams **3.** Focusing coils **4.** Deflection coils **5.** Anode connection **6.** Mask for separating beams for red, green, and blue part of displayed image **7.** Phosphor layer with red, green, and blue zones **8.** Close-up of the phosphor-coated inner side of the screen

### Video electronics

RGB is also the term referring to a type of component video signal used in the video electronics industry. It consists of three signals—red, green, and blue—carried on three separate cables/pins. Extra cables are sometimes needed to carry synchronizing signals. RGB signal formats are often based on modified versions of the RS-170 and RS-343 standards for monochrome video. This type of video signal is widely used in Europe since it is the best quality signal that can be carried on the standard SCART connector. Outside Europe, RGB is not very popular as a video signal format; S-Video takes that spot in most non-European regions. However, almost all computer monitors around the world use RGB.

### Video framebuffer

A framebuffer is a digital device for computers which stores in the so-called *video memory* (conformed by an array of Video RAM or similar chips) the digital image to be displayed on the monitor. Driven by software, the CPU or other specialized chips write the appropriate bytes in the video memory to conform the image, which an electronic video generator sends to the monitor. Modern systems encode pixel color values by devoting some bits groupings for each of the RGB separate components. RGB information can be either carried by the pixel bits themselves or in a separate Color Look-Up Table (CLUT) if indexed color graphic modes are used.



RGB pixels in an LCD TV (on the right: an orange and a blue color; on the left: a close-up of pixels)

By using an appropriate combination of red, green, and blue intensities, many colors can be displayed. Current typical display adapters use up to 24-bits of information for each pixel: 8-bit per component multiplied by three components (see the Digital representations section below). With this system, 16,777,216 ($256^3$ or $2^{24}$) discrete combinations of R, G and B values are allowed, providing thousands of different (though not necessarily distinguishable) hue, saturation, and lightness shades.



Close-up of red, green, and blue LEDs that conform a single pixel in a large scale LED screen.

## Nonlinearity

In classic cathode ray tube (CRT) devices, the brightness of a given point over the phosphorescent screen due to the impact of accelerated electrons is not proportional to the voltage applied to electrons in their RGB electron guns, but to an expansive function of that voltage. The amount of this deviation is known as its gamma value (γ), the argument for a power law function, which closely describes this behaviour. A linear response is given by a gamma value of 1.0, but actual CRT nonlinearities have a gamma value around 2.0 to 2.5.

Similarly, the intensity of the output on TV and computer display devices is not directly proportional to the R, G, and B applied electric signals (or file data values which drive them thru Digital-to-Analog Converters—DAC). On a typical standard 2.2-gamma CRT display, an input intensity RGB value of (0.5, 0.5, 0.5) only outputs about 22% of that when displaying the full (1.0, 1.0, 1.0), instead of at 50%.[13] To obtain the correct response, a gamma correction is used in encoding the image data, and possibly further corrections as part of the color calibration process of the device. Gamma affects black-and-white TV as well as color. In standard color TV, signals are already broadcast in a gamma-compensated fashion by TV stations.

Display technologies different from CRT (as LCD, plasma, LED, etc.) may behave nonlinearly in different ways. When they are intended to display standard TV and video shows, they are built in a such way that they behave in gamma like an older CRT TV monitor. In digital image processing, gamma correction can be applied either by the hardware or by the software packages used.

Other input/output RGB devices may have also nonlinear responses, depending on the technology employed. In any case, nonlinearity (whether gamma-related or not) is not part of the RGB color model in itself, although different standards that use RGB can also specify the gamma value and/or other nonlinear parameters involved.

## RGB and cameras

In color television and video cameras manufactured before the 1990's, the incoming light was separated by prisms and filters into the three RGB primary colors feeding each color into a separate video camera tube (or *pickup tube*). These tubes are a type of cathode ray tube, not to be confused with that of CRT displays.



The Bayer arrangement of color filters on the pixel array of an digital image sensor

With the arriving of commercially viable charge-coupled device (CCD) technology in the 1980's, first the pickup tubes were replaced with this kind of sensors. Later, higher scale integration electronics was applied (mainly by Sony), simplifying and even removing the intermediate optics, up to a point to reduce the size of video cameras for domestic use until convert them in handy and full camcorders. Current webcams and mobile phones with cameras are the most miniaturized commercial forms of such technology.

Photographic digital cameras that use a CMOS or CCD image sensor often operate with some variation of the RGB model. In a Bayer filter arrangement, green is given twice as many detectors as red and blue (ratio 1:2:1) in order to achieve higher luminance resolution than chrominance resolution. The sensor has a grid of red, green, and blue detectors arranged so that the first row is RGRGRGRG, the next is GBGBGBGB, and that sequence is repeated in subsequent rows. For every channel, missing pixels are obtained by interpolation in the demosaicing process to build up the complete image. Also, other processes used to be applied in order to map the camera RGB measurements into a standard RGB color space as sRGB.

