# SMITH HIMMELMANN

Attorneys at Law • A Law Corporation
**ELBRIDGE W. SMITH** [HI #2079]
745 Fort Street, Suite 311
Honolulu, Hawaii 96813
Telephone No.: (808) 523-5050
Fax No.: (808) 442-1119
Email: shlaw@hawaii.rr.com
Attorneys for Plaintiff

UNITED STATES OF AMERICA
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SAMUD IMAI, | ) CIVIL NO. 04-00583 SPK / BMK |
| Plaintiff, | ) |
| vs. | ) **Certificate of Service** |
| | ) |
| HALE KOA HOTEL; | ) |
| FRANCIS J. HARVEY, Secretary, | ) |
| Department of the Army, | ) |
| Defendants. | ) |

H:\CLIENTS\Imai\USDC - Plead\08-19-08 Certificate of Service - re Pltf's Disclosure of Expert Witnesses.wpd

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Plaintiff has served Defendants with a copy of Plaintiff's Disclosure of Expert Witnesses and Attachments, dated August 20, 2008, by email delivery on August 20, 2008:

Edward H. Kubo, Jr., United States Attorney, District of Hawaii
Edric M. Ching, Assistant U.S. Attorney          Edric.Ching@usdoj.gov

DATED: August 20, 2008, Honolulu, Hawaii.

                                             /s/   Elbridge W. Smith
                                        Elbridge W. Smith
                                        Attorney for Plaintiff