EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

EDRIC M. CHING   #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SAMUD IMAI, | ) CIVIL NO. 04-00583 BMK |
| | ) |
| Plaintiff, | ) DEFENDANTS' MOTION TO DISMISS |
| | ) AND/OR FOR SUMMARY JUDGMENT; |
| vs. | ) MEMORANDUM IN SUPPORT OF |
| | ) DEFENDANTS' MOTION TO DISMISS |
| HALE KOA HOTEL; FRANCIS J. | ) AND/OR FOR SUMMARY JUDGMENT; |
| HARVEY, Secretary, Department | ) CERTIFICATE OF SERVICE |
| of the Army, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

DEFENDANTS' MOTION TO
DISMISS AND/OR FOR SUMMARY JUDGMENT

Defendants HALE KOA HOTEL and FRANCIS J. HARVEY, by and

through their undersigned attorneys, the United States Attorney

for the District of Hawaii and Assistant United States Attorney

Edric M. Ching and hereby submits the following Motion To Dismiss

And/Or For Summary Judgment ("Motion") pursuant to Rules 12(b)(1)

and 56 of the Federal Rules of Civil Procedure.  This Motion is

supported by the attached Memorandum in Support of Defendants'

Motion To Dismiss And/Or For Summary Judgment, the Concise

Statement In Support of Defendants' Motion To Dismiss And/Or For

Summary Judgment, the attached declarations and exhibits and the

entire file herein.

DATED:   September 3, 2008, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Edric M. Ching

By_____
   EDRIC M. CHING
   Assistant U.S. Attorney

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SAMUD IMAI, | ) | CIVIL NO. 04-00583 BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| FRANCIS J. HARVEY, | ) | |
| Secretary, Department of | ) | |
| the Army; HALE KOA HOTEL, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served upon the following persons at their last known addresses:

Served Electronically through CM/ECF:

Elbridge W. Smith, Esq.
shlaw@hawaii.rr.com
marcelle@shlaw.us
ew@shlaw.us

Served by First Class Mail:

Raymond W. Laing
Attorney at Law
470 Meadow Way
San Geronimo, CA 94903

Attorneys for Plaintiff

DATED:  September 3, 2008, at Honolulu, Hawaii.

/s/ Jan Yoneda
_____