TABLE OF CONTENTS

PAGE(S)

I. INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . 1

II. STATEMENT OF FACTS . . . . . . . . . . . . . . . . . . . 3

    A. Plaintiff's Housekeeping Position . . . . . . . . . . 3

    B. Plaintiff's Work Performance/Unfair Treatment Claims . . . . . . . . . . . . . . . . . 4

        1. Plaintiff's Performance Evaluations . . . . . . 4

        2. Co-Worker Complaints Re: Plaintiff . . . . . . . 5

        3. Other Hotel Employees Complaints Re: Hamlin . . 5

        4. Lee's Investigation of Plaintiff's Claims . . . 6

    C. Theft Of Hotel Master Key . . . . . . . . . . . . . 7

        1. Events of January 5, 2003 . . . . . . . . . . . 7

        2. Investigation by Winnie Nemoto . . . . . . . . 9

        3. Investigation By John Lee . . . . . . . . . . 11

    D. 1997 Incidents Re: Clorox and Heavy Machinery . . . 12

III. PROCEDURAL HISTORY . . . . . . . . . . . . . . . . . . . 13

    A. EEO Complaint #1 . . . . . . . . . . . . . . . . . 13

    B. EEO Complaint #2 . . . . . . . . . . . . . . . . . 14

IV. ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . 14

    A. Legal Standards . . . . . . . . . . . . . . . . . 14

        1. Motion to Dismiss . . . . . . . . . . . . . . 14

        2. Motion For Summary Judgment . . . . . . . . . 15

    B. This Court Lacks Subject Matter Jurisdiction Over Plaintiff's Claims Regarding Her Work Injuries And Her Lower Work Grade In Relation

        To Male Co-Workers . . . . . . . . . . . . . . . . . . 17

    C.    The Defendant is Entitled to Summary Judgment
        on Plaintiff's Disparate Treatment Claims . . . . . 18

        1.    Plaintiff's Disparate Treatment
            Claims Arising Of Her Termination
            Must Be Dismissed Megligence Versus
            Intentional Acts of Deception . . . . . 19

        2.    Plaintiff's Disparate Treatment Claim
            Arising Out Of Her Work Grade Must Be
            Dismissed . . . . . . . . . . . . . . . 21

    D.    Plaintiff Cannot Establish a Prima Facie
        Case of Retaliation . . . . . . . . . . . . . . . . 23

        1.    Plaintiff Has Failed To Establish
            A Prima Facie Case Of Retaliation . . . . . . 24

            a.    Any Retaliation Claims Arising
                Out Of Events That Occurred Prior
                To December 12, 2000 Must Be
                Dismissed . . . . . . . . . . . . . . 24

            b.    Plaintiff's Retaliation Claim Arising
                Out Her Termination Must Be Dismissed . . 25

    E.    Plaintiff Failed to Establish a Hostile Work
        Environment . . . . . . . . . . . . . . . . . . . . 26

V.    CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . 29