TABLE OF AUTHORITIES

FEDERAL CASES                                                    PAGE(S)

Billingsley v. C.I.R., 868 F.2d 1081 (9th Cir. 1989) ......... 15

Brooks v. City of San Mateo, 229 F.3d 917 (9th Cir. 2000) .... 23

Brown v. General Services Administration, 425 U.S. 820 (1976)  17

Celotex Corp. v. Catrett, 477 U.S. 317 (1986) ................ 15

Cherosky v. Henderson, 330 F.3d 1243 (9th Cir. 2003) ......... 17

Cohen v. Fred Meyer, Inc., 686 F.2d 793m (9th Cir. 1982) . 24, 25

Coleman v. Quaker Oats Co., 232 F.3d 1271 (9th Cir. 2000)  19, 23

Dominguez-Curry v. Nevada Transportation Department,
    424 F.3d 1027 (9th Cir. 2005) ............................ 26

Godwin v. Hunt Wesson, Inc., 150 F.3d 1217 (9th Cir. 1998) ... 18

Harris v. Forklift Systems, Inc., 510 U.S. 17 (1993) ......... 27

Kang v. U. Lim America, 296 F.3d 810 (9th Cir. 2002) ......... 26

Leorna v. United States Department of State, 105 F.3d 548
    (9th Cir. 1996) .......................................... 17

Matsushita Electric Industrial Co. Ltd. v. Zenith
    Radio Corp., 475 U.S. 574 (1986) ......................... 16

McDonnell Douglas Corp. v. Green, 411 U.S. 792 (1973) .... 18, 23

Miller v. Fairchild Industrial, Inc., 797 F.2d 727
    (9th Cir. 1986) .......................................... 24

Scott v.  Breeland, 792 F.2d 925 (9th Cir. 1986) ............. 14

St.  Mary's Honor Ctr. v. Hicks, 509 U.S. 502 (1993) ......... 18

Surrell v. California Water Service, Co., 518 F.3d 1097
    (9th Cir. 2008) .......................................... 27

T.W. Electric Serv., 809 F.2d at 630 (citations omitted) ..... 16

Texas Department of Community Affairs v. Burdine,
    450 U.S. 248 (1981) ..................................... 18

Thomas v. City of Beaverton, 379 F.3d 802 (9th Cir. 2004) .... 24

United States ex rel. Anderson v. Northern Telecom, Inc.,
    52 F.3d 810 (9th Cir.) cert. denied, 516 U.S. 1043 (1996)
    (quoting Anderson, 477 U.S. at 252).  B. T .............. 16

Vasquez v. County of Los Angeles, 349 F.3d 634
    (9th Cir. 2004) ..................................... 17, 27

Villiarimo v. Aloha Island Air, Inc., 281 F.3d 1054
    (9th Cir. 2002) ..................................... passim

Yartzoff v. Thomas, 809 F.2d 1371 (9th Cir. 1987) ............ 24

FEDERAL STATUTES

29 C.F.R. § 1614.105(a)(1) ................................... 17

Fed. R. Civ. P. 12(b)(1) ..................................... 14

Fed. R. Civ. P. 56(c) ........................................ 15