EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

EDRIC M. CHING   6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Phone: 541-2850
Fax:      541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SAMUD IMAI,<br><br>          Plaintiff,<br><br>  v.<br><br>HALE KOA HOTEL; FRANCIS J. HARVEY, Secretary, Department of the Army.<br><br>          Defendants. | CIVIL NO. 04-00583 BMK<br><br>DECLARATION OF KENROCK K.S. HIGA IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT; EXHIBITS ATTACHED "A", "C", "H", AND "I"-"K" |

### DECLARATION OF KENROCK HIGA

1. I, Kenrock K. S. Higa, make the following two (2) page declaration in accordance with 28 U.S.C. ' 1746. I am aware that this declaration may be filed in the United States District Court for the District of Hawaii, and that this declaration is the legal equivalent of a statement under oath. If called as a witness, I would be competent to testify to the following facts based upon my personal knowledge and information I have acquired in my official capacity.

2. I am the Equal Employment Opportunity (EEO) Officer for the Fort Shafter EEO Office. In this capacity, I am familiar

with the administrative processing of EEO complaints and I have personally reviewed the EEO files for Ms. Imai Samud. I certify that I am the custodian of Ms. Imai's EEO files and that those EEO files are kept in the regular course of business of this office, and that it is regular practice of this office to maintain this data compilation.

3. I have reviewed the exhibits listed below that were submitted in support of the Defendants' Motion to Dismiss and/or for Summary Judgment and certify that the following defense exhibits are true and accurate copies of documents that are in the files maintained on Ms. Imai by this office (except that information protected from disclosure pursuant to the Privacy Act to include social security numbers, home addresses, home telephone numbers, and dates of birth have been redacted):

   Exhibit "A" - Excerpts of Fact Finding Conference Transcript dated August 22, 2002

   Exhibit "C" - Excerpts of Fact Finding Conference Transcript dated February 13, 2004

   Exhibit "H" - Excerpts of Fact Finding Conference Transcript dated February 18, 2004

   Exhibit "I" - Formal Complaint of Discrimination dated March 28, 2001

   Exhibit "J" - EEO Counseling Certification Notice dated April 11, 2003

   Exhibit "K" - Formal Complaint of Discrimination dated May 22, 2003

I declare under penalty of perjury that the above statement is true and correct.

Executed this 16th day of July 2008.

KENROCK K.S. HIGA
Equal Employment Opportunity Officer