IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SAMUD IMAI, | ) CIVIL NO. 04-00583 BMK |
| Plaintiff, | ) DECLARATION OF WINNIE NEMOTO |
| vs. | ) |
| HALE KOA HOTEL; FRANCIS J. HARVEY, Secretary, Department of the Army, | ) |
| Defendants. | ) |

DECLARATION OF WINNIE NEMOTO

I, Winnie Nemoto, hereby declare that:

1. I am currently the Housekeeping Services Manager at the Halekoa Hotel.

2. I have been employed in this position since 1979 and have been employed at the Halekoa Hotel since 1975.

3. In my position, I am familiar with performance evaluations prepared for employees in the Housekeeping Department at the Halekoa Hotel.

4. Attached as Exhibit "B" are various performance evaluations for Plaintiff SAMUD IMAI while she was employed at the Halekoa Hotel.

I hereby declare under the penalty of perjury that the foregoing is true and correct.

DATED: 30 July 2008, at Honolulu, Hawaii.

_____
WINNIE NEMOTO