IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SAMUD IMAI, | ) CIVIL NO. 04-00583 BMK |
| | ) |
| Plaintiff, | ) DECLARATION OF JOHN LEE |
| | ) |
| vs. | ) |
| | ) |
| HALE KOA HOTEL; FRANCIS J. HARVEY, Secretary, Department of the Army, | ) ) ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF JOHN LEE

I, John Lee, hereby declare that:

1. I am currently employed as the Director of Rooms at the Halekoa Hotel and have been employed in this capacity since 2001.

2. I have been employed at the Halekoa Hotel since 1985.

3. I was the deciding official in the investigation of Plaintiff SAMUD IMAI surrounding the events that occurred on or about January 5, 2003.

4. In my role as the deciding official, I reviewed various material, including the CCTV tape taken on the evening of January 5, 2003.

5. Attached hereto as Exhibit "D" is a true and correct copy of a photograph of the master #2 key and #41 key at the Halekoa Hotel.

6.   Attached hereto as Exhibit "F" is a true and correct copy of a still shots taken off of the CCTV tape taken during the evening of January 5, 2003.

7.   Attached hereto as Exhibit "G" is a true and correct copy of the CCTV tape taken during the evening of January 5, 2003.

I hereby declare under the penalty of perjury that the foregoing is true and correct.

DATED: _30 July 2008_, at Honolulu, Hawaii.

JOHN LEE