# Exhibit "A"

1      DEPARTMENT OF DEFENSE

2      CIVILIAN PERSONNEL MANAGEMENT SERVICE

3      OFFICE OF COMPLAINT INVESTIGATIONS

4                                    COPY

5

6   In the Matter of the        ) Docket Number:

7   Complaint of:               )

8                               ) AOEWFOO105B0220

9                               )

10  SAMUD IMAI                   )

11  _____)

12

13

14

15

16            FACT FINDING CONFERENCE

17

18  Taken at the Hale Koa Hotel, 2055 Kalia Road,

19  Honolulu, Hawaii, commencing at 9:00 a.m. on

20  August 22, 2002.

21  Before Lola A. Louisville, Complaints Investigator

22

23

24        WILLIAM T. BARTON, RPR, CSR NO. 391

25          Court Reporter, State of Hawaii

**Exhibit "A"**

1    officials will remain to hear Ms. Imai's

2    testimony.  Then you will all be dismissed, and

3    you will come back one by one to respond to her

4    testimony.

5                        However, Mr. Zamora, Ms. McMahon,

6    Ms. MacMurray, and Mr. Imai will remain throughout

7    the testimony of all the witnesses.

8                        We have discussed the witness list.

9    And there seems to be no problem with the list

10   that we have.  We've discussed the documents that

11   we have gathered so far for the case, and there

12   seems to be no problem with that.

13                       So I'd like to tell you all that

14   the information we take today will be under oath,

15   and I'm going to have to swear you in.  Does

16   anybody have a problem with being sworn in?  Some

17   people prefer to affirm, and that's all I ask.

18                       Would all the management officials

19   and Ms. Imai please stand and raise your right

20   hand.

21                       (Whereupon, Samud Imai, Kathleen Hamlin,

22   John Lee, Winnie Nemoto, and Pauline Souza were

23   duly sworn.)

24                       THE INVESTIGATOR:  This conference

25   concerns a complaint by Ms. Imai.  Ms. Imai

```
 1   an amount stated?
 2                MR. DELOREY:  At present
 3   unspecified.
 4                THE INVESTIGATOR:  Unspecified.
 5   Unspecified amount of compensatory damages.
 6   Anything else?
 7                MR. DELOREY:  Fees and related
 8   costs.
 9                THE INVESTIGATOR:  Fees and relates
10   costs?
11                MR. DELOREY:  Yes, ma'am.
12                THE INVESTIGATOR:  Is it the
13   position of the Agency that the Agency has not
14   discriminated against Ms. Imai?  Ms. McMahon?
15                MS. McMAHON:  Yes, it is.
16                    SAMUD IMAI,
17       Having been previously duly sworn to tell the
18   truth, the whole truth, and nothing but the truth,
19   was examined and testified as follows:
20                     EXAMINATION
21   BY THE INVESTIGATOR:
22       Q.   Please state your full name for the
23   record, Ms. Imai.
24       A.   My name is Samud Imai.
25       Q.   And your position title?
```

1       A.    Housekeeping.

2       Q.    Housekeeping.

3       A.    And I got hired at nighttime swing crews

4   13 years ago.

5       Q.    13 years ago.   That would have been

6   1989?

7       A.    Yes, ma'am.

8       Q.    In 1989 you were hired?

9       A.    Yes.

10      Q.    Have you been in -- the position that

11  you were hired for, have you been in that position

12  for the entire 13 years?

13      A.    I wouldn't have my own position.   The

14  lobby lady is always five nights straight.   Before

15  my manager Kathleen came in, that is already 7

16  years in a row.   And since that it's changed.

17      Q.    Did I understand you to say for 7

18  years --

19      A.    Yes.   Before.   I love my work.   Not call

20  in sick for 7 years in a row.

21      Q.    For 7 years you've held that position.

22  And then it changed?

23      A.    Yes.

24      Q.    When did it change?

25      A.    When Maile, the twin tower is open.

1      Q.    So what happened to make her start doing

2   that?  Do you know?  Was there anything in your

3   work that happened?  Was there a problem or

4   something that started her to do this?

5            MS. McMAHON:  Can I interject just

6   for a second?  I don't know if we need to get

7   maybe an interpreter.  But I'm getting the feeling

8   that her husband is assisting her in telling her

9   what to say instead of actually interpreting the

10  questions for her.  Unfortunately I don't speak

11  Thai.  I understand from management that she has

12  on many occasions met with management and never

13  had a problem with interpretation.

14            So I would feel better if maybe we

15  could bring in -- maybe we could interject and

16  maybe we could stop and have a --

17            MR. ZAMORA:  Based on the answers

18  that you've received so far, I don't see any

19  coaching or, you know, assistance in her answers

20  other than the one time that I tried to explain to

21  her what you're saying.

22            Judging from the tone of voice and

23  the fact that he's repeating basically what she is

24  saying, I don't see any difference between having

25  an interpreter and, you know, the questions that

1  bathroom.  But when I come down, they called me

2  down, yeah, they write me up.  And I was --

3       Q.  Did that happen only one time?

4       A.  No, not only one time that didn't

5  happen.

