# Exhibit "B"

| SUPERVISORY APPRAISAL OF PERFORMANCE NONAPPROPRIATED FUND | | DATE 8/15/00 |
|---|---|---|
| TO | FROM NAF Personnel Division | |

THE EMPLOYEE NAMED BELOW HAS APPLIED FOR A VACANCY UNDER THE NAF PROMOTION PROCEDURES. PLEASE COMPLETE AND RETURN THIS APPRAISAL TO THE NAF PERSONNEL DIVISION NOT LATER THAN _____. MARK THAT COLUMN WHICH BEST EXPRESSES YOUR FIRST HAND EVALUATION OF THE CANDIDATE FOR EACH RATING FACTOR.

NAME OF CANDIDATE: Samual Imai

VACANCY ANNOUNCEMENT NO.

**1. QUALITY OF WORK**

☐ OUTSTANDING  Can be relied upon to do the most difficult job without supervision.
☐ EXCELLENT    Seldom needs correction. Has pride in work and is conscientious.
☒ SATISFACTORY Generally meets requirements. Requires checking and assistance.

**2. QUANTITY OF WORK AND CONSISTENCY OF PERFORMANCE**

☐ OUTSTANDING  Leads most others in the division in amount of work accomplished.
☐ EXCELLENT    Consistently meets and often betters requirements.
☒ SATISFACTORY Meets quantity requirements with occasional reminders necessary.

**3. COOPERATIVENESS, EMOTIONAL STABILITY AND ATTITUDE TOWARD EMPLOYEES AND SUPERVISOR**

☐ OUTSTANDING  Enthusiastic, friendly, courteous and responsive.
☐ EXCELLENT    Accepts duties cheerfully. Willing to help others.
☒ SATISFACTORY Cooperates with others and generally gets along in group situations.

**4. INITIATIVE**

☐ OUTSTANDING  Self-starter. Always utilized own time productively.
☐ EXCELLENT    Applies himself/herself seriously showing good initiative.
☒ SATISFACTORY Normal supervision required needing occasional help to get started.

**5. SKILL, INGENUITY, APTITUDE AND DEXTERITY**

☐ OUTSTANDING  Resourceful and imaginative in resolving daily problems with original and innovative ideas.
☐ EXCELLENT    Often makes suggestions and improvements in work operations.
☒ SATISFACTORY Good worker. Tends to follow established procedure requiring assistance to resolve atypical problems.

(Continued on Reverse)

ZY-CP FORM 1 FEB 76

0000206

**Exhibit "B"**

6. DEPENDABILITY, PUNCTUALITY AND ATTENDANCE.

- ☐ OUTSTANDING  Places job responsibility above personal interest. Never late or absent without acceptable cause. Plans leave well in advance.
- ☐ EXCELLENT  Always completes work assignments. Seldom late or absent without acceptable cause.
- ☒ SATISFACTORY  Regular in attendance and generally on time. Seldom fails to complete work assignments on schedule.

7. JUDGMENT.

- ☐ OUTSTANDING  Always displays sound judgment. Decisions are always based on clear, concise, and logical reasoning. Keen and alert individual.
- ☐ EXCELLENT  Responds quickly and learns new techniques easily. Work performance reflects good judgment.
- ☒ SATISFACTORY  Generally arrives at sound decisions. Able to learn new techniques with sufficient practice.

## OVERALL EVALUATION

☐ OUTSTANDING    ☐ EXCELLENT    ☒ SATISFACTORY

### SUPERVISORY COMMENTS

Samuel requires constant supervision. Quality & quantity is minimum, just enough to get by. When supervised quality & quantity of work improves. It is time that Samuel took pride in her work. She has worked at the HKH long enough to know what is expected of her.

