# Exhibit "C"

1

DEPARTMENT OF DEFENSE

CIVILIAN PERSONNEL MANAGEMENT SERVICE

OFFICE OF COMPLAINT INVESTIGATIONS



In the Matter of the            ) DA Docket Number:

Discrimination Complaint of:    ) ARHAWAII03APR001

                                )

SAMUD IMAI,                     )

            Complainant,        )

       vs.                      )

R.L. BROWNLEE, Acting           )

Secretary of the Army.          )

_____ )


FACT FINDING CONFERENCE

Volume I


Taken at the Hale Koa Hotel, Executive Conference

Room, Honolulu, Hawaii, commencing at 10:40 a.m.

on February 13, 2004.

Before: Cynthia Shigemasa, Complaints Investigator.


WILLIAM T. BARTON, RPR, CSR NO. 391


APR - 8 2004

Exhibit "C"

1         Once the Principal Agency Witnesses

2    have participated, they will be released from the

3    proceedings with the stipulation that they will

4    remain available in the event they are later

5    needed for additional response.

6         The information that I take from

7    everyone is under oath and without a pledge of

8    confidence, which means it may be released to

9    persons with a need to know, in order to process

10   or resolve the complaint.

11        Also, all participants are entitled

12   to a representative, if one is desired.  And all

13   participants should have been shown the Privacy

14   Act Notice.

15        I will now administer the oath to

16   you, Ms. Imai, and I will administer the oaths to

17   you when you are ready to testify at the

18   respective time.

19        (Whereupon, Samud Imai was duly sworn.)

20             THE INVESTIGATOR:  Was your

21   response yes?

22             SAMUD IMAI:  Yes.

23             THE INVESTIGATOR:  We held a

24   preliminary conference during which we discussed

25   the possibility of resolving the complaint.

1    A.    Ilima Lobby.

2    Q.    Ms. Hamlin, Ms. Lelis, and one other

3 custodial worker were working with you in the

4 lobby and the beverage office cleaning that night?

5    A.    Not inside that.  In Reservation.  And

6 Simeon --

7    Q.    Reservation?

8    A.    Yes.  If you add that question -- my

9 answer.  Had Simeon, had Ricky, had supervised --

10    Q.    Did you say Vicky?

11    A.    Ricky.

12    Q.    Oh, Ricky, okay.

13    A.    And supervise Emily and Kathleen and

14 myself, the one come after they called me up.

15    Q.    You were cleaning?

16    A.    I would come up.  They were cleaning

17 over there already.  They were there already.

18    Q.    So you joined them?

19    A.    I joined them.  They called me.  I join

20 them.  They say -- I come clean Mr. Lee's office.

21 But when I got there, that is not the one they're

22 saying, Mr. Lee's office is inside reservation.

23         But they were closing up Mr. Lee's

24 office next door.  But the word, they called me

25 up.  I say, You go see Mr. Lee office.

1    Q.    So you came to clean?

2    A.    I came.

3    Q.    When you were there, were you the last

4    person there?  Did you leave by yourself and no

5    one was there?  Or was there somebody --

6    A.    After I told reservation, Ricky, that's

7    the reason -- right here, then came over here,

8    hallway.  Right here.  And then food and beverage

9    office, that's the one Kathleen and supervisor,

10    Emily.  See in their again, she already there.  So

11    I behind.  The door is open.

12    Q.    But when you were finished cleaning, who

13    was still there when you walked out?

14    A.    Myself, cleaning by myself over there.

15    But I had one belonged to the office people is

16    Jimmy Lorenzo.  His door is closed.

17    Q.    He's the employee that works in the

18    office?

19    A.    Yes.

20    Q.    But as far as cleaning staff?

21    A.    Cleaning, myself.

22    Q.    You were there by yourself?

23    A.    Yes.

24    Q.    Did you see the master key?

25    A.    No.

1     Q.    And when did you turn back in -- how did

2  you get the 41 key?

3     A.    Kathleen hands in my face like this,

4  like this.

5     Q.    When?

6     A.    When she left me with -- Kathleen and

7  Emily, when she left me in there.  And she say,

8  when you finish this, you go to your break.  She

9  gave me that over there.

10     Q.    She gave you the 41 key?

11     A.    Yes.

12     Q.    When did you turn it in?

13     A.    After pau work.

14     Q.    Pardon?

15     A.    12:00.

16     Q    You had that 41 key the rest of the

17  night until you went home?

18     A.    Not the rest of the night is the thing.

19  Before 10:00, 11:00, 12:00, I had that key, yes.

20  That particular, that hour.

21     Q.    So you had that key in your possession,

22  the 41, the rest of the time until you went home?

23     A.    Yes.  I turn it in when I go home, yes.

24     Q.    Did you sign the key back in?

25     A.    I don't sign in, I don't sign out,

1    Q.    Now, the master key was missing January

2    5, 2003. Can you explain how serious that is?

