# Exhibit "D"



**Exhibit "D"**