# Exhibit "E"

```
 1              EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
 2                  SAN FRANCISCO DISTRICT OFFICE
 3                                                    COPY
 4      _____
 5      SAMUD IMAI,              )
 6          Complainant,         )
 7          and                  ) CASE NO. 370-2004-00317-X
 8      HALE KOA HOTEL,          ) AGENCY NO. ARAHAWAII03APRIL001
 9      DEPARTMENT OF THE        )
10      ARMY,                    )
11          Agency.              )
12      _____     )
13
14
15              DEPOSITION OF LEANDRO ABBAGO
16
17          Taken on behalf of Complainant at the Hale
18      Koa Hotel, Ilima Lobby, Room Director's Office,
19      Conference Room, Honolulu, Hawaii, 96815, commencing
20      at 2:25 p.m. on Tuesday, February 3, 2005, pursuant
21      to Notice.
22
23
24      REPORTED BY:  LISA J. GROULX, COURT REPORTER
25              Notary Public, State of Hawaii
```

```
 1                    MR. SMITH:  Yes.
 2                    LEANDRO ABBAGO
 3       was called as a witness, after having been first
 4       duly sworn to tell the truth, the whole truth
 5       and nothing but the truth, was examined and
 6       testified as follows:
 7                       EXAMINATION
 8  BY MR. SMITH:
 9       Q.   Mr. Abbago, is that correct?
10       A.   Yes.
11       Q.   Do you want to state and spell your full
12  name for the court reporter?
13       A.   L-e-a-n-d-r-o.  My middle initial is C.
14  A-b-b-a-g-o.
15       Q.   Okay.  Fine.  Mr. Abbago, my name is
16  Elbrigde Smith and I'm the attorney for the
17  complainant in this case Samud Imai.  You know who
18  Ms. Imai is?
19       A.   Yes.
20       Q.   Yes?
21       A.   She's an employee, sir.
22       Q.   Okay.  Now I'm going to ask you a number of
23  questions today.  But, first, let me ask you, you
24  speak and understand English okay; is that correct?
25       A.   A little bit, not -- this is my second
```

```
 1   the compactor and get the key and I notice my key
 2   still is stuck in my (indicating)...  So I report it
 3   to my supervisor.
 4        Q.   Okay.  So, can you think about what time
 5   this was?
 6        A.   7:30 I clock in.  We have a briefing.  After
 7   briefing, sir, that's it.
 8        Q.   So 10, 15 minutes, half hour, something like
 9   that?
10        A.   Fifteen or less than 30 minutes.
11        Q.   Okay.
12        A.   Around eight o'clock.
13        Q.   So now is it your job to compact?
14        A.   Yes, sir.  That's my first job.
15        Q.   First job?
16        A.   Yeah.
17        Q.   Okay.
18        A.   Because I pass by there.
19        Q.   Okay. And when you pass by there, do you
20   have to empty anything into the compactor or it's
21   already inside?
22        A.   No, sir.  I empty the dumpster then go to
23   the compactor then compact.
24        Q.   So there's a dumpster sometimes right in
25   front of the compactor?
```

```
 1      A.   Just in front, sir.
 2      Q.   Is that the same one that handles where the
 3 shoot is when the stuff comes down the shoot?
 4      A.   Yes, sir, that's the one.
 5      Q.   So it's on the other wall and you've got to
 6 roll --
 7      A.   Yeah, sir.
 8      Q.   So when you roll 'em over, how do you get it
 9 into the dumpster?  I'm sorry, how do you get the
10 dumpster contents, what's in the dumpster, how do get
11 'em in the compactor?
12      A.   Just push the -- what's the name of that?
13 The trash.  Then put in the --
14      Q.   Because there's a gate there, right, a big
15 gate?
16      A.   Yeah, there's a gate there coming from all
17 the floors up.  Then just pull on the compactor then
18 dump like that (indicating).
19      Q.   Oh, it lifts it up?
20      A.   There's a machine that goes...
21      Q.   Okay.  So you run the machine?
22      A.   Yes, sir.
23      Q.   Okay.  So was the dumpster kind of full?
24      A.   Half.
25      Q.   Half full.  So when you saw this card was
```

```
 1   after you ran or before?
 2        A.   After.  Because I start the compactor
 3   already.  First you get the -- going to the
 4   compactor, the dumpster, you get there.  Pull the
 5   compactor after dumping.  Then afraid the
 6   compactor -- so when the compactor -- oh, I saw.
 7        Q.   So let me make sure I understand.  As I say,
 8   when you come to that like loading dock area.
 9        A.   Yes.
10        Q.   You take the dumpster that's on the wall
11   underneath the shoot.
