# Exhibit "F"

Case 1:04-cv-00583-BMK    Document 84-10    Filed 09/03/2008    Page 1 of 9



Exhibit "F"













