# Exhibit "G"

# (CCTV tape of January 5, 2003)