## RGB and scanners

In computing, an image scanner is a device that optically scans images (printed text, handwriting, or an object) and converts it to a digital image which is transferred to a computer. Among other formats, flat, drum, and film scanners exist, and most of them support RGB color. They can be considered the successors of early telephotography input devices, which were able to send consecutive scan lines as analog amplitude modulation signals through standard telephonic lines to appropriate receivers; such

systems were in use in press since the 1920s to the mid 1990s. Color telephotographs were sent as three separated RGB filtered images consecutively.

Currently available scanners typically use charge-coupled device (CCD) or contact image sensor (CIS) as the image sensor, whereas older drum scanners use a photomultiplier tube as the image sensor. Early color film scanners used a halogen lamp and a three-color filter wheel, so three exposures were needed to scan a single color image. Due to heating problems, the worst of them being the potential destruction of the scanned film, this technology was later replaced by non-heating light sources such as color LEDs.

## Numeric representations

A color in the RGB color model is described by indicating how much of each of the red, green, and blue is included. The color is expressed as an RGB triplet ($r,g,b$), each component of which can vary from zero to a defined maximum value. If all the components are at zero the result is black; if all are at maximum, the result is the brightest representable white.

A typical RGB color selector in graphic software. Every slider ranges from 0 to 255.

These ranges may be quantified in several different ways:

- From 0 to 1, with any fractional value in between. This representation is used in theoretical analyses, and in systems that use floating-point representations.
- Each color component value can also be written as a percentage, from 0% to 100%.
- In computing, the component values are often stored as integer numbers in the range 0 to 255, the range that a single 8-bit byte can offer (by encoding 256 distinct values).
- High-end digital image equipment can deal with the integer range 0 to 65,535 for each primary color, by employing 16-bit words instead of 8-bit bytes.

For example, the full intensity red [ ] is written in the different RGB notations as:

| Notation | RGB triplet |
|---|---|
| Arithmetic | (1.0, 0.0, 0.0) |
| Percentage | (100%, 0%, 0%) |
| Digital 8-bit per channel | (255, 0, 0) |
| Digital 16-bit per channel | (65535, 0, 0) |

In many environments, the component values within the ranges are not managed as linear (that is, the numbers are nonlinearly related to the intensities that they represent), as in digital cameras and TV broadcasting and receiving due to gamma correction, for example.[14] Linear and nonlinear transformations are often dealt with via digital image processing. Representations with only 8 bits per component are considered sufficient if gamma encoding is used,[15] but sometimes even 8-bit linear is used.[16]

## Geometric representation

*See also RGB color space*

Since colors are usually defined by three components, not only in the RGB model, but also in other color models such as CIELAB and Y'UV, among others, then a three-dimensional volume is described by treating the component values as ordinary cartesian coordinates in a euclidean space. For the RGB model, this is represented by a cube using non-negative values within a 0–1 range and assigning black to the origin at the vertex (0, 0, 0), and with increasing intensity values running along the three axis up to white at the vertex (1, 1, 1), diagonally opposite black.

An RGB triplet ($r,g,b$) represents the three-dimensional coordinate of the point of the given color within the cube or its faces or along its edges. This approach allows computations of the color similarity of two given RGB colors by simply calculating the distance between them: the shorter the distance, the higher the similarity. Out-of-gamut computations can be performed this way, too.



The RGB color model mapped to a cube. The horizontal x-axis as red values increasing to the left, y-axis as blue increasing to the lower right and the vertical z-axis

# Digital representations

> as green increasing towards the top. The origin, black, is hidden behind the cube.

The RGB color model is the most common way to encode color in computing, and several different binary digital representations are in use. The main characteristic of all of them is the quantization of the possible values per component (technically a *sample*) by using only integer numbers within some range, usually form 0 to a some power of two minus one ($2^n - 1$) to fit them into some bit groupings.

As usual in computing, the values can be represented either in decimal and in hexadecimal notation as well, as is the case of HTML colors text-encoding convention.

| Pixel color depth |
| --- |
| 1-bit monochrome |
| 8-bit grayscale |
| |
| 8-bit color |
| 16-bit Highcolor |
| 24-bit Truecolor |
| 30/36/48-bit Deep Color |
| **Related** |
| |
| **RGB color model** |
| Indexed color |
| Palette |
| Web-safe color |

## The 24-bit RGB representation

RGB values encoded in 24 bits per pixel (bpp) are specified using three 8-bit unsigned integers (0 through 255) representing the intensities of red, green, and blue. This representation is the current mainstream standard representation for the so-called truecolor and common color interchange in image file formats such as JPEG or TIFF. It allows more than 16 million different combinations (hence the term *millions of colors* some systems for this mode), many of them indistinguishable to the human eye.