6       Q.  It happened lots of times?

7       A.  That happened, yes.

8       Q.  And did you ask Emily why she wrote you

9  up?  Did you say anything to her?

10      A.  Yes.  I said -- and they said I'm not

11  following procedure.

12      Q.  You're not following procedure?

13      A.  Yes.

14      Q.  What is the procedure?

15      A.  I don't know what.  Like I said, I have

16  my lobby area, and I know more.  I don't know

17  what's next.

18      Q.  So do you have -- is there any kind of

19  list that you have of what you should do every

20  day?

21      A.  I have before.

22      Q.  This is a list of duties and

23  responsibilities.  Is that what you're supposed to

24  be doing every day?

25           MR. ZAMORA:  Madam Hearing

1  Officer --

2              THE INVESTIGATOR:  Investigator.

3              MR. ZAMORA:  Madam Investigator,

4  these are job sheets.  These are the duties

5  before.  And these are the duties after the other

6  female working on the shift went away.  These were

7  additional duties that were added to her job

8  sheet.  On a day-to-day basis they do receive a

9  job sheet to tell them what the duties they have

10 for the day.

11             THE INVESTIGATOR:  On a day-to-day

12 basis they receive a job sheet?

13             MR. ZAMORA:  Yes.  I just want to

14 make a point that there are no other females

15 working on her shift.

16             THE INVESTIGATOR:  She made that

17 point already.

18             MR. ZAMORA:  The additional duties

19 are earmarked on the bottom of the page.

20 BY THE INVESTIGATOR:

21     Q.    Where it says Samud Imai or Sammy, these

22 are the things that you are to do on a daily

23 basis?  These things here?

24     A.    Now, yes.

25     Q.    These were the things before?

1    A.    Before.

2    Q.    And these are the things now?

3    A.    Yes.

4    Q.    Including this at the bottom?

5    A.    Yes.

6    Q.    So now if you have a -- and I'd like to

7    get copies of these.

8              MR. ZAMORA:   There are job sheets.

9    I don't have them with me.   There are assignment

10   sheets that they have, I do believe.   You fill out

11   the assignment sheet as you go along.

12   A.    Worksheets, yes.   I have my worksheets.

13   They have them all in the file.

14   Q.    You have a worksheet that tells you what

15   you are supposed to do.   All you need to do is

16   come in and follow the worksheet?

17   A.    No, ma'am.   Not that way.   You work

18   first and write them down after you finish.   They

19   would like to know the time you were there.   They

20   like to know where you finish.   They like to

21   know --

22   Q.    So the jobs that are listed here, does

23   this mean that you have to do them in the order

24   that they are listed?

25   A.    Not exactly.   Not going to happen that

1  your work; is that correct?

2      A.    Yes.  I saw, yes.

3      Q.    Because they have more detail projects?

4      A.    Yes.

5      Q.    You're in charge of everything.  So you

6  may clean rooms, you --

7              MR. ZAMORA:  Excuse me.  Are you

8  asking her a question?  Or are you telling her

9  what the other men do?

10             MS. McMAHON:  I'm asking her some

11 direct questions that she's responding to.

12             MR. ZAMORA:  I'm getting a little

13 confused here.  Because it seems to me like she is

14 leading her into saying she's doing this.  I'm

15 worried that she may not be understanding.

16             THE INVESTIGATOR:  If you don't

17 understand, Ms. Imai, just raise your hand and say

18 you don't understand.

19 BY MS. McMAHON:

20     Q.    Did you understand the question?

21     A.    Yes, the way you talk.  The reason why

22 they are doing that way, the man is heavy.  So

23 they're bring my pay low.  That I happy for that,

24 and I don't have to do heavy work.  They bring my

25 pay down one step.  I not the same level that the

```
 1   guys are.  I understand what you say.  Heavy,
 2   scrub, everything.
 3        Q.    They have a different job description
 4   than you?
 5        A.    Yes.
 6              MS. McMAHON:  We didn't discuss,
 7   Madam Investigator, the reprisal issue.  I didn't
 8   know if you were going to go into that?
 9              THE INVESTIGATOR:  Yes.  I will ask
10   some questions about that.
11              MS. McMAHON:  Shall I wait until
12   you do that?
13              THE INVESTIGATOR:  Yes.
14              EXAMINATION
15   BY THE INVESTIGATOR:
16        Q.    Ms. Imai, one of the other issues was
17   that Ms. Hamlin retaliated against you after you
18   filed the complaint.
19        A.    Yes.
20        Q.    What did she do to cause you to believe
21   that?
22        A.    After I come back work after two days
23   off --
24        Q.    First, when did you file the complaint?
25   It's a matter of record.
```

```
 1          Q.    Do they all have the same job

 2   description?  Do they all do the same things?

 3          A.    More or less.  We have a service level

 4   person.  And we have a lobby person.  And then we

 5   have two delivery people.  One for each tower.

 6   And then usually a spare body.

 7          Q.    Ms. Imai said that she and Eddie Koh

 8   work in the lobby; is that correct?

 9          A.    Yes.

10          Q.    Do they do the same duties in the lobby?

11          A.    Eddie Koh does remove the trash from the

12   Maile lobby every day.  So he kind of attends to

13   the heavy trash.

14          Q.    And why does he attend to that and not

15   Ms. Imai?

16          A.    It's just he always does do that.

17          Q.    You've heard Ms. Imai.  Her complaint is

18   that you treat her differently than you treat the

19   males?

20          A.    Yes.

21          Q.    She indicated some instances.  One of

22   them is that you follow her and give her

23   directions about what she is to do and when she is

24   to do them.  Is she correct when she says that?

25          A.    Could be on occasion that I do give
```