Organizational Title of Supervisor: HSK Shift Mngr

Signature: Kathleen Harris

### EMPLOYEE COMMENTS

EMPLOYEE'S SIGNATURE: _____    DATE

128

0000207

| SUPERVISORY APPRAISAL OF PERFORMANCE NONAPPROPRIATED FUND | DATE 9/13/00 |
|---|---|

| TO | FROM |
|---|---|
|  | NAF Personnel Division |

THE EMPLOYEE NAMED BELOW HAS APPLIED FOR A VACANCY UNDER THE NAF PROMOTION PROCEDURES. PLEASE COMPLETE AND RETURN THIS APPRAISAL TO THE NAF PERSONNEL DIVISION NOT LATER THAN _____. MARK THAT COLUMN WHICH BEST EXPRESSED YOUR FIRST HAND EVALUATION OF THE CANDIDATE FOR EACH RATING FACTOR.

| NAME OF CANDIDATE Samud Tuli | VACANCY ANNOUNCEMENT NO. |
|---|---|

### 1. QUALITY OF WORK.

- ___ OUTSTANDING — Can be relied upon to do the most difficult job without supervision.
- ___ EXCELLENT — Seldom needs correction. Has pride in work and is conscientious.
- **X** SATISFACTORY — Generally meets requirements. Requires checking and assistance.
- ___ MINIMUM SAT. — Sometimes meets requirements.
- ___ UNSATIS. — Fails to meet requirements.

### 2. QUANTITY OF WORK AND CONSISTENCY OF PERFORMANCE

- ___ OUTSTANDING — Leads most others in the division in amount of work accomplished.
- ___ EXCELLENT — Consistently meets and often betters requirements.
- **X** SATISFACTORY — Meets quantity requirements with occasional reminders necessary.
- ___ MINIMUM SAT — Sometimes meets requirements.
- ___ UNSATIS — Fails to meet requirements.

### 3. COOPERATIVENESS, EMOTIONAL STABILITY AND ATTITUDE TOWARD EMPLOYEES AND SUPERVISORS

- ___ OUTSTANDING — Enthusiastic, friendly, courteous and responsive.
- ___ EXCELLENT — Accepts duties cheerfully. Willing to help others.
- **X** SATISFACTORY — Cooperates with others and generally gets along in group situations.
- ___ MINIMUM SAT — Sometimes meets requirements
- ___ UNSATIS. — Fails to meet requirements.

### 4. INITIATIVE.

- ___ OUTSTANDING — Self-starter. Always utilized own time productively
- ___ EXCELLENT — Applies himself/herself seriously showing good initiative.
- **X** SATISFACTORY — Normal supervision required needing occasional help to get started.
- ___ MINIMUM SAT — Sometimes meets requirements.
- ___ UNSATIS — Fails to meet to meet requirements.

### 5. SKILL, INGENUITY, APTITUDE AND DEXTERITY.

- ___ OUTSTANDING — Resourceful and imaginative in resolving daily problems with original and innovative ideas.
- ___ EXCELLENT — Often makes suggestions and improvement in work operations
- **X** SATISFACTORY — Good Worker. Tends to follow established procedures requiring assistance to Resolve non-typical problems.
- ___ MINIMUM SAT — Sometimes meets requirements.
- ___ UNSATIS. — Fails to meet requirements.

129

0000208

(Continued on Reverse)

6. DEPENDABILITY, PUNCTUALITY, AND ATTENDANCE

| | | |
|---|---|---|
| ✗ | OUTSTANDING | Places job responsibility above personal interest. Never late or absent without acceptable cause. Plans leave-well in advance. |
| ___ | EXCELLENT | Always completes work assignments. Seldom late or absent without acceptable cause. |
| ___ | SATISFACTORY | Regular in attendance and generally on time   Seldom fails to complete work assignments on schedule. |
| ___ | MINIMUM SAT. | Sometimes meets requirements |
| ___ | UNSATIS. | Fails to meet requirements. |

7. JUDGMENT.

| | | |
|---|---|---|
| ___ | OUTSTANDING | Always displays sound judgment. Decisions are always based on clear concise, and logical reasoning. Keen and alert individual. |
| ___ | EXCELLENT | Responds quickly and learns new techniques easily. Work performance reflects good judgment. |
| ✗ | SATISFACTORY | Generally arrives at sound decisions. Able to learn new techniques with sufficient practice. |
| ___ | MINIMUM SAT. | Sometimes meets requirements. |
| ___ | UNSATIS. | Fails to meet requirements. |

OVERALL EVALUATION

___ OUST.    ___ EXC.    ___ SAT.    MIN. SAT. ___    UNSAT. ___

SUPERVISORY COMMENTS

Samud does do her work assignments - but is on the slow side. Samud needs to learn the usage & names of chemicals. We have tried to train her on different equipt, but Samud does not have the dexterity to use machines. Her attendance is out-standing & she gets along well with co-workers.