3    A.    This is very serious, because it is the

4    key that will unlock all of the guest rooms in one

5    of our towers.

6    Q.    And that is the key or the keys that are

7    on that red lanyard that was shown earlier?

8    A.    Yes.

9    Q.    Now, looking at that, "all the rooms,"

10   does that mean all the offices, the travel desk

11   room, all the guest rooms? When you say one of

12   the towers, you mean the Ilima tower or the Maile

13   tower?

14   A.    The Maile tower.

15   Q.    Then also to the other question that I

16   asked you, Ms. Nemoto, all the guest rooms, the

17   offices?

18   A.    Offices.

19   Q.    Food and beverage?

20   A.    Yes.

21   Q.    So can you explain when and how you got

22   involved in this matter?

23   A.    Approximately 2:30 a.m. January 6,

24   Monday I was called at home by the assistant

25   manager, Diane Yadao, who informed me that one of

1　　our master keys had come up missing.

2　　　　　Q.　　How many do you have?

3　　　　　A.　　For the Maile tower, I have two.

4　　　　　Q.　　Go ahead.

5　　　　　A.　　She informed me as to what she had found

6　　out about the situation.　When was the last time

7　　it was used, who used it.　And that they had

8　　backtracked to their steps and the locations.　And

9　　it still has come up missing.

10　　　　　Q.　　Did she tell you that they had any

11　　suspects?

12　　　　　A.　　No.

13　　　　　Q.　　Did she tell you she had interviewed

14　　anyone?

15　　　　　A.　　Yes.

16　　　　　Q.　　What did she say?

17　　　　　A.　　She said that she had spoken to the

18　　housekeepers as well as the housekeeping foremen

19　　and shift manager.

20　　　　　Q.　　What did she say about having talked to

21　　them?

22　　　　　A.　　She said that the housekeepers had no

23　　knowledge of the whereabouts of the missing key.

24　　　　　Q.　　Did you personally interview Ms. Imai?

25　　　　　A.　　Yes.

1      Q.    When did that take place?

2      A.    That took place on January 15, 2003.

3      Q.    Now, I have an e-mail in the complaint

4  file.  It's dated January 17.  And this says you

5  interviewed Ms. Imai on January 15.

6            So is this an accurate account of your

7  questions and her responses?

8      A.    I can't see that far.

9                (Pause.)

10     A.    Yes, this is what I typed out.

11     Q.    Prior to your meeting with Ms. Imai on

12  January 15, did you do any other investigation or

13  inquiry leading up to this meeting?

14            In other words, you met with Ms. Imai.

15  What led to that meeting?  What did you know to

16  prompt this meeting?

17     A.    Oh, okay.  I did meet with Kathleen

18  Hamlin on Monday January 6, where she informed me

19  as to what she knew about the situation, where the

20  key was last seen.

21            And Ms. Lelis was off on Monday and

22  Tuesday.  And upon her return back to work, I met

23  with her.  And she gave me the information that

24  she knew as to what happened that evening on the

25  5th of January.

1       Q.    Did you talk to anyone else?

2       A.    No.

3       Q.    Did you collect any statements or

4   documents?

5       A.    On the 6th?

6       Q.    At any time prior to your meeting with

7   Ms. Imai on January 15.

8       A.    On the 6th of January when the custodial

9   worker found the key in the compactor and he

10  explained and showed a group of us as to what had

11  transpired which led up to him finding the key in

12  the compactor, he made a statement, a written

13  statement.

14      Q.    And generally, what do you remember he

15  said?

16      A.    He said that on the morning of the 6th,

17  he went to the Maile dock, he pushed the bin that

18  collects the trash, it comes off of a chute from

19  the Maile tower, on to the arm that lifts it into

20  the compactor.

21            He then pushed a button to start

22  compacting it.  And when he looked inside the

23  compactor, he saw a red lanyard.  He thought that

24  it was his key, because he had signed out a

25  custodial worker key, also on the red lanyard.

1          He jumped in to the compactor.  He

2   retrieved the key.  He looked down at his waist,

3   and his key was still secured to his belt loop.

4   But he knew that this is a hotel key.

5          Q.   Now, is his lanyard similar to the red

6   lanyard that's attached to the master keys, to

7   your knowledge?

8          A.   It's similar.

9          Q.   So you have his statement that --

10         A.   Yes.

11         Q.   -- you took in person?  You heard him

12  say this verbally?

13         A.   Verbally, yes.

14         Q.   Ms. Hamlin has described what has

15  happened to you, Ms. Lelis described what happened

16  to you.  Ms. Yadao described what happened to you.

17  At what time did the name Samud Imai come up?

18         A.   Ms. Yadao did not give my statement to

19  me.  She gave her statement to Mr. Lee.

20         Q.   Okay.

21         A.   So when Ms. Lelis and Ms. Hamlin

22  explained to me the situation of being inside the

23  food and beverage office and who gave whom what

24  key and where this key was placed, I'm putting

25  together that this Number 2 key was the key that

1    there.  They opened up all the doors with their

2    key.  And they could not find the key.