12        A.   Yes.
13        Q.   And you roll them over to where the
14   compactor is, right?
15        A.   Yes, sir.
16        Q.   You open the gate -- not open the gate, but
17   you slide it in.  It's got the two hooks, yeah, what
18   you call the pins, the hooks?
19        A.   Yeah, the pins.
20        Q.   So they go into the edge of the dumpster?
21        A.   Yes, sir.
22        Q.   Then you press the button?
23        A.   Yes.
24        Q.   It lifts the dumpster up and flips it over,
25   right, empty?
```

```
 1    A.   Just like that.
 2    Q.   And then it sets the dumpsters back down?
 3    A.   Yeah, back again.
 4    Q.   Then you roll them away?
 5    A.   Yeah.
 6    Q.   Then you come over to press the compactor?
 7    A.   Yes, press the compactor.
 8    Q.   Now, so when did you first see the card;
 9  after you rolled the dumpster back and just before
10  you pressed the compactor or already pressed the
11  compactor?
12    A.   No, sir.  I put back the --
13    Q.   The Dumpster?
14    A.   Yes, and then press the --
15    Q.   Button?
16    A.   -- the button for compactor.
17    Q.   All right.
18    A.   Then maybe around one, two -- when it's
19  almost empty, because I will get a broom to -- I saw
20  already the card.
21    Q.   So the compactor had already come forward
22  and smashed 'em?
23    A.   Yes, sir.
24    Q.   Smashed 'em one time?
25    A.   One or two.
```

```
 1        Q.   Okay.  And then you, what?  You looked
 2   inside?
 3        A.   Yes, sir.
 4        Q.   So where were you standing when you looked
 5   inside?
 6        A.   Just in front, sir.
 7        Q.   So you have to lean over the rail to look?
 8        A.   Yeah, if you're -- you can just see.
 9        Q.   Yeah, because the compactor is lower, right,
10   below that?
11        A.   Because I see inside of the -- the cord you
12   see on the -- when compression up, then see inside.
13        Q.   So you were going to sweep more stuff into
14   the compactor?
15        A.   Yeah.  Then the compactor is moving.
16        Q.   It's already starting to move, right?
17        A.   Yes, sir.
18        Q.   So you get --
19        A.   I suddenly stopped it.
20        Q.   I have like this (indicating).  If this is
21   the compactor, right, and you have -- at one end you
22   have the thing that comes forward, right?
23        A.   Yes, sir.
24        Q.   So when it comes forward, it's already
25   jamming the stuff up in front, yeah?
```

```
 1      A.   Yes.
 2      Q.   So do you see the card where all the trash
 3 is or behind where it's empty?
 4      A.   No, I just saw the cord, sir.
 5      Q.   The cord.  Oh, you just see the cord.
 6      A.   I don't know if -- I know it's a cord of a
 7 key but I didn't see the key.
 8      Q.   Okay.  You didn't see the key?
 9      A.   No, but just the cord.  Then I stopped, then
10 go inside and get.  So then I saw, oh, it's not my
11 key.  It's number 2 and my key is 75?
12      Q.   Okay.  When you saw the cord, what?  You
13 recognized the cord as the kind that's attached to a
14 key, special kind of cord?
15      A.   Yeah, because we have all the same cord,
16 sir.
17      Q.   Tell me, what does that cord look like?
18 What is it made of?
19      A.   Red.  It's like just a cord.
20      Q.   Do you have yours with you?
21      A.   I just returned, sir.
22      Q.   Is it plastic?
23      A.   Nylon.
24      Q.   Nylon.  Okay.  So you stopped the compactor?
25      A.   Yes, sir.
```

```
 1                    C E R T I F I C A T E

 2

 3   STATE OF HAWAII            )
                                )SS.
 4   COUNTY OF HONOLULU         )

 5

 6              I, Lisa J. Groulx, Court Reporter and

 7   Notary Public, State of Hawaii, do hereby certify:

 8              That on Thursday, February 3, 2005, at

 9   2:25 p.m., that the proceedings contained herein was

10   taken down by me in machine shorthand and was

11   thereafter reduced to computerized transcription

12   under my supervision; that the foregoing represents,

13   to the best of my ability, a true and correct copy of

14   the transcript of proceedings had in the foregoing

15   matter.

16              I further certify that I am not of

17   counsel for any of the parties hereto, nor in any way

18   interested in the outcome of the cause named in this

19   caption.

20              Dated this 12th day of February, 2005.

21

22              _____

23              LISA J. GROULX, COURT REPORTER

24              Notary Public, State of Hawaii

25              My commission expires:  5/15/06
```