The following image shows the three "fully saturated" faces of a 24-bpp RGB cube, unfolded into a plane:



- (0, 0, 0) is black
- (255, 255, 255) is white
- (255, 0, 0) is red
- (0, 255, 0) is green
- (0, 0, 255) is blue
- (255, 255, 0) is yellow
- (0, 255, 255) is cyan
- (255, 0, 255) is magenta

yellow (255,255,0)  green (0,255,0)  cyan (0,255,255)

red (255,0,0)  blue (0,0,255)

red (255,0,0)  magenta (255,0,255)

The above definition uses a convention known as *full-range* RGB. Color values are also often scaled from and to the range 0.0 through 1.0, specially they are mapped from/to other color models and/or encodings.

The 256 levels of a primary usually do not represent equally spaced intensities, due to gamma correction.

This representation cannot offer the exact mid point 127.5, nor other non-integer values, as bytes do not hold fractional values, so these need to be rounded or truncated to a nearby integer value.[17] For example, Microsoft considers the color "medium gray"[18] to be the (128,128,128) RGB triplet in its default palette. The effect of such quantization (for every value, not only the midpoint) is usually not noticeable, but may build up in repeated editing operations or colorspace conversions.[19]

Typically, RGB for digital video is not full range. Instead, video RGB uses a convention with scaling and offsets such that (16, 16, 16) is black, (235, 235, 235) is white, etc. For example, these scalings and offsets are used for the digital RGB definition in the CCIR 601 standard.

## Beyond the 24-bit RGB

**32-bit graphic mode**

The so-called 32 bpp display graphic mode is *identical* in precision to the 24 bpp mode; there are still only eight bits per component, and the eight extra bits are often not used at all. The reason for the existence of the 32 bpp mode is the higher speed at which most modern 32-bit (and better) hardware can access data that is aligned to byte addresses evenly divisible by a power of two, compared to data not so aligned.

**32-bit graphic mode with simple video overlay**

Some graphics hardware allows the unused byte into the 32-bit mode to be used as an 8-bit paletted overlay. A certain palette entry (often 0 or 255) is designated as being transparent, i.e., where the overlay is this value the truecolor image is shown. Otherwise the overlay value is looked up in the palette and used. This allows for GUI elements (such as menus or the mouse cursor) or information to be overlayed over a truecolor image without modifying it. When the overlay needs to be removed, it is simply cleared to the transparent value and the truecolor image is displayed again. This feature was often found on graphics hardware for Unix workstations in the 90s and later on some PC graphics cards (most notably those by Matrox). However, PC graphics cards (and the systems they are used in) now have plentiful memory to use as a backing store and this feature has mostly disappeared.

**32-bit RGBA (RGB plus alpha channel)**

With the need for compositing images came a variant of 24-bit RGB which includes an extra 8-bit channel for transparency, thus resulting also in a 32-bit format. The transparency channel is commonly known as the alpha channel, so the format is named RGBA. Note again that since it does not change anything in the RGB model, RGBA is not a distinct color model, it is only a representation that integrates transparency information along with the color information. This extra channel allows for alpha blending of the image over another, and is a feature of the PNG format.

**48-bit RGB**

High precision color management typically uses up to 16 bits per component, resulting in **48 bpp**. This makes it possible to represent 65,536 tones of each color component instead of 256. This is primarily used in professional image editing, like Adobe Photoshop for maintaining greater precision when a sequence of more than one image filtering algorithms is used on the image. With only 8 bit per component, rounding errors tend to accumulate with each filtering algorithm that is employed, distorting the end result. Sometimes also called *16-bit mode* due to the precision by component, not to be confused with 16-bit Highcolor which is a more limited representation (see below).

## Limited representations below 24-bit RGB

**16-bit RGB (Highcolor)**

A 16-bit mode known as Highcolor, in which there are either 5 bits per color, called 555 mode (32,768 total colors), or the same with an extra bit for green (because the green component contributes most to the brightness of a color in the human eye), called 565 mode (65,535 colors). (In general, a good RGB representation needs 1 bit more for red than blue and 1 more bit for green, [20] but this can not be fully achieved within a 16-bit word.) This was the high-end for some display adapters for personal computers during the 1990's, but today is considered slightly obsolete in favour of the 24 or 32 bpp graphic modes. It is still in use in many devices with color screens as cell phones, digital cameras, personal digital assistants (PDA) and portable videogame consoles.

**RGB arrangements for 8-bit indexed color**

Display adapters and image file formats using indexed-color techniques limit the simultaneously available colors per image up to 256, 8 bits per pixel. The selected colors are arranged into a palette, and the actual image pixels values do not represent RGB triplets, but mere indices into the palette, which in turn stores the 24-bit RGB triplets for every color in the image, so colors are addressed indirectly. 

Every image can have its own color selection (or adaptive palette) when indexed color is employed. But this scheme has the inconvenience that two or more indexed-color images with incompatible palettes cannot be properly displayed simultaneously where the 256-color limitation

is imposed by the system's hardware.

One solution is to use an intermediate master palette which comprises a full RGB selection with limited levels to the red, green, and blue components, in order to fit it at all within 256 color entries.

Usual limited RGB repertoires include 6×6×6 levels with 216 combinations (the Web colors case), 6×7×6 levels with 252 combinations, 6×8×5 levels with 240 combinations and 8×8×4 levels with the full 256 combinations (see RGB arrangements for samples).