1    directions if the supervisor isn't available.

2         Q.    And why?

3         A.    Just because the supervisor is not

4    there.  I would probably know she needs to go to

5    the lobby or if we have a checkout room from the

6    front room as needed because I converse with the

7    clerk, our shift clerk.

8         Q.    When you speak of supervisor are you

9    talking about --

10        A.    Ms. Emily Lelis or Matilda Aglian.

11        Q.    So they give her regular instructions?

12        A.    Yes.  Regular.

13        Q.    So they tell her what to do and when to

14   do it?

15        A.    Yes.

16        Q.    You are just doing what they would do if

17   they were there?

18        A.    That's right.

19        Q.    Do you also do that with the males?

20        A.    Yes.

21        Q.    And in the same manner in which you give

22   instructions to Ms. Imai?

23        A.    Uh-huh.

24        Q.    Has she ever observed you doing that, to

25   your knowledge?

1      A.    I'm sure, yes.

2      Q.    She has observed you giving instructions

3  to the males?

4      A.    Yes.

5      Q.    You have given instructions to males on

6  a continuous basis --

7      A.    As needed again if the supervisor isn't

8  there or if something has come up.  You know, if

9  the lobby, broken glass or anything like that.

10     Q.    Doesn't -- not only Ms. Imai, but don't

11  these employees have a list of things they should

12  accomplish while they're on shift?

13     A.    Yes.

14     Q.    Why is it necessary to tell them what to

15  do and when to do it?

16     A.    Because of the time frame.  When we go

17  on the shift at 3:30 the regular duty for the

18  lobby people is one mops Maile Tower, and the

19  other mops Ilima Tower.  Then they come down for

20  breaks, depending on the functions and the

21  ballrooms and how busy the lobbies are.

22          Some nights it's very quiet.  So they

23  don't have to go right away back up to the lobby

24  after their break.  They can just go at 7:00 --

25  it's as we need -- as the need arises.  That's why

1    it changed.

2         Q.    Based on what you said, an employee

3    cannot expect to come in every night and perform

4    the same thing in --

5         A.    Yes.

6         Q.    -- the same time frame as they did the

7    night before?

8         A.    The lobby, we periodically check it.

9    And on Thursdays and Fridays, we don't have a

10   female with us.  So myself and the supervisor do

11   the lobby.  So, you know, it kind of comes natural

12   that we go up.

13        Q.    Ms. Imai also said that if she goes and

14   does something on her own without being told to do

15   it, she is written up.  Is that true?

16        A.    I really couldn't answer that.  I don't --

17        Q.    Have you given any instructions to Ms.

18   Emily Lelis or Ms. Matilda --

19        A.    No.

20        Q.    -- to treat Ms. Imai in that manner, to

21   write her up if she does something on her own?

22        A.    No.  There are lots of times that Ms.

23   Imai should be written up when she isn't.

24        Q.    When should she be written up?

25        A.    When she is not done with the job.  When

```
 1   has a set number of -- a set type of duties that
 2   are pretty standard?
 3        A.   Yes.
 4        Q.   For the week?
 5        A.   Yes.
 6        Q.   And you supplement those duties on a
 7   day-to-day basis as projects come up?
 8        A.   Yes.
 9        Q.   And sometimes if it's slow you bring
10   other employees around to try to find other
11   projects to do?
12        A.   Right.
13        Q.   And Samud is the only female that you
14   have on the night shift?
15        A.   Yes.
16        Q.   And she has got her set duties?
17        A.   Uh-huh.
18        Q.   You have as a floater person usually a
19   male then?
20        A.   Right.
21        Q.   And because you usually have 7 employees
22   and one of them is a female?
23        A.   Yes.
24        Q.   Sometimes if Samud had seen you walk
25   around with a male, would that be your floater
```

1    employee?

2        A.    I only walk around from 3:30 to about

3    4:15.   Never in the evening.   Unless I'm going to

4    the offices to check, you know, on a carpet that

5    needs to be cleaned or in the office because we

6    have big offices.   Just a certain area that would

7    need to be cleaned.   Then you would see me in the

8    evening.