_Emely Lydia_
_Charles A. Ellas_

Housekpg Staff Mgr.

Organizational Title of Supervisor                               Signature

EMPLOYEE COMMENTS




EMPLOYEE'S SIGNATURE: _____ 130 /s/     DATE 9/13/00

tes 11/19/98

0000205

# NON-APPROPRIATED FUND INSTRUMENTALITY
## EMPLOYEE PERFORMANCE RATING

For use of this form, see AR 215-3; the proponent agency is DCSPER.

**1. NAME (Last, first, MI)**

IMAI, SAMUD

**2. SSN**

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

**3a. POSITION TITLE, NUMBER GRADE**

CUSTODIAL WORKER
NA 02/05 - 3566

**3B. I AGREE THAT THE JOB DESCRIPTION ACTUALLY REFLECTS THE DUTIES OF THE POSITION**

SUPERVISOR'S INITIALS ___FL___
EMPLOYEE'S INITIALS ___SI___

**4. NAME AND LOCATION OF EMPLOYING OFFICE**

CFSC, HALE KOA HOTEL
HOUSEKEEPING-ROOMS DEPARTMENT

**5. TYPE OF RATING**

[X] ANNUAL
[ ] PROBATIONARY

**6. RATING PERIOD**

FROM _____07/28/98_____
TO _____07/27/99_____

**RETENTION AFTER PROBATIONARY PERIOD**

[ ] RECOMMENDED        [ ] NOT RECOMMENDED

**8. THE OFFICIAL RATING ASSIGNED**

[ ] OUTSTANDING (4)    [X] SATISFACTORY (2)    [ ] UNSATISFACTORY

[ ] EXCELLENT (3)    [ ] MINIMALLY SATISFACTORY (1)

**SUPERVISOR'S SIGNATURE**
_Emily Liles_

**DATE** 7/9/99

**APPROVING OFFICIAL'S SIGNATURE**                         **DATE**

**EMPLOYEE'S SIGNATURE**                                    **DATE**

131

(Employee's signature does not necessarily constitute agreement with the rating, but does acknowledge that position description is accurate and discussion has been held concerning performance with the rating period.)

0000210

DA FORM 3612-R, FEB 84    REPLACES DA FORM 3612, OCT 82, WHICH WILL BE USED UNTIL EXHAUSTED.

file

4 June 1999

Please evaluate all employees you are responsible for:   NAME _Samud Thai_
                                                          Date _6/8/99_

Quality of work _Satisfactory_
Quantity of work _Satisfactory_
Attitude _Excellent_
Intiative _Satisfactory_
Knowledge of chemicals _Satisfactory_
Knowledge of equipment _Satisfactory_
Attendance _Outstanding_.

Summary: Sumarize what your feelings are on the individuals performance.
* When rating individual rate according to Outstanding, Excellent, Satisfactory and Minimal or unsatisfactory

Samud Has Really improved - She is still a little Bit slow, But Has Been Doing Well - Her Attendance is perfect.

132

0000211

4 June 1999

Please evaluate all employees you are responsible for:  NAME _Samuel Quini_
Date _6-6-99_

Quality of work — S
Quantity of work — S
Attitude — S
Intiative — S
Knowledge of chemicals — S
Knowledge of equipment — S
Attendance — S

Summary: Sumarize what your feelings are on the individuals performance.
* When rating individual rate according to Outstanding, Excellent, Satisfactory and Minimal or unsatisfactory

Samuel is a good worker, but she doesn't have initiative to do more rather than what is her routine work. Over all _satisfactory_

Custodial Foreman
Mathilde D. Aglinam

133

4 June 1999

Please evaluate all employees you are responsible for:   NAME Samud Nai
                                                          Date 6/4/99

Quality of work SATISFACTORY
Quantity of work MIN SATISFACTORY
Attitude SATISFACTORY
Intiative SATISFACTORY
Knowledge of chemicals MIN SATISFACTORY
Knowledge of equipment  "        "
Attendance SATISFACTORY

Summary: Sumarize what your feelings are on the individuals performance.
* When rating individual rate according to Outstanding, Excellent, Satisfactory and Minimal or unsatisfactory.