3        Q.    At what point was Ms. Imai's name raised

4    as a possible suspect?

5        A.    When they informed me that they had

6    instructed Ms. Imai to vacuum the setup crew

7    office.  And when she was done with that, to come

8    down for break.  They were saying that she was the

9    only person left in the food and beverage office,

10   other than the beverage manager, who was behind

11   closed doors in his office.

12       Q.    Did you interview anyone else?

13       A.    No.

14       Q.    At what point did you suspect that

15   Ms. Imai might be responsible and decide you

16   wanted to meet with her?

17       A.    On January 6, I looked at the CCTV

18   videotape.  And I saw Ms. Imai walking in the

19   Maile tunnel with this lanyard in her numbered --

20   I'm sorry, this lanyard in her hand.

21       Q.    How did you conclude that?  Are these

22   the pictures that you're talking about?

23       A.    I saw the video.

24       Q.    This is from the video.  This might even

25   be clearer.  Can you take a look at that?

```
 1                    (Pause.)

 2        A.    Yes.   The video of what I saw, these are

 3   some of the pictures from that video.

 4        Q.    From that picture, you believe she had

 5   the lanyard in her hand?

 6        A.    From the pictures as well as my

 7   discussion with Ms. Imai, my discussion with her

 8   on January 15, she informed me that she took a bag

 9   of rubbish to the Maile loading dock, where she

10   threw it in the compactor.

11              The following morning, seven hours,

12   eight and a half hours later, the custodial worker

13   finds the Number 2 key with the lanyard in that

14   compactor.

15        Q.    Now, you heard Ms. Imai's testimony

16   where she was that evening, why she was where she

17   was, why she was in the locker room, why she took

18   the trash out of the locker room, why she decided

19   to throw the trash in the Maile tower trash bin,

20   since the locker room she was in was in the Maile

21   tower.   Having heard that, is there anything that

22   you know or that you knew at that time that you

23   believe was inaccurate in what she was describing

24   as the chain of events that evening and what she

25   did or didn't do?
```

1     A.    A couple of things.

2     Q.    Go ahead.

3     A.    When Ms. Imai explained to me that

4  Ms. Hamlin had asked her if she had cleaned the

5  front desk, and her reply was, No, I asked her how

6  did she get up to the front desk, which route did

7  she take?  Did she take the elevator near my

8  office?

9          And she said, I wait, but sometimes slow

10  and I rush, rush.  So she explained that she went

11  out to the Ilima loading dock, across the Ilima

12  loading dock, down the Maile tunnel, which is

13  walking, if you're on the lobby level perspective,

14  walking across the meal lobby furthest away from

15  the reception desk, front desk.

16          She then went to the compactor, threw

17  her rubbish.  Came back up the Maile elevator,

18  walked back across the Maile lobby to the front

19  desk to clean the front desk.

20          If she was in a hurry, rush, rush, the

21  fastest way was to use the elevator near my

22  office, which is ground level of the Ilima tower

23  up to the lobby level, walk across the Ilima lobby

24  to the front desk.

25     Q.    Okay.  Now, you heard her say that she

1    went from the food and beverage office to a break,

2    and then from her break, she had to clean the

3    lady's bath --

4                    MS. MacMURRAY:  Could I interrupt

5    for a minute?  Ms. Nemoto, you had asked her if

6    she had anything she wanted to clarify.  She said

7    she had a couple things, and I think she just

8    talked about the one.  I think she had something

9    else.

10                    THE INVESTIGATOR:  I'm sorry.

11   You're right.

12                    THE WITNESS:  I lost my train of

13   thought.

14   BY THE INVESTIGATOR:

15        Q.    Anything else?

16        A.    I did have more than one.  I lost my

17   train of thought.

18        Q.    Let me walk you through what she said,

19   and it might help you.  You remember she said she

20   went to the lady's room, she cleaned it after

21   taking a break.

22                    And her next assignment was to clean the

23   travel desk in the Maile tower.  She explained

24   that is why she had to go to the Maile tower.

25   After she finished that, she had to go through the

1    front desk.  As she walked through those steps,

2    any discrepancies?

3         A.    Yes.  I can't understand how Ms. Imai

4    could have gone to the travel desk, because the

5    only other key, other than the Number 2, which was

6    now missing, which opened up the food and beverage

7    offices where Ms. Hamlin and Ms. Lelis went back

8    to retrace their steps, was the Number 41 office

9    keys.

10         Q.    Okay.  So you see that green lanyard,

11   because Ms. Imai said that she had that from the

12   time she was in food and beverage, because

13   Ms. Hamlin put it before her face, and she took it

14   and she had it until the end of her shift.

15         Does that key open the travel desk

16   office?

17         A.    Yes.

18         Q.    What are you saying?

19         A.    I'm saying that there's this Number 2

20   key (indicating) is missing.  And Number 41 office

21   keys were in the hands of Ms. Lelis and Ms. Hamlin

22   to retrace their steps.