Mosaic of image thumbnails rendered with a single shared *master palette* of 6×8×5 RGB levels plus 16 additional grays.

**3-bit RGB**

The minimum RGB binary representation is 3-bit RGB, one bit per component. Typical for early color terminals in the 1970's, it is still used today with the Teletext TV retrieval service.

## Colors in web-page design

Colors used in web-page design are commonly specified using RGB; see web colors for an explanation of how colors are used in HTML and related languages. Initially, the limited color depth of most video hardware led to a limited color palette of 216 RGB colors, defined by the Netscape Color Cube. However, with the predominance of 24-bit displays, the use of the full 16.7 million colors of the HTML RGB color code no longer poses problems for most viewers.

In short, the web-safe color palette consists of the 216 combinations of red, green, and blue where each color can take one of six values (in hexadecimal): #00, #33, #66, #99, #CC or #FF (based on the 0 to 255 range for each value discussed above). Clearly, 6 cubed = 216. These hexadecimal values = 0, 51, 102, 153, 204, 255 in decimal, which = 0%, 20%, 40%, 60%, 80%, 100% in terms of intensity. This seems fine for splitting up 216 colors into a cube of dimension 6. However, lacking gamma correction, the perceived intensity on a standard 2.5 gamma CRT / LCD is only: 0%, 2%, 10%, 28%, 57%, 100%. See the actual web safe color palette for a visual confirmation that the majority of the colors produced are very dark, or see Xona.com Color List for a side by side comparison of proper colors next to their equivalent lacking proper gamma correction.

The RGB color model for HTML was formally adopted as an Internet standard in HTML 3.2, however it had been in use for some time before that.

## Color management

Proper reproduction of colors, especially in professional environments, requires color management of all the devices involved in the production process, many of them using RGB. Color management results in several transparent conversions between device-independent and device-dependent color spaces (RGB and others, as CMYK for color printing) during a typical production cycle, in order to ensure color consistency throughout the process. Along with the creative processing, such interventions on digital images can damage the color accuracy and image detail, especially where the gamut is reduced. Professional digital devices and software tools allow for 48 bpp (bits per pixel) images to be manipulated (16 bits per channel), to minimize any such damage.

ICC-compliant applications, such as Adobe Photoshop, use either the Lab color space or the CIE 1931 color space as a *Profile Connection Space* when translating between color spaces.[21]

## RGB model and luminance–chrominance formats relationship

All luminance–chrominance formats used in the different TV and video standards such as YIQ for NTSC, YUV for PAL, $YD_BD_R$ for SECAM, and $YP_BP_R$ for component video use color difference signals, by which RGB color images can be encoded for broadcasting/recording and later decoded into RGB again to display them. These intermediate formats were needed for compatibility with pre-existent black-and-white TV formats. Also, those color difference signals need lower data bandwidth compared to full RGB signals.

Similarly, current high-efficiency digital color image data compression schemes such as JPEG and MPEG store RGB color internally in $YC_BC_R$ format, a digital luminance-chrominance format based on $YP_BP_R$. The use of $YC_BC_R$ also allows to perform lossy subsampling with the chroma channels (typically to 4:2:2 or 4:1:1 ratios), which it aids to reduce the resultant file size.

# See also

- Color banding
- SCART connector
- Color theory
- List of palettes

# References

1. ^ Charles A. Poynton (2003). *Digital Video and HDTV: Algorithms and Interfaces*. Morgan Kaufmann.
2. ^ Nicholas Boughen (2003). *Lightwave 3d 7.5 Lighting*. Wordware Publishing, Inc.
3. ^ *a b c* R. W. G. Hunt (2004). *The Reproduction of Colour*, 6th ed., Chichester UK: Wiley–IS&T Series in Imaging Science and Technology. ISBN 0-470-02425-9.
4. ^ Robert Hirsch (2004). *Exploring Colour Photography: A Complete Guide*. Laurence King Publishing. ISBN 1856694208.
5. ^ Photographer to the Tsar: Sergei Mikhailovich Prokudin-Gorskii Library of Congress.
6. ^ The Evolution of Color Pigment Printing
7. ^ John Logie Baird, Television Apparatus and the Like, U.S. patent, filed in U.K. in 1928.
8. ^ Baird Television: Crystal Palace Television Studios. Previous color television demonstrations in the U.K. and U.S. had been via closed circuit.
9. ^ "Color Television Success in Test", *NY Times* (1940-08-30), p. 21. Retrieved on 2008-05-12.
10. ^ "CBS Demonstrates Full Color Television," *Wall Street Journal*, Sept. 5, 1940, p. 1.
11. ^ "Television Hearing Set", *NY Times* (1940-11-13), p. 26. Retrieved on 2008-05-12.
12. ^ Morton, David L. (1999). "Television Broadcasting", *A History of Electronic Entertainment Since 1945*. IEEE. ISBN 0-7803-9936-6.
13. ^ Steve Wright (2006). *Digital Compositing for Film and Video*. Focal Press. ISBN 024080760X.
14. ^ Edwin Paul J. Tozer (2004). *Broadcast Engineer's Reference Book*. Elsevier.
15. ^ Bernice Ellen Rogowitz and Thrasyvoulos N. Pappas (1998). *Human Vision and Electronic Imaging III*. SPIE.
16. ^ "Gamma".
17. ^ About roundoff errors in color conversion in Adobe tools.
18. ^ About Microsoft Windows and palettes.
19. ^ Wladyslaw Wadysaw (ed.) (2001). *Computer Analysis of Images and Patterns: 9th International Conference, CAIP 2001*. Springer. ISBN 3540425136.
20. ^ Cowlishaw, M. F. (1985). "Fundamental requirements for picture presentation" (PDF). *Proc. Society for Information Display* **26** (2): 101–107.
21. ^ ICC. "Why Color Management?". Retrieved on 2008-04-16. "The two PCS's in the ICC system are CIE-XYZ and CIELAB"