9        Q.    If you're walking around and you see an

10   employee, male or female, let's say it's a male,

11   Eddie Koh, and he's cleaning the lobby, and he is

12   doing something incorrectly, how would you handle

13   that situation?

14       A.    We would just walk up and say, you know,

15   don't do it this way.   Do it this way.   And ask

16   him why is he doing it that way?   Because

17   everybody knows the procedure.

18       Q.    So you would give him on-the-spot

19   correction?

20       A.    Yes.

21       Q.    And do you do that with Samud as well?

22       A.    Yes.

23       Q.    Now, you've been in a position where

24   you've observed Samud for how long?

25       A.    7 years.

1  Q.   7 years.  Through that time have you

2  developed an opinion about her quality of work,

3  the type of worker she is?

4  A.   Samud is a good worker.  And she has

5  quality.  But it depends what she wants to do when

6  she comes to work.  It's not consistent.

7         One day she will give you quality and

8  quantity.  And then maybe for three days -- or

9  three days she'll give quality and quantity.  But

10 it's never consistent.

11 Q.   Have you identified some of the

12 distractions for Samud?

13 A.   Well, Samud really likes to talk.  She

14 is very friendly at the hotel and has a lot of

15 friends that work there.  And she tends to get

16 sidetracked and gets in long conversations.

17 Q.   And have you talked to her about this?

18 A.   Yes.

19 Q.   You're familiar with Mr. Chai, Charlie

20 Chai?

21 A.   Yes.

22 Q.   Would he also counsel her about talking

23 to her people?

24 A.   I couldn't say, ma'am.  I'm not sure.

25 Q.   You stated the one time that you had any

126

1  something to her.  There was a male there.  Ms.

2  Hamlin said something to her, and she didn't say

3  anything to the male.  Had you heard that before?

4      A.    I've heard that before.

5      Q.    When you heard it, did you investigate

6  it?

7      A.    Yes, I did.

8      Q.    What did you find?

9      A.    My understanding of the facts are quite

10  different from what was represented here today.

11          My understanding was that Samud had

12  showed up late to the Koko Cafe to assist her

13  peers, which caused her peers to become somewhat

14  disgruntled.  They recognized this as a pattern

15  for Samud.

16          And one of them, one of the male

17  employees, voiced this displeasure to either Mrs.

18  Hamlin or Mrs. Lelis, someone in the supervisory

19  chain, about Samud showing up at the Koko Cafe

20  chronically late.

21      Q.    Okay.  When you investigated this, did

22  you talk to the person who wrote this note?  Or

23  did you talk to Ms. Hamlin?  Or did you talk with

24  both of them?

25      A.    I spoke with I believe it was Mrs. Lelis

1   and Mrs. Hamlin.   And I may have also discussed it

2   with Mrs. Souza, Pauline Souza.

3       Q.    Could Mr. Joseph Orejudos have been the

4   person who complained?

5       A.    That's possible.   I don't exactly recall

6   who it was that complained to Hamlin or Lelis.

7       Q.    Have you had any other incidents that

8   you've investigated that involve Ms. Imai?

9       A.    Yes, there was.   It resulted from one of

10  the meetings that I had with Mr. Zamora.   There

11  was a complaint voiced that the workload of Samud

12  Imai was far heavier than the workload of her

13  peers.   And I was asked to look into that in an

14  effort to discover whether that were true or not.

15  And I did investigate it and reported my findings

16  back to Mr. Zamora.

17      Q.    And what were your findings, do you

18  recall?

19      A.    My findings were that her workload was

20  not any heavier than her peers.   And, in fact,

21  when compared to her male counterparts, her

22  workload was actually lighter.

23      Q.    In what respect when you say lighter?

24      A.    Well, she is not required to use some of

25  the heavier cleaning equipment, i.e., floor

1  buffers, polishers, strippers, specialized type

2  equipment.

3      Q.   Do the male employees have a higher

4  grade than she has?

5      A.   I believe so.

6      Q.   Do they receive more per hour than she

7  does?

8      A.   I'm sorry?

9      Q.   More wages per hour than she does?

10     A.   I believe they do.

11     Q.   Does that account for them having to do

12 heavier duties than she has to do?

13     A.   Yes.

14     Q.   Have you ever observed Ms. Hamlin --

15 employees on that night shift where Mrs. Hamlin is

16 the supervisor, have you ever observed them

17 interacting?

18     A.   Yes.

19     Q.   Have you ever observed Ms. Hamlin giving

20 instructions to Ms. Imai about what she should do

21 and when she should do it?

22     A.   Yes.

23     Q.   Have you observed the same behavior with

24 the male employees?

25     A.   In terms of the way Mrs. Hamlin speaks?

1    Q.    No.    Giving them instructions about what

2    they should do and when they should do it.

3    A.    Yes.

4    Q.    She does the same thing?

5    A.    Yes.

6    Q.    Have you observed any difference in her

7    tone of voice when she speaks to the males and

8    when she speaks to Ms. Imai?

9    A.    I have not.

10    Q.    Would you have been specifically looking

11    for that difference when you observed them?