SAMUD DOES JUST ENOUGH WORK TO GET BY
SAMUD PREFERS TALKING OVER WORKING, NAMELY
F/D, PBX, IN FACT, ANYONE WHO WILL LISTEN SAMUD
WILL TALK TO THEM. SAMUD JUST WANTS TO GET
HER EIGHT HRS OVER DOING MINIMUM WORK

R. Hamlin

134

0000213

| SUPERVISORY APPRAISAL OF PERFORMANCE NONAPPROPRIATED FUND | DATE 9-2-9? |
|---|---|

| TO | FROM NAF Personnel Division |
|---|---|

THE EMPLOYEE NAMED BELOW HAS APPLIED FOR A VACANCY UNDER THE NAF PROMOTION PROCEDURES. PLEASE COMPLETE AND RETURN THIS APPRAISAL TO THE NAF PERSONNEL DIVISION NOT LATER THAN SAHUO. MARK THAT COLUMN WHICH BEST EXPRESSES YOUR FIRST HAND EVALUATION OF THE CANDIDATE FOR EACH RATING FACTOR.

| NAME OF CANDIDATE | VACANCY ANNOUNCEMENT NO. |
|---|---|

1. QUALITY OF WORK.

   [ ] OUTSTANDING Can be relied upon to do the most difficult job without supervision.

   [ ] EXCELLENT     Seldom needs correction. Has pride in work and is conscientious.

   [ ] SATISFACTORY Generally meets requirements. Requires checking and assistance.

2. QUANTITY OF WORK AND CONSISTENCY OF PERFORMANCE.

   [ ] OUTSTANDING Leads most others in the division in amount of work accomplished.

   [ ] EXCELLENT     Consistently meets and often betters requirements.

   [ ] SATISFACTORY Meets quantity requirements with occasional reminders necessary.

3. COOPERATIVENESS, EMOTIONAL STABILITY AND ATTITUDE TOWARD EMPLOYEES AND SUPERVISOR.

   [ ] OUTSTANDING Enthusiastic, friendly, courteous and responsive.

   [ ] EXCELLENT     Accepts duties cheerfully. Willing to help others.

   [ ] SATISFACTORY Cooperates with others and generally gets along in group situations.

4. INITIATIVE.

   [ ] OUTSTANDING Self-starter. Always utilized own time productively.

   [ ] EXCELLENT     Applies himself/herself seriously showing good initiative.

   [ ] SATISFACTORY Normal supervision required needing occasional help to get started.

5. SKILL, INGENUITY, APTITUDE AND DEXTERITY.

   [ ] OUTSTANDING Resourceful and imaginative in resolving daily problems with original and innovative ideas.

   [ ] EXCELLENT     Often makes suggestions and improvements in work operations.

   [ ] SATISFACTORY Good worker. Tends to follow established procedure requiring assistance to resolve non-typical problems.

(Continued on Reverse)

ZV-CP FORM 6

0000216

6. DEPENDABILITY, PUNCTUALITY, AND ATTENDANCE.

　☐ OUTSTANDING   Places job responsibility above personal interest. Never late or absent without acceptable cause. Plans leave well in advance.

　☐ EXCELLENT   Always completes work assignments. Seldom late or absent without acceptable cause.

　☒ SATISFACTORY   Regular in attendance and generally on time. Seldom fails to complete work assignments on schedule.

7. JUDGMENT.

　☐ OUTSTANDING   Always displays sound judgment. Decisions are always based on clear concise, and logical reasoning. Keen and alert individual.

　☐ EXCELLENT   Responds quickly and learns new techniques easily. Work performance reflects good judgment.

　☒ SATISFACTORY   Generally arrives at sound decisions. Able to learn new techniques with sufficient practice.