23         Q.    So you're saying that they had those

24   keys?

25         A.    Yes.

1    Q.    So Ms. Imai couldn't have had those

2    keys?

3    A.    Yes.

4    Q.    What makes you say that?  How do you

5    know that?  Aren't there other keys?

6    A.    These are the only two keys that will

7    open up those food and beverage offices.  So if

8    Number 2 is missing and Number 41 is what

9    Ms. Hamlin and Ms. Lelis used to backtrack their

10   steps before they contacted the assistant manager,

11   then Ms. Imai could not have had these keys as

12   she's walking in the tunnel.

13        Furthermore, if you look at the shape of

14   the lanyard, it is totally different from this.

15   Q.    When you're interviewing Ms. Imai, did

16   she tell you that she had those green keys with

17   her?

18   A.    If I recall, and it's probably on that

19   statement that you showed me, she stated that she

20   only had her keys, Number 35.

21   Q.    So you don't ever remember in your

22   discussion with her -- what Number is that green

23   key?  Is that 41?

24   A.    41.

25   Q.    She never mentioned having the 41 key in

1  interview with her.  You've talked to Lelis.

2  You've talked to Hamlin.  You've talked to the

3  individual that found the lanyard in the trash.

4          Based on what you're hearing, and what

5  you saw in the videotape, you're piecing it

6  together.  And at what point did you conclude that

7  Ms. Imai was responsible for the missing key?

8      A.    Primarily the videotape.

9      Q.    Then you met with her on the 15th?

10     A.    Yes.

11     Q.    You asked her about that specifically,

12 correct?

13     A.    Yes.

14     Q.    And is it correct that she did deny

15 having the key?

16     A.    That's correct.

17     Q.    And did she explain to you what she had

18 in her hand?  Or did you get that far in your

19 discussion?

20     A.    She explained she just had a bag of

21 rubbish when she came out of the women's locker

22 room.

23     Q.    Did you ask her why she had rubbish in

24 her hands from the women's locker room?

25     A.    No.

1    Q.    Why was this matter serious enough to

2  you that it warranted termination?

3    A.    For one thing, the videotape.  To me,

4  in looking at the videotape, the lanyard was

5  clearly visible.

6        She threw the rubbish into the

7  compactor.  The custodial worker found it the next

8  morning.  There was really no one else that throws

9  rubbish into that compactor after that 11:40,

10 almost 12:00 midnight time frame.

11       The fact that she said to me that she

12 did not see the keys.  She said that to the

13 assistant manager, the shift manager, the

14 supervisor.

15   Q.    So did you conclude that she took

16 possession of the key, and she threw it in the

17 trash on your own?  Or are you relying on what

18 Ms. Hamlin or Ms. Lelis described to you?  Did you

19 draw your own conclusions or did you rely on

20 theirs?

21   A.    I drew my own conclusion by looking at

22 the tape, listening to what Ms. Lelis, Ms. Hamlin,

23 the houseman, had informed me of the situation.

24   Q.    Now, Ms. Imai had no prior offense on

25 the record, other than some minor counseling

1    actions.  Why did you decide to propose

2    termination?  Why not something less than

3    termination?

4         A.    Again, I go back to the seriousness of

5    it.  I felt that there was an intentionally

6    dishonest act performed here.  The unauthorized

7    possession, the unauthorized removal.

8         Q.    So you were not instructed to perform

9    her removal?  You made that decision on your own

10   to propose termination?

11        A.    Yes.

12        Q.    How did you conclude that Ms. Imai was

13   fully aware of the procedures in the possession

14   and handling of the master key?

15        A.    We're constantly reminding all of our

16   employees --

17        Q.    And -- okay.  Go ahead.

18        A.    -- the importance of the proper handling

19   of keys, as well as Lost and Found.  So if she had

20   found these keys in the door, she knew very well

21   to turn it in to Lost and Found.

22        Q.    Besides considering the seriousness of

23   the offense and the employee's past record and

24   what you described as those things that led up to

25   and contributed to the offense, did you consider,

1    for example, how this termination action would

2    promote or improve your operations?

3        A.    Yes.    I felt that there was a violation

4    of trust.    And trust is something that this hotel

5    has to live on with our guests.

6        Q.    So are you saying that you didn't feel

7    that you could trust her anymore?

8        A.    That's correct.

9        Q.    And did you consider whether or not this

10   penalty was reasonable in comparison to something

11   else?

12       A.    Yes.

13       Q.    What did you consider?

14       A.    A separation versus a suspension.

15       Q.    So you did weigh it?

16       A.    Yes.

17       Q.    And then having weighed it, you decided

18   that it had to be that, because you had lost trust

19   in the employee?

20       A.    That's correct.

21       Q.    Anything else?

22       A.    The overall seriousness of this incident

23       Q.    Did you believe that the termination

24   would promote the efficiency of the service?