# External links

- Demonstrative color conversion applet

Retrieved from "http://en.wikipedia.org/wiki/RGB_color_model"
Categories: Color space
Hidden category: Articles needing additional references from April 2007

- This page was last modified on 11 August 2008, at 23:36.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c)(3) tax-deductible nonprofit charity.

# HSL and HSV

*Please support Wikipedia by making a tax-deductible donation.*

**From Wikipedia, the free encyclopedia**

 (Redirected from HSL color space)

**HSL** and **HSV** are two related representations of points in an RGB color space, which attempt to describe perceptual color relationships more accurately than RGB, while remaining computationally simple. *HSL* stands for **h**ue, **s**aturation, **l**ightness, while *HSV* stands for **h**ue, **s**aturation, **v**alue.

**HSI** and **HSB** are alternative names for these concepts, using *intensity* and *brightness*; their definitions are less standardized, but they are typically interpreted as synonymous with HSL.

Both HSL and HSV describe colors as points in a cylinder whose central axis ranges from black at the bottom to white at the top with neutral colors between them, where angle around the axis corresponds to "hue", distance from the axis corresponds to "saturation", and distance along the axis corresponds to "lightness", "value", or "brightness".



Graphical depiction of HSV

The two representations are similar in purpose, but differ somewhat in approach. Both are mathematically cylindrical, but while HSV (hue, saturation, value) can be thought of conceptually as an inverted cone of colors (with a black point at the bottom, and fully-saturated colors around a circle at the top), HSL conceptually represents a double-cone or sphere (with white at the top, black at the bottom, and the fully-saturated colors around the edge of a horizontal cross-section with middle gray at its center). Note that while "hue" in HSL and HSV refers to the same attribute, their definitions of "saturation" differ dramatically.



*HSL* arranged as a double-cone

Because HSL and HSV are simple transformations of device-dependent RGB, the color defined by a $(h, s, l)$ or $(h, s, v)$ triplet depends on the particular color of red, green, and blue "primaries" used. Each unique RGB device therefore has unique HSL and HSV spaces to accompany it. An $(h, s, l)$ or $(h, s, v)$ triplet can however become definite when it is tied to a particular RGB color space, such as sRGB.

Both models were first formally described in 1978 by Alvy Ray Smith,[1] though the concept of describing colors by these three dimensions, or equivalents such as hue, chroma, and tint, was introduced much earlier.[2]

# Contents

- 1 Motivation
- 2 Usage
- 3 Comparison of HSL and HSV
- 4 Comparison with other color models
- 5 Formal specifications
  - 5.1 Conversion from RGB to HSL or HSV
  - 5.2 Conversion from HSL to RGB
  - 5.3 Conversion from HSV to RGB
- 6 Terminology
- 7 Spherical and other 3D mappings
- 8 Examples
- 9 Notes
- 10 References
- 11 External links

# Motivation

It is sometimes preferable in working with art materials, digitized images, or other media, to use the HSV or HSL color model over alternative models such as RGB or CMYK, because of differences in the ways the models emulate how humans perceive color. RGB and CMYK are additive and subtractive models, respectively, modelling the way that primary color lights or

pigments (respectively) combine to form new colors when mixed.

## Usage

The HSV model is commonly used in computer graphics applications. In various application contexts, a user must choose a color to be applied to a particular graphical element. When used in this way, the HSV color wheel is often used. In it, the hue is represented by a circular region; a separate triangular region may be used to represent saturation and value. Typically, the vertical axis of the triangle indicates saturation, while the horizontal axis corresponds to value. In this way, a color can be chosen by first picking the hue from the circular region, then selecting the desired saturation and value from the triangular region.



An HSV color wheel allows the user to quickly select a multitude of colors.

Another visualization method of the HSV model is the cone. In this representation, the hue is depicted as a three-dimensional conical formation of the color wheel. The saturation is represented by the distance from the center of a circular cross-section of the cone, and the value is the distance from the pointed end of the cone. Some representations use a hexagonal cone, or *hexcone*, instead of a circular cone. This method is well-suited to visualizing the entire HSV color space in a single object; however, due to its three-dimensional nature, it is not well-suited to color selection in two-dimensional computer interfaces.