12    A.    Not specifically, no.

13    Q.    There has been some talk about a

14    petition.    Did you hear anything about a petition

15    at any time during 2000?

16    A.    The first time I heard about a petition

17    is this morning at 9:00.    At first I was inclined

18    to believe it was a matter of semantics.    I do

19    recall a note that one of the disgruntled male

20    peers of Samud happened to write.

21        And my recollection indicates that the

22    gist of his message was that Samud was chronically

23    late in reporting to the Koko Cafe to assist in

24    the cleaning effort there.

25    Q.    Who has the authority to terminate an

1    about the speed in which she does the work or lack

2    of speed in which she does the work?

3         A.    Two incidents that I can recall, that's

4    correct.

5         Q.    Okay.   Is it normal for like Ms.

6    Hamlin -- is that a normal procedure to always

7    tell the three employees what they should be doing

8    and when they should be doing it?

9         A.    I don't believe that it's normal.   But I

10   also don't think that -- I think words were taken

11   out of context.

12              I think what Mrs. Hamlin is actually

13   doing is once a certain task is completed, she

14   will verbalize what the next task shall be.

15        Q.    And why is that?

16        A.    Because of the operational needs of the

17   hotel.   Particularly on weekends when we have a

18   lot of food and beverage traffic, when we have

19   wedding receptions and large functions.   The

20   requirements constantly change.   Bathrooms need to

21   be cleaned, and public areas get messed up.   And

22   that's what I believe is the reason that that

23   happens that way.

24        Q.    When someone files an EEO complaint,

25   that means that they believe that the situation is

1  bathrooms first or go buff the public rest rooms

2  right off the bat.

3      Q.   That is when you come in at 3:30?

4      A.   Yes.

5      Q.   She doesn't tell you anything else

6  during the night?

7      A.   Not unless I go to her.

8      Q.   Not unless you go to her?

9      A.   Correct.

10      Q.   Have you ever heard Ms. Hamlin scold Ms.

11  Imai or chastise her for something she had done or

12  not done as far as work was concerned?

13      A.   Yes.  I don't remember word-for-word

14  exact situations.  But yeah.

15      Q.   You heard her say --

16      A.   Yeah.

17      Q.   Has Ms. Hamlin ever chastised you?

18      A.   Yes.

19      Q.   Does she do it in Ms. Imai's presence?

20      A.   No.

21      Q.   Does she call you aside to tell you?

22      A.   Uh-huh.

23      Q.   She never told you in anyone else's

24  presence?

25      A.   No, she did, yeah.

1    A.    Yes.  We work -- she gives us our

2    instructions what to do.  This is what I see.  If

3    we do something wrong, we will get reprimanded.

4    If it's something funny, we'll joke about it.

5         But, you know, she won't joke with me

6    and jump on her.  She won't joke with her and then

7    jump on me.  This is what I see.  We all get

8    treated the same.

9    Q.    Did you ever make a statement that if

10   you didn't do what Ms. Hamlin wanted, you know,

11   she would be all over you?

12   A.    When was that?

13   Q.    Excuse me?

14   A.    I'm trying to remember when I may have

15   said something like that.

16   Q.    But did you say it?

17   A.    Possibly.  I'm not sure.  I don't

18   remember.

19   Q.    Does it sound like a statement that you

20   would make?

21   A.    Yeah.

22   Q.    And why would you have made that

23   statement?

24   A.    Well, you know, you get -- like for me,

25   if I get told to go and do a job by Kathleen and

156

1  if I don't do the job, then she's going to get mad

2  because it's something that I was told to do.

3                    (Pause.)

4       Q.    Have you ever given Ms. Imai an

5  assignment to do?  Have you ever told her --

6       A.    Given her a job?  Only if the supervisor

7  or manager told me when you saw Sammy tell her to

8  do a particular job.

9       Q.    Who told you that?

10      A.    Only if one of the supervisors for the

11 night or the manager told me that if you -- when

12 you see Sammy or if you see Sammy tell her to do

13 this particular job.  I would just relay the

14 message.

15      Q.    Has Ms. Imai ever relayed a message to

16 you from one of the supervisors or the night

17 managers?

18      A.    Yes.  A lot of times they will see us.

19 If they are trying to call us on the radio and we

20 can't hear with the machines, they will either

21 beep the person with the beeper, and then they

22 will come tell us.  Or if they see me, maybe I'm

23 just coming back on, and maybe Sammy didn't come

24 back on or whatever, they will just relay the

25 message to us when you see this person, just pass

POWERS & ASSOCIATES (808) 536-2001

176

1      A.    Yes, ma'am.

2      Q.    If you don't tell her, does she come to

3  you and tell you what to do next?

4      A.    Pardon?

5      Q.    If you don't go to her and say I

6  finished this project, what else should I do, does

7  she come to you and say this is what I want you to

8  do next?

9      A.    Sometimes she does that.  Sometimes my

10  supervisor does that also to us.

11      Q.    Has she ever chastised you about

12  something you did or did not do in Ms. Imai's

13  presence?