## OVERALL EVALUATION

☐ OUTSTANDING　　　☐ EXCELLENT　　　☒ SATISFACTORY

SUPERVISORY COMMENTS

*Emily* (signature)

Organizational Title of Supervisor　　　　　　　Signature

EMPLOYEE COMMENTS

**138**

EMPLOYEE'S SIGNATURE: _____　　　DATE

00002l7

| SUPERVISORY APPRAISAL OF PERFORMANCE NONAPPROPRIATED FUND | DATE Aug 6, 1997 |
|---|---|
| FROM NAF Personnel Division | |

THE EMPLOYEE NAMED BELOW HAS APPLIED FOR A VACANCY UNDER THE NAF PROMOTION PROCEDURES. PLEASE COMPLETE AND RETURN THIS APPRAISAL TO THE NAF PERSONNEL DIVISION NOT LATER THAN _____. MARK THAT COLUMN WHICH BEST EXPRESSES YOUR FIRST HAND EVALUATION OF THE CANDIDATE FOR EACH RATING FACTOR.

NAME OF CANDIDATE  Samuel Imai              VACANCY ANNOUNCEMENT NO.

1. QUALITY OF WORK.

   [ ] OUTSTANDING Can be relied upon to do the most difficult job without supervision.

   [ ] EXCELLENT    Seldom needs correction. Has pride in work and is conscientious.

   [✓] SATISFACTORY Generally meets requirements. Requires checking and assistance.

2. QUANTITY OF WORK AND CONSISTENCY OF PERFORMANCE.

   [ ] OUTSTANDING Leads most others in the division in amount of work accomplished.

   [ ] EXCELLENT    Consistently meets and often betters requirements.

   [✓] SATISFACTORY Meets quantity requirements with occasional reminders necessary.

3. COOPERATIVENESS, EMOTIONAL STABILITY AND ATTITUDE TOWARD EMPLOYEES AND SUPERVISOR.

   [ ] OUTSTANDING Enthusiastic, friendly, courteous and responsive.

   [ ] EXCELLENT    Accepts duties cheerfully. Willing to help others.

   [✓] SATISFACTORY Cooperates with others and generally gets along in group situations.

4. INITIATIVE.

   [ ] OUTSTANDING Self-starter. Always utilized own time productively.

   [ ] EXCELLENT    Applies himself/herself seriously showing good initiative.

   [✓] SATISFACTORY Normal supervision required needing occasional help to get started.

5. SKILL, INGENUITY, APTITUDE AND DEXTERITY.

   [ ] OUTSTANDING Resourceful and imaginative in resolving daily problems with original and innovative ideas.

   [ ] EXCELLENT    Often makes suggestions and improvements in work operations.

   [✓] SATISFACTORY Good worker. Tends to follow established procedure requiring assistance to resolve non-typical problems.

(Continued on Reverse)

CP FORM 6
1 FEB 76

141

0000220

| | |
|---|---|
| 6. DEPENDABILITY, PUNCTUALITY, AND ATTENDANCE. | |
| ☐ OUTSTANDING | Places job responsibility above personal interest. Never late or absent without acceptable cause. Plans leave well in advance. |
| ☐ EXCELLENT | Always completes work assignments. Seldom late or absent without acceptable cause. |
| ☑ SATISFACTORY | Regular in attendance and generally on time. Seldom fails to complete work assignments on schedule. |

| | |
|---|---|
| 7. JUDGMENT. | |
| ☐ OUTSTANDING | Always displays sound judgment. Decisions are always based on clear concise, and logical reasoning. Keen and alert individual. |
| ☐ EXCELLENT | Responds quickly and learns new techniques easily. Work performance reflects good judgment. |
| ☑ SATISFACTORY | Generally arrives at sound decisions. Able to learn new techniques with sufficient practice. |

### OVERALL EVALUATION

☐ OUTSTANDING            ☐ EXCELLENT            ☑ SATISFACTORY

### SUPERVISORY COMMENTS

Most improved in all aspect of work - especially in Quantity and also in cooperativeness with Supervisor / Coworkers. Generally do her routine jobs - but needs to improve on Quality.

Organizational Title of Supervisor: Hskp. Shift Manager.

Signature: [signed] 8/6/97

### EMPLOYEE COMMENTS

No questions.

EMPLOYEE'S SIGNATURE: [signed]     DATE 8-6-97

0000221