25       A.    Yes.

1    Q.    Why?

2    A.    Because if we cannot trust an employee,

3    then we have a tendency of possibly losing respect

4    from our guests.

5    Q.    Anything else?

6    A.    No.

7    Q.    Did you consider, for example,

8    Ms. Imai's race, color, national origin, gender,

9    or age?

10    A.    No.

11    Q.    What did you know about Ms. Imai's prior

12    EEO complaint?  Were you involved in it?

13    A.    Yes.

14    Q.    Can you tell me what you remember about

15    it?

16    A.    Ms. Imai filed an EEO complaint against

17    the Hale Koa Hotel on the basis of harassment.

18    Q.    Were you directly involved in her

19    complaint, or named in that complaint?

20    A.    Yes.

21    Q.    How were you tied in to that complaint?

22    A.    I was one of the witnesses.

23    Q.    Was she alleging at the time that you

24    discriminated against her?

25    A.    No.  But my name came up in the alleged

1    allegations.

2        Q.    So did you consider that fact, that she

3    had filed that earlier EEO complaint, when you

4    proposed termination, in the sense that you felt,

5    okay, here is a chance to get even with her?

6        A.    No.

7        Q.    Was there any other custodial worker

8    that you're aware of who has been charged with

9    similar offenses?  Lying was one of the charges,

10   unauthorized possession was another.  Any other

11   custodial worker charged with something similar

12   like that?

13       A.    I had a custodial worker that lied to

14   me.

15       Q.    How long ago was that?

16       A.    Two years ago.

17       Q.    Lied with respect to what?

18       A.    I think it -- I'm not certain.

19       Q.    Okay.

20       A.    I'm not certain.  I believe I had to

21   provide the document of the counseling.

22       Q.    What did you do to discipline that

23   employee?

24       A.    He was counseled in writing.

25       Q.    Now, you have Ms. Imai also charged with

1  Ms. Hamlin and Ms. Lelis for their involvement in

2  the actions that evening?

3      A.    The final outcome was that they were

4  suspended.

5      Q.    Now, how do you see the comparison

6  between Ms. Imai's conduct on January 5 and what

7  Ms. Hamlin and Ms. Lelis did that evening?

8      A.    In the case of Ms. Hamlin and Ms. Lelis,

9  they reported the loss right away.  They

10  cooperated with the assistant manager and with

11  management in trying to locate the key and

12  providing statements as to what transpired that

13  evening.

14          They admitted wrongdoing.  They admitted

15  they did not follow procedure.  They have had

16  excellence and outstanding ratings throughout the

17  years.  And they also do not have any formal

18  disciplinary action in their file.

19      Q.    And did you propose the action or take

20  the action to suspend them?

21      A.    I made the decision.

22      Q.    So who proposed it?

23      A.    Pauline Souza.

24      Q.    And how long were they suspended for?

25      A.    One day.

1    Q.    What was the charge?

2    A.    Failure to follow proper procedure.

3    Q.    Now, Ms. Imai also described the

4 criticism, close monitoring of her work and

5 counseling that she experienced during the 2001,

6 2003 time frame.

7        Did she ever discuss this matter with

8 you?

9    A.    No.

10    Q.    And in proposing the termination, did

11 you at any time consider the counseling memos that

12 are in the file regarding Ms. Imai?

13    A.    What memo?

14    Q.    The counseling memos.  Did you consider

15 those, or you didn't even consider those?  You

16 just considered the actions of the evening?

17    A.    I just looked at what happened that

18 night of January 5.

19    Q.    And for the record, what do you identify

20 with as far as your race or ethnicity?

21    A.    Japanese.

22    Q.    And what about your national origin?

23    A.    American.

24    Q.    What do you identify with in terms of

25 your skin color?

113

1   and not able to do her job?

2        A.    No.

3        Q.    She believes that you were treating her

4   as though she were disabled, and she mentions

5   always following her around, being right close

6   behind her.

7             Did you consider her to be disabled or

8   regard her as disabled in any way?

9        A.    No.

10       Q.    So you considered her to be an able, fit

11  employee?

12       A.    Yes.

13       Q.    Now, explain what happened to the master

14  key on January 5.

15            What do you remember?

16       A.    Well, we were cleaning the offices.   I

17  believe it was the food and beverage office.   And

18  I put the key in the door to open the office.   And

19  I did not remove it.   It was my neglect.   The key

20  was left in the door.

21       Q.    That's the master key?

22       A.    Yes.

23       Q.    That's on the red lanyard?

24       A.    Yes.

25       Q.    It's also called Number 2?

114

1       A.    Correct.

2       Q.    Go on.

3       A.    So we were in the office, Simeon, Emily,

4  and myself, and Samud.  And then Simeon and Emily

5  went to break.  After I had opened the door for

6  the banquet setup office.

7            And they went to break, and then Simeon

8  came back with the Number 41, key which is this

9  (indicating).  And I gave this to Samud.

10      Q.    Now, you had it in your hands?

11      A.    No.  Simeon gave it to me.  They had

12 left with Emily to go to break.