The conical representation of the HSV model is well-suited to visualizing the entire HSV color space in a single object.

The HSV color space could also be visualized as a cylindrical object; similar to the cone above, the hue varies along the outer circumference of a cylinder, with saturation again varying with distance from the center of a circular cross-section. Value again varies from top to bottom. Such a representation might be considered the most mathematically accurate model of the HSV color space; however, in practice the number of visually distinct saturation levels and hues decreases as the value approaches black. Additionally, computers typically store RGB values with a limited range of precision; the constraints of precision, coupled with the limitations of human color perception, make the cone visualization more practical in most cases.

## Comparison of HSL and HSV

HSL is similar to HSV. For some people, HSL better reflects the intuitive notion of "saturation" and "lightness" as two independent parameters, but for others its definition of saturation is wrong, as for example a very pastel, almost white color can be defined as fully saturated in HSL. It might be controversial, though, whether HSV or HSL is more suitable for use in human user interfaces.

The CSS3 specification from the W3C states, "Advantages of HSL are that it is symmetrical to lightness and darkness (which is not the case with HSV for example)…" This means that:



Comparison of the HSL and HSV color spaces.

- In HSL, the Saturation component always goes from fully saturated color to the equivalent gray (in HSV, with V at maximum, it goes from saturated color to white, which may be considered counterintuitive).
- The Lightness in HSL always spans the entire range from black through the chosen hue to white (in HSV, the V component only goes half that way, from black to the chosen hue).

In software, a hue-based color model (HSV or HSL) is usually presented to the user in the form of a linear or circular hue chooser and a two-dimensional area (usually a square or a triangle) where the user can choose saturation and value/lightness for

Case 1:04-cv-00583-BMK     Document 81-2     Filed 08/20/2008     Page 33 of 37

the selected hue. With this representation, the difference between HSV and HSL is irrelevant. However, many programs also let the user select a color via linear sliders or numeric entry fields, and for those controls, usually either HSL or HSV (not both) are used. HSV is traditionally more common. Here are some examples:

- Applications that use HSV (HSB):
    - Apple Mac OS X system color picker (has a color disk for H/S and a slider for V)
    - Xara Xtreme
    - Paint.NET (has a color disk for H/S and a slider for V)
    - Adobe graphic applications (Illustrator, Photoshop, and others)
    - PB MapInfo Pro

- Applications that use HSL:
    - The CSS3 specification
    - Inkscape (starting from version 0.42)
    - Macromedia Studio
    - Microsoft Windows system color picker (including Microsoft Paint)
    - Paint Shop Pro
    - ImageMagick



The GIMP supports several methods of picking colors within the HSV color space, including the color wheel and a colored square with a hue slider.

- Applications that use both HSV and HSL:
    - Pixel image editor (starting from Beta5)
    - Pixia
    - Bryce
    - The GIMP (HSV for color selection, HSL for image color adjustment)
    - Paint.NET (HSV for color selection, HSL for image color adjustment)
    - Photoshop (HSV for color selection, HSL for image color adjustment)

## Comparison with other color models

The HSV tristimulus space does not technically support a one-to-one mapping to physical power spectra as measured in radiometry. Thus it is not generally advisable to try to make direct comparisons between HSV coordinates and physical light properties such as wavelength or amplitude.

## Formal specifications

HSL and HSV are defined mathematically by transformations between the $r$, $g$, and $b$ coordinates of colors in RGB space and the $h$, $s$, $l$, and $v$ coordinates of the HSL and HSV spaces.[3]

### Conversion from RGB to HSL or HSV

Let $r$, $g$, $b \in [0,1]$ be the red, green, and blue coordinates, respectively, of a color in RGB space.

Let max be the greatest of $r$, $g$, and $b$, and min the least.

To find the hue angle $h \in [0, 360]$ for either HSL or HSV space, compute:



An illustration of the relationship between the "hue" of colors with maximal saturation in HSV and HSL with their corresponding RGB coordinates.

$$h = \begin{cases} 0 & \text{if } \max = \min \\ (60° \times \frac{g-b}{\max-\min} + 0°) \bmod 360°, & \text{if } \max = r \\ 60° \times \frac{b-r}{\max-\min} + 120°, & \text{if } \max = g \\ 60° \times \frac{r-g}{\max-\min} + 240°, & \text{if } \max = b \end{cases}$$

To find saturation and lightness $s$, $l \in [0,1]$ for HSL space, compute:

Case 1:04-cv-00583-BMK      Document 81-2      Filed 08/20/2008      Page 34 of 37

$$s = \begin{cases} 0 & \text{if } \max = \min \\ \frac{\max - \min}{\max + \min} = \frac{\max - \min}{2l}, & \text{if } l \leq \frac{1}{2} \\ \frac{\max - \min}{2 - (\max + \min)} = \frac{\max - \min}{2 - 2l}, & \text{if } l > \frac{1}{2} \end{cases}$$

$$l = \frac{1}{2}(\max + \min)$$

The value of h is generally normalized to lie between 0 and 360°, and h = 0 is used when *max = min* (that is, for grays) though the hue has no geometric meaning there, where the saturation *s* is zero. Similarly, the choice of 0 as the value for *s* when *l* is equal to 0 or 1 is arbitrary.