14      A.    Pardon me, ma'am?

15      Q.    Has she ever told you about something --

16  has she cautioned you about something that you did

17  not do or told you that she didn't like something

18  you did not do or something you should have done?

19  Has she ever done that when Ms. Imai was present?

20  When Ms. Imai was right there with you?

21      A.    About me?

22      Q.    Yes.

23      A.    Yes.

24      Q.    She has?

25      A.    Yes.

1    room, I want you to do it another way?  Have you

2    ever heard her say that?

3         A.   No, ma'am.

4         Q.   What is your job?  What do you do?

5         A.   Sometimes I -- sometimes I clean the

6    toilets, ma'am.  I do projects.

7         Q.   Has Ms. Hamlin ever told you I don't --

8    Joe, I don't like the way you clean the toilets, I

9    want you to do it another way?  Has she ever told

10   you that?

11        A.   Yes.

12        Q.   Was Ms. Imai present when she told you

13   that?

14        A.   I don't know if she is present.  She

15   talk to me when I go into the office.

16        Q.   So when you go in -- she only talks to

17   you when you go into her office?

18        A.   Sometimes she is walking around.  If she

19   saw me in the lobby or something like that, she

20   asks me something or tell me something even if in

21   the lobby.  It's okay with me.

22        Q.   You don't know who was around when she

23   told you, you didn't observe?

24        A.   No, I don't know.

25        Q.   Was there a time when you were cleaning

1      A.    Yes.   And I went to her office later.

2      Q.    Then you wrote this note because she

3  turned you in?

4      A.    No, I had to answer.   I have to answer --

5      Q.    You had to answer why you were sitting

6  down?

7      A.    Yes, ma'am.

8      Q.    So when you wrote this note -- so who

9  was this note supposed to be to?   Who were you

10  writing it to?

11      A.    I think I gave that to my swing shift

12  manager, ma'am.

13      Q.    Who was that?

14      A.    Kathleen.

15      Q.    Did she ask you to give it to her?

16      A.    She asked me to write a note, ma'am.

17      Q.    Why did she ask you for the note?

18      A.    I don't know.

19      Q.    She just said write this note?

20      A.    Uh-huh.

21      Q.    She didn't give you any explanation?

22  She just said write this note?

23      A.    No.

24      Q.    What did she say?

25      A.    Pardon, ma'am?

```
1        Q.    What did she say?  You said she told you

2   to write this note --

3        A.    She asked me the question what time

4   Samud came in there to the Koko Cafe.  That's why

5   I wrote that.

6        Q.    That's why you wrote this?

7        A.    Yes.

8        Q.    What led up to her asking you what time

9   she came in?

10        A.    I don't know, ma'am.  I don't have an

11   answer to that.

12        Q.    Did you start off the conversation with

13   her about I'm sitting here because I'm waiting for

14   Samud to come here and help me?  Did you tell her

15   that?

16        A.    No, ma'am.

17        Q.    You didn't tell her you were waiting

18   there for --

19             (Whereupon, a telephone sounded.)

20        Q.    I'm trying to understand then why would

21   she ask you to write this note?

22        A.    I don't know, ma'am.

23        Q.    She just said, Joe, I want you to write

24   a note saying that Samud didn't come to work on

25   time?
```

1       A.    I don't know about what's in her mind,

2    ma'am.

3       Q.    Who told you to write these words?  You

4    said, Samud came to Koko between 11:15 and 11:30

5    p.m.  I did the polish.  You said before she came

6    to Koko at 11:20 p.m.

7             So who told you to -- why would you

8    write that note?

9       A.    That's what I told you, ma'am.  My swing

10   manager.

11      Q.    Your swing shift manager, Ms. Hamlin,

12   asked you to write this?

13      A.    Uh-huh.

14      Q.    She didn't tell you why she wanted you

15   to write it?

16      A.    No.

17      Q.    She just told you to write it?

18      A.    Yes.

19      Q.    And she told you what to say?

20      A.    No.  She just asked me what time.

21   That's why I wrote that down.

22      Q.    Did you make a statement to Ms. Hamlin

23   that Ms. Imai came into the -- was late coming to

24   the Koko Cafe?  Did you make any statement to her

25   that she was late?

```
 1                    EXAMINATION
 2   BY MS. McMAHON:
 3        Q.   You've worked with Imai for a number of
 4   years?
 5        A.   Yes.
 6        Q.   What type of a worker is she?
 7        A.   What type of a worker is she?  I cannot
 8   judge.  I don't think I'm going to judge how she
 9   worked, ma'am.
10        Q.   You don't judge the quality of her work?
11        A.   No.
12        Q.   Is she always on time for things?
13        A.   For --
14        Q.   Projects.
15        A.   No.  Sometimes just like me also.  I'm
16   late also sometimes.  She's late also sometimes.
17        Q.   And sometimes is she late to the Koko
18   Cafe?  You have to be at the Koko Cafe to do
19   cleaning?  Sometimes has she been late to Koko
20   Cafe?
21        A.   Yeah.
22        Q.   And sometimes if she's late, do you have
23   to do her work?  You have to do some of the
24   vacuuming, you and Eddie?
25        A.   Yes, ma'am.  If somebody is not there
```

1    and we are not complete, we come from the other

2    job, we have to start the other jobs because we

3    have to finish that before 12:00.