13      Q.    If he gave it to you, you put it in your

14 hands?

15      A.    Yes.

16      Q.    Did it look like that?

17      A.    No, not like it is right now.

18      Q.    How did it look?

19      A.    Simeon undid this cord and rewrapped

20 it.  It was more wrapped up to about here.

21      Q.    That key?

22      A.    Yes.  It wasn't that long.

23      Q.    What else do you remember?

24      A.    Simeon gave them to me, and I gave them

25 to Samud, and handed them to Samud, and asked

1  Samud when you finish vacuuming the hallway, you

2  come down to break.

3       Q.   Do you have in front of you that red

4  lanyard?

5       A.   I have two, yes.

6       Q.   Look at the straight one.  The one in

7  your left hand.  Did the green key, Number 41,

8  look like that Number 2 key when it was tied up

9  when Simeon handed it to you?  Or did it look

10  different, other than the color?

11       A.   It's not as smooth as this.  It's much

12  more chunky.

13       Q.   Chunky?

14       A.   Chunky.  When it's wrapped, it's not as

15  neatly wrapped as this one.

16       Q.   That's the only difference?

17       A.   Uh-huh.

18       Q.   So it was handed to you, and then?

19       A.   By Simeon.  And I gave it to Samud in

20  case she needed to go into any of the offices.

21  Because this is the office key that opens the

22  offices.

23            And then I asked her when she finished

24  vacuuming, to come down to break.

25       Q.   Then what happened?

1      A.    I went to the office, and Samud came

2  down and she turned this in to the clerk.

3      Q.    How do you know?

4      A.    Well, when we missed the Number 2 key,

5  after about ten minutes, we had to get this key

6  (indicating) -- there's only two keys that open

7  offices.  That's this one, and then the Number 2.

8            So the Number 2, we went back up to

9  check if it was in the door.  It wasn't in the

10 door.

11     Q.    So you needed the Number 41 key to get

12 back into the offices?

13     A.    Into the offices.

14     Q.    And the clerk had it?

15     A.    The clerk had it.

16     Q.    When you started your search, the clerk

17 had it so you were able to open the food and

18 beverage office?

19     A.    Yes.

20     Q.    Where else did you go?

21     A.    All the offices, reservations, we

22 checked all over.

23     Q.    And you couldn't locate the red lanyard?

24     A.    No, the Number 2 key.

25     Q.    Now, Ms. Imai says that after she

1    clean the tour desk office, what key would have

2    opened it?

3         A.   There is none.

4         Q.   Not even the master key?

5         A.   Yes.  Only these two.

6         Q.   Now, then at what point did you ask her

7    if she had the key?  Do you remember about what

8    time it was?

9         A.   When we asked her, did she have the

10    Number 2 key?

11         Q.   Correct.

12         A.   Maybe about 11:30.

13         Q.   Okay.  And then you asked her, and did

14    she say no?

15         A.   Yes.

16         Q.   And was it at that point in time that

17    you searched or you had Ms. Lelis search her

18    pocket?

19         A.   No.  Ms. Lelis shock her apron.

20         Q.   So stand up and show me what you're

21    saying.  She has an apron that's several pockets,

22    correct?

23         A.   Two.

24         Q.   Two pockets?

25         A.   And we said to her, "Are you sure,

1    smooth -- I couldn't determine what key it was.

2        Q.    And do you remember about what date that

3    was?

4        A.    I don't know.

5        Q.    But shortly after this incident on

6    January 5?

7        A.    Maybe a month after.  I don't know.

8        Q.    Okay.  Now, at what point did you

9    believe that it was Ms. Imai, if you did at all,

10    who took the key?

11        A.    I don't know what happened to the key.

12        Q.    So you never accused her of taking the

13    key?

14        A.    No.

15        Q.    Did you ever tell Ms. Nemoto that you

16    believed she took the key?

17        A.    No.

18        Q.    Did Ms. Nemoto ever ask you what your

19    opinion is?

20        A.    No.  The only thing was that only Samud

21    was left in the area where the key was left.  And

22    I left, and the key was there, and Samud was

23    still --

24        Q.    Now, when Ms. Imai vacates the women's

25    locker room on the tape that you observed, she

1    A.    No, not to everyone.  Actually, I asked

2  Samud to speak to the assistant manager before she

3  left.  And we walked up the hall and the assistant

4  manager came.

5    Q.    To ask her again about the key?

6    A.    Yes.

7    Q.    And was anything else said?

8    A.    She just asked Samud, Have you seen the

9  key, and she said, No.

10    Q.    And you were there at the time?

11    A.    Yes.

12    Q.    Now, if Ms. Samud is going to take the

13  trash out of the employee locker room, then the

14  most logical place for her to dump it is the Maile

15  room trash bin, correct, because that's the

16  closest?

17    A.    Yes.

18    Q.    But if she's taking rubbish from the

19  Ilima tower, then the most logical place to dump

20  it would be where?