HSL and HSV have the same definition of hue, but the other components differ. The values for *s* and *v* of an HSV color are defined as follows:

$$s = \begin{cases} 0, & \text{if } \max = 0 \\ \frac{\max - \min}{\max} = 1 - \frac{\min}{\max}, & \text{otherwise} \end{cases}$$

$$v = \max$$

The range of HSV and HSL vectors is a cube in the cartesian coordinate system; but since hue is really a cyclic property, it is not necessary or appropriate to unwrap it, with a cut at 0 (red), into a linear coordinate. Therefore, visualizations of these spaces invariably involve hue circles; [4] cylindrical and conical (bi-conical for HSL) depictions are most popular; spherical depictions and other color solids are also possible.

## Conversion from HSL to RGB

Given a color defined by (*h*, *s*, *l*) values in HSL space, with *h* in the range [0, 360), indicating the angle, in degrees, of the hue, and with *s* and *l* in the range [0, 1], representing the saturation and lightness, respectively, a corresponding (*r*, *g*, *b*) triplet in RGB space, with *r*, *g*, and *b* also in range [0, 1], and corresponding to red, green, and blue, respectively, can be computed as follows:

First, if *s* = 0, then the resulting color is achromatic, or gray. In this special case, *r*, *g*, and *b* all equal *l*. Note that the value of *h* is ignored, and may be undefined in this situation.

The following procedure can be used, even when *s* is zero:

$$q = \begin{cases} l \times (1 + s), & \text{if } l < \frac{1}{2} \\ l + s - (l \times s), & \text{if } l \geq \frac{1}{2} \end{cases}$$

$$p = 2 \times l - q$$

$$h_k = \frac{h}{360} \text{ (h normalized to be in the range [0,1))}$$

$$t_R = h_k + \frac{1}{3}$$

$$t_G = h_k$$

$$t_B = h_k - \frac{1}{3}$$

if $t_C < 0 \rightarrow t_C = t_C + 1.0$   for each $C \in \{R, G, B\}$



An RGB image of the John Moulton Barn at the base of the Teton Range, along with its *h*, *s* and *l* components.

Case 1:04-cv-00583-BMK     Document 81-2     Filed 08/20/2008     Page 35 of 37

$$\text{if } t_C > 1 \rightarrow t_C = t_C - 1.0 \quad \text{for each } C \in \{R, G, B\}$$

Compute each color component $Color_C$ of the vector $(Color_R, Color_G, Color_B) = (r, g, b)$,

$$Color_C = \begin{cases} p + \left((q - p) \times 6 \times t_C\right), & \text{if } t_C < \frac{1}{6} \\ q, & \text{if } \frac{1}{6} \leq t_C < \frac{1}{2} \\ p + \left((q - p) \times 6 \times (\frac{2}{3} - t_C)\right), & \text{if } \frac{1}{2} \leq t_C < \frac{2}{3} \\ p, & \text{otherwise} \end{cases}$$

for each $C \in \{R, G, B\}$

**Conversion from HSV to RGB**

Similarly, given a color defined by $(h, s, v)$ values in HSV space, with $h$ as above, and with $s$ and $v$ varying between 0 and 1, representing the saturation and value, respectively, a corresponding $(r, g, b)$ triplet in RGB space can be computed:

$$h_i = \left\lfloor \frac{h}{60} \right\rfloor \mod 6$$

$$f = \frac{h}{60} - \left\lfloor \frac{h}{60} \right\rfloor$$

$$p = v \times (1 - s)$$

$$q = v \times (1 - f \times s)$$

$$t = v \times (1 - (1 - f) \times s)$$



Compute color vector $(r, g, b)$,

$$(r, g, b) = \begin{cases} (v, t, p), & \text{if } h_i = 0 \\ (q, v, p), & \text{if } h_i = 1 \\ (p, v, t), & \text{if } h_i = 2 \\ (p, q, v), & \text{if } h_i = 3 \\ (t, p, v), & \text{if } h_i = 4 \\ (v, p, q), & \text{if } h_i = 5 \end{cases}$$

An image, along with its *h*, *s* and *v* components. Compare the dark on the left side of the barn roof and the white of the snow; though one is much brighter than the other, these near-neutral colors both have low saturation. Notice that the green grass is highly saturated and of moderate brightness, while the blue of the mountains has consistent hue but widely varying brightness and saturation, and the sky has constant hue and brightness but varying saturation.