4        Q.    You have to finish it before a certain

5    time?

6        A.    Yes.

7        Q.    Is that sometimes frustrating?  Does

8    that frustrate you when the other workers aren't

9    there because you have to do their work?

10        A.    Yes.

11        Q.    Have you ever voiced that to Kathleen or

12    your other supervisor that it's frustrating that

13    you have to pick up the slack for other people

14    because they aren't there?  Do you recall voicing

15    that?

16        A.    Yes, we do that, ma'am.  We tell them

17    sometimes also.

18        Q.    You tell them sometimes that you're

19    frustrated about that?

20        A.    Not really frustrated like that.  But

21    sometimes, yes.

22        Q.    Is it possible that when you vocalize

23    that to Kathleen that maybe she told you if you're

24    upset, write it down?

25        A.    I can't understand what you mean, ma'am.

1    to interrupt.

2         A.    I told her when it comes to work, you

3    have to do it, especially when you have time to do

4    it.

5         Q.    Okay.  Have any of the men ever

6    complained to you about the amount of work that

7    Ms. Hamlin was giving them?

8         A.    Yes, they does.

9         Q.    Who specifically complained?

10        A.    Well, they come to me, and they are

11   telling us -- project procedures.  They telling me

12   that they want me to -- she wants me to do this.

13   I said, well, when she wants you to do this, then

14   if you have time, you have to do it because

15   everybody does.

16              When they finish the work, they come to

17   me.  They go to her.  I finished my work.  What is

18   next?  That's additional.

19        Q.    So whenever they finish a project, they

20   come to you and tell you they finished and ask

21   what else to do?

22        A.    Then I will give them another assignment.

23        Q.    Can they go to another assignment

24   without getting it from you?

25        A.    No.  They have to ask first so that I

1    need the rooms and we have a function in the

2    areas, in the lobby, when she is cleaning rooms,

3    I'll check the rest room.

4        Q.    Okay.  So you're doing work as well as

5    watching people at the same time?

6        A.    That's right.  Both.

7        Q.    And Ms. Hamlin is kind of an overall

8    supervisor, and she works with the clerk

9    downstairs?

10       A.    Yes.

11       Q.    She doesn't do the busywork except on

12   occasions?

13       A.    Cleaning, no.  Checking, right.  You

14   know, she is walking and checking.

15       Q.    So you're not always available to be

16   opening rooms.  Sometimes do you call other people

17   to have them open up rooms?

18       A.    No.  Because we have people delivery.

19   They get their own keys.  And if I'm busy and she

20   has a checkout, they open the rooms for her.

21       Q.    And that's normal?

22       A.    Yes, that's normal.

23       Q.    Now then, how would you describe Mrs.

24   Imai's work?

25       A.    Mrs. Imai's work is sometimes she really

1    do a good job.  Sometimes no, not -- the quality

2    is not there.  So when the quality is not there, I

3    always tell her.  Either you go back, check and go

4    back.

5        Q.    Do you say the same thing to the men?

6        A.    Yeah.   To the men, I do the same thing

7    when I checking on them, their work.

8        Q.    You're not just picking on her because

9    she's a woman?

10       A.    No, no.

11       Q.    Now, Kathleen is over you?

12       A.    That's right.

13       Q.    Now, you're a woman.  Is she picking on

14   you?  Do you ever think she is treating you

15   differently because you're a woman?

16       A.    No.

17       Q.    When she gives you instructions --

18                MR. ZAMORA:  Excuse me.   You

19   questioned me as to where my questions were

20   leading.  The case pertains to Samud.  So they are

21   Management.  I mean where is the correlation here?

22   I was trying to establish to -- I'm just

23   wondering.

24                THE INVESTIGATOR:  Just continue.

25   Go on.

1    done while in the presence of Mrs. Samud's

2    co-workers?

3         A.    No, I have not.

4         Q.    Have you heard Ms. Hamlin chastise Ms.

5    Imai's co-workers, the males --

6         A.    No, I have not.

7         Q.    You haven't heard them chastise any one

8    of them?

9         A.    Correct.

10        Q.    Do you know about any incidents that

11   happened in Koko Cafe?  Do you have any personal

12   knowledge of anything that happened there?

13        A.    No personal knowledge.  Only through

14   hearsay.

15        Q.    This question has come up.  The

16   housekeepers, their titles are custodial workers?

17        A.    Yes.

18        Q.    Are they all the same grade?

19        A.    No.

20        Q.    They are different grades?

21        A.    Yes.

22        Q.    What is the difference?

23        A.    There are custodial workers grade 1  and

24   custodial workers grade 2.  The grade 2 custodial

25   workers should be able to handle and use heavy

1  duty machines such as floor scrubbers, buffers,

2  various types of shampoo machines.  They also do

3  climbing of step ladders higher than six feet.