21    A.    In the loading dock.

22    Q.    At the bottom of the Ilima tower?

23    A.    Yes.

24    Q.    Do you remember asking her about where

25  she had dumped rubbish that night?

1    A.    Yes.

2    Q.    What do you remember?

3    A.    She came down in the Ilima tower

4  elevator, and she put trash in a bin that we don't

5  use.  Because the bin was here (indicating) and

6  the dumpster's here.

7         And I saw Samud putting trash in the

8  trash can.  And I said, Samud, why are you doing

9  that?  Why are you putting trash in there?  And

10  she said, Oh, no more time.

11    Q.    Anything else that you remember her

12  saying?  About what time was that?

13    A.    About 10 minutes to 12:00.  Five minutes

14  to 12:00.

15    Q.    So it was the end of her shift then?

16    A.    Yes, it was.

17    Q.    And it was just a small bag, you said?

18    A.    Yes.

19    Q.    Now, you were also disciplined over this

20  matter?

21    A.    Yes.

22    Q.    What were the charge?

23    A.    Mishandling keys.

24    Q.    And you got a one-day suspension?

25    A.    Yes.

```
 1              THE INVESTIGATOR:  Okay.   That's

 2   it.  Thank you very much.

 3                   (Witness excused.)

 4            (Whereupon, a recess was taken.)

 5                   EMILY LELIS,

 6        Called as a witness, being first duly sworn

 7   to tell the truth, the whole truth, and nothing

 8   but the truth, was examined and testified as

 9   follows:

10                   EXAMINATION

11   BY THE INVESTIGATOR:

12        Q.   Can you state your name for the record.

13        A.   Emily Lelis.

14        Q.   And Lelis is L-E-L-I-S?

15        A.   Yes.

16        Q.   And, Ms. Lelis, did you have an

17   opportunity to read the Privacy Act Notice?

18        A.   Yes.

19        Q.   Do you have any questions about that

20   before we begin?

21        A.   No.

22        Q.   What is your position?

23        A.   Chief supervisor in the swing shift.

24        Q.   Is that like a custodial worker

25   supervisor?
```

1    A.    Foreman.

2    Q.    A foreman?

3    A.    Yes.

4    Q.    Is that an NF?

5    A.    NS.

6    Q.    NS.  Do you know what the level is?

7    A.    NS-2.

8    Q.    2.  And how long have you held this

9  position?

10    A.    Since September 1990 -- no, I start over

11  here since '93.  But I don't remember when did I

12  start the swing shift.

13    Q.    But you've been a supervisor since, did

14  you say, 1990?

15    A.    1990.

16    Q.    When did you start supervising Ms. Imai?

17    A.    I don't remember.  But when I went up to

18  the swing shift.  I'm not sure if '97 or '95.

19    Q.    It's been about eight or more years

20  then?

21    A.    Yes.

22    Q.    You report to Ms. Hamlin?

23    A.    Yes.

24    Q.    She is your first-line supervisor?

25    A.    In the beginning is Mr. Chai.  But when

1    Did she ever discuss this matter with

2  you?

3    A.    No.    Sometimes she discussed with me

4  like she is asking me how to spell these words.

5    Q.    Words?

6    A.    Yes.

7    Q.    But did she ever say to you, Stop

8  treating me like I'm handicapped?

9    A.    No, she never said that.

10    Q.    In your opinion, Ms. Lelis, have you

11  ever treated her like she was disabled or

12  handicapped?

13    A.    No.

14    Q.    Now, the master key was missing on

15  January 5, 2003.

16    To your knowledge, is that a serious

17  problem?

18    A.    Yes.

19    Q.    Why?

20    A.    Because that's the master key for the

21  entire Maile tower.

22    Q.    I'm sorry?

23    A.    That's the master key for the entire

24  Maile tower including the offices, plus the rooms.

25    Q.    Okay.    Now, when did you discover the

1    key missing?

2         A.    I think about 10:30, something like

3    that.  10:30.

4         Q.    How do you remember the time?

5         A.    Because they told me to go down for

6    break, and I have to relieve my clerk.  And that's

7    about 10:00.  After that, one of my managers ask

8    me to see her.

9         Q.    Your manager is who?

10        A.    Ms. Kathleen Hamlin.  And then she asked

11   me to see her.  When I go sit with her, she said,

12   Where is my key?  She said, Oh, she left it

13   upstairs.  So we come upstairs.

14        Q.    And that was about 10:30?

15        A.    10:30.

16        Q.    And then what happened?

17        A.    And then we don't see the key.

18        Q.    Did you have to go back into the food

19   and beverage office to look?

20        A.    Yes, but before I go there, I have to go

21   look for -- I ask the clerk, Eva, to give me the

22   41 key, so I can go back and trace if the key was

23   left there.

24        Q.    The 41 key that you're talking about is

25   this green key right there (indicating)?

1     A.    Yes.

2     Q.    So you went to Eva before you went to

3  see Ms. Hamlin at about 10:30?