# Terminology

The terms attributed to the "L" or "V" component of HSL or HSV color space may be misleading since they have little to do with color science definitions of the terms. In photometry, concepts such as lightness and luminance relate to a weighted spectrum, in which green is much more luminous than blue, and red is between; but in HSL and HSV, the "L" and "V" dimensions treat the three color channels equally.

- Lightness or value refers to the perceived reflectance of a surface,[5] or to relative luminous reflectance of a colored surface patch.

- Luminance typically refers to relative luminance, which is based on the photometric definition of luminance but normalized with respect to a reference white.

- Luminosity typically (and incorrectly) refers to relative luminance. This usage was popularized by Adobe Photoshop; in the documentation of the CS3 version, the *luminosity* blending mode is still present, but is described in terms of *luminance*:

"Luminosity: Creates a result color with the hue and saturation of the base color and the luminance of the blend color."[6]

## Spherical and other 3D mappings

HSL and HSV are related to three-dimensional color-order systems such as Philipp Otto Runge's color sphere (*Farben-kugel*) and the Munsell color system, both of which are structured around a neutral black-to-white axis, as the HSL and HSV cylinders are. Munsell refers to the colorfulness dimension as chroma rather than saturation, and refers to but uses hue and lightness as in HSL.



Color sphere of Runge, 1810

Modern works also sometimes map HSL into a sphere, with L along the polar axis, H a longitude, and S a fraction of the radius of the disk at a constant L or latitude.[7][8]

Since the entire top and bottom surfaces of the HSL cylinder are white and black, respectively, nothing is lost in shrinking them to points at the poles of a sphere. Another popular way to shrink the white and black surfaces to points is to map HSL to a bi-cone,[9] [10] which fits the same description as the sphere given above, but with a different profile of radius versus L. For HSV, on the other hand, the top surface of the cylinder is not white, so it can not be collapsed to a point, while the bottom can be mapped to a point, since it's all black; therefore, HSV is commonly mapped to a cone.

## Examples

The RGB values are shown in the range 0.0 to 1.0.

| RGB | HSL | HSV | Result |
|---|---|---|---|
| (1, 0, 0) | (0°, 1, 0.5) | (0°, 1, 1) | |
| (0.5, 1, 0.5) | (120°, 1, 0.75) | (120°, 0.5, 1) | |
| (0, 0, 0.5) | (240°, 1, 0.25) | (240°, 1, 0.5) | |

Color sphere of Munsell, 1900

## Notes

1. ^ Alvy Ray Smith (August 1978). "Color Gamut Transform Pairs". *Computer Graphics* **12** (3): 12. doi:10.1145/965139.807361.
2. ^ Robert Mearns Yerkes (1911). *Introduction to Psychology*. H. Holt.
3. ^ Max K. Agoston (2005). *Computer Graphics and Geometric Modeling: Implementation and Algorithms*. Springer. ISBN 1852338180.
4. ^ John C. Russ (2005). *Image Analysis Of Food Microstructure*. CRC Press. ISBN 0849322413.
5. ^ Edward H. Adelson (2000). "Lightness Perception and Lightness Illusions – Some terminology". Massachusetts Institute of Technology. Retrieved on 2007-07-17.
6. ^ "List of Blending Modes". *Adobe Help Resource Center*. Retrieved on 2007-11-10.
7. ^ Phil Nelson (2007). *The Photographer's Guide to Color Management: Professional Techniques for Consistent Results*. Amherst Media, Inc. ISBN 1584282045.
8. ^ Abhay Sharma (2003). *Understanding Color Management*. Thomson Delmar Learning. ISBN 1401814476.
9. ^ John C. Russ (2005). *Image Analysis Of Food Microstructure*. CRC Press. ISBN 0849322413.
10. ^ Richard Prikryl (2004). *Dimension Stone 2004 - New Perspectives for a Traditional Building Material*. Taylor & Francis. ISBN 9058096750.

## References

- Raphael Gonzalez, Richard E. Woods (2002) *Digital Image Processing,* 2nd ed. Prentice Hall Press, ISBN 0-201-18075-8, p. 295.
- Charles Poynton. "What are HSB and HLS?" *Color FAQ*. 28 November 2006.
- Donald Hearn, M. Pauline Baker (1986) *Computer Graphics*. Prentice Hall International, ISBN 0-13-165598-1, pp. 302-205.

## External links

- An explanation of HSL and how it differs from RGB can be found in the W3C's CSS3 Color Module.
- Formulas for converting to and from RGB can be found on EasyRGB.com.

- C++ code for RGB and HSV conversion
- Demonstrative color conversion applet
- HSV Colors by Hector Zenil, The Wolfram Demonstrations Project.
- HSV Tutorial in Basic, at The Mandelbrot Dazibao.

Retrieved from "http://en.wikipedia.org/wiki/HSL_and_HSV"
Categories: Color space
Hidden categories: Articles needing additional references from June 2007 | Articles to be expanded since May 2008 | All articles to be expanded | Articles to be expanded since February 2008

- This page was last modified on 6 August 2008, at 06:08.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c)(3) tax-deductible nonprofit charity.