4      Q.    How is it determined whether or not they

5  are able to perform those duties?

6      A.    I'm sorry?

7      Q.    You said the NS-2 should be able to

8  perform those types of duties.  How is it

9  determined whether or not they can perform those

10  types of duties, and who determines whether they

11  can do it?

12      A.    When they are hired.  There is really no

13  specification that they have to be trained in

14  those areas.  However, we do train them when they

15  come on board.  And they are told at the interview

16  that part of their duties will be to be able to

17  use these equipment once we train them.

18      Q.    So are there any female NS-2s?

19      A.    Yes.

20      Q.    There are?

21      A.    Yes.  And A-2.

22      Q.    A-2.  There are females in A-2s?

23      A.    Yes.

24      Q.    But in Ms. Imai's shift, there are no

25  females in A-2s?

1      A.    There are no females in A-2, that's

2  correct.

3                THE INVESTIGATOR:  That's all the

4  questions I have.  Mr. Zamora?

5                EXAMINATION

6  BY MR. ZAMORA:

7      Q.    You said there were -- are they NS or

8  NA?  What is an NA-2?

9      A.    An NA is a trades and craft position.

10  That's a grade two level, custodial worker.  I

11  don't determine that.  That's a position

12  classification from the personnel office.  If

13  you're asking the question the difference between

14  an NA and an NS, the NS is a supervisory level.

15      Q.    Okay.  So I was a bit confused.  Now I'm

16  wondering is she an NS or an NA?  You're saying

17  she's an NA-2.  So you are saying there are other

18  NA-2 females that are custodial workers?

19      A.    Yes.

20      Q.    Were they converted, or were they hired

21  as NA-2s?  I'm just wondering.

22                THE INVESTIGATOR:  She is an NA.

23                MR. ZAMORA:  That's what I wanted

24  to know.

25      Q.    In your statement you said you were not

1    the way she was talked to by Ms. Hamlin, the way

2    that her work was inspected by Ms. Hamlin.  It's

3    not -- I don't think that -- but anyway, Ms.

4    Nemoto, can you answer the question?

5                    Has Ms. Imai complained about other

6    managers in the past?  And if so, what were her

7    complaints?

8        A.    Offhand I don't recall any, if there

9    were any.

10   BY MS. McMAHON:

11       Q.    Just the complaint that the Union had

12   mentioned?

13       A.    Yes.

14       Q.    And that was '97?

15       A.    Yes.

16                   MR. ZAMORA:  We're not supposed to

17   reference that.

18       Q.    You are the keeper of some of the

19   evaluations, as well; is that correct?

20       A.    Yes.

21       Q.    And you reviewed the overall quality of

22   the workers in your department?

23       A.    Yes.

24       Q.    And overall performancewise have her

25   evaluations been any different under Mrs. Hamlin

```
 1   as other supervisors?
 2        A.    Are you meaning to say is Samud's
 3   performance different --
 4        Q.    Noted as being different.
 5        A.    -- noted as being different under Mrs.
 6   Hamlin versus other shift managers?
 7        Q.    Yes.
 8        A.    No.
 9        Q.    It's the same?
10        A.    Yes.
11        Q.    What type of problems are consistent
12   that are coming up?
13        A.    Safety issues, quality of work, quantity
14   of work.
15        Q.    So you haven't noticed a difference in
16   her level of performance under Ms. Hamlin then?
17        A.    I have not.
18             MS. McMAHON:   I guess that's all
19   the questions I have.
20             THE INVESTIGATOR:   Okay.   That's
21   all.   Thank you very much.
22             (Witness excused.)
23             PAULINE SOUZA,
24   Called as a witness, being first duly sworn
25   to tell the truth, the whole truth, and nothing
```

```
 1                    CERTIFICATE
 2    STATE OF HAWAII        )
 3                           )    SS.
 4    COUNTY OF HONOLULU   )
 5         I, WILLIAM T. BARTON, RPR, Certified
 6    Shorthand Reporter, State of Hawaii, do hereby
 7    certify:
 8         That on August 22, 2002 at 9:00 a.m. there
 9    occurred before me the Fact Finding Conference
10    contained herein; and that prior to being examined
11    each witness was duly sworn;
12         That I am neither counsel for any of the
13    parties herein, nor interested in any way in the
14    outcome of this action;
15         That the proceeding herein was by me taken
16    down in machine shorthand and thereafter reduced
17    to print via computer-aided transcription under my
18    supervision; that the foregoing represents a
19    complete and accurate transcript of the above
20    captioned hearing to the best of my ability.
21         Dated this 29th day of August 2002 at
22    Honolulu, Hawaii.
23    _____ William T. Barton _____
24              WILLIAM T. BARTON, CSR No. 391
25              Certified Shorthand Reporter
```

POWERS & ASSOCIATES (808) 536-2001