4     A.    No.   I went to see Ms. Hamlin first.

5  And then I said, Where is my key?  She said, Oh,

6  she left it upstairs with food and beverage.

7          So she said, Okay, so we have to go

8  look.   It's probably still there.   But before we

9  come up there, I have these keys.

10    Q.    You had it in your hand?

11    A.    I had it in my hand.

12    Q.    And you went to open food and beverage?

13    A.    Yes, we opened.   The key is not there.

14    Q.    Then what did you do?

15    A.    Then I open all the food and beverage

16  offices.  Because we went there, trying to see if

17  the key is over there.   But the key is not there.

18    Q.    Then at some point, did you call

19  Ms. Imai and ask her if she had the key?

20    A.    I called her --

21          MS. MacMURRAY:   For clarification,

22  could you refer to the numbers of the keys, since

23  we started that?

24          THE INVESTIGATOR:   Number 2 key.

25    A.    It's right there (indicating).

1    see us in the office.

2         Q.    Now, was there a time that you bumped

3    into Ms. Imai?

4         A.    Yes, I did.

5         Q.    Where was this?

6         A.    That was between the elevators and the

7    housekeeping, the old housekeeping.

8         Q.    Near the Ilima tower?

9         A.    Yes.  Going inside.

10        Q.    And do you remember about what time that

11   was?

12        A.    That's about 11 something, 11:30.

13        Q.    And what did you say to her then?

14        A.    And I said, Samud, are you sure, maybe

15   you get the key by mistake?  But she said, No, I

16   don't have.  I only have the 35 keys, my keys.

17        Q.    Do you remember Ms. Hamlin saying to you

18   at that point, look into her pocket or check her

19   pocket?

20        A.    No, I don't remember.  But I remember I

21   shake her apron.  But I don't see any key.

22        Q.    Did she have the Number 35 key in her

23   hand when she was by the elevator?

24        A.    No.

25        Q.    Did you feel any key at all in her

1    procedure, I get written up too.

2        Q.    Now, I've seen in the complaint file

3    some letters of counseling or MFRs that you've

4    prepared regarding Ms. Imai's work, quality of

5    work, reminding her about things.

6        A.    Uh-huh.

7        Q.    Is that something you usually do because

8    you're the first-level supervisor?

9        A.    Yes.

10       Q.    So it doesn't usually elevate to

11   Ms. Hamlin's level?  Most of that was done by you

12   then?

13       A.    Yeah, because I'm the first line.

14       Q.    What did you observe about Ms. Imai's

15   performance?

16       A.    Sometimes she is very good.  Sometimes

17   she is good.  And sometimes she don't do the good

18   job.

19       Q.    Anything else that you remember about

20   her performance?

21       A.    Performance about work or about --

22       Q.    Yeah, work.  And things concerning work.

23   Her conduct around --

24       A.    She is a very nice person.  That's what

25   I know.  But when we go to work, we have to work.

1      Q.    And sometimes she didn't?

2      A.    No, sometimes she did.  That is why

3   sometimes I have to write her up when I find out

4   she never did that one.

5      Q.    To your knowledge, was Ms. Imai

6   counseled or written up more than anybody else?

7      A.    Because if you get written up, it only

8   goes to the office.  If somebody written up,

9   anybody, I will not know.

10      Q.    As far as you.  Did you write her up

11   more than anybody else?  Or were there a lot of

12   employees that had problems?

13      A.    Oh, yeah, I did.

14      Q.    Other employees?

15      A.    Yes.

16      Q.    Do you remember that you wrote her up

17   more than others, or were there some custodial

18   workers that actually had more counseling memos in

19   the record?

20      A.    I cannot remember, because it's been a

21   long time.  But I know I write up somebody too.

22      Q.    Has Ms. Hamlin written you up too?  Have

23   you received any counseling memos?

24      A.    Oh, yeah.

25      Q.    And for the record, Ms. Lelis, what do

```
 1                    CERTIFICATE

 2   STATE OF HAWAII        )

 3                          )     SS.

 4   COUNTY OF HONOLULU   )

 5        I, WILLIAM T. BARTON, RPR, Certified

 6   Shorthand Reporter, State of Hawaii, do hereby

 7   certify:

 8        That on February 13, 2004 at 10:40 a.m. there

 9   occurred before me the proceeding contained

10   herein; and that prior to being examined each

11   witness was duly sworn;

12        That I am neither counsel for any of the

13   parties herein, nor interested in any way in the

14   outcome of this action;

15        That the proceeding herein was by me taken

16   down in machine shorthand and thereafter reduced

17   to print via computer-aided transcription under my

18   supervision; that the foregoing represents a

19   complete and accurate transcript of the above

20   proceeding to the best of my ability.

21        Dated this 16th day of February 2004 at

22   Honolulu, Hawaii.

23   _____

24        WILLIAM T. BARTON, CSR No. 391

25        Certified Shorthand Reporter
```