# Exhibit "I"

**FORMAL COMPLAINT OF DISCRIMINATION**
For use of this form, see AR 690-600; the proponent agency is OSA

RECEIVED 3/29/01

**PRIVACY ACT STATEMENT (6 USC 552a)**

**Authority:** Public Law 92-261.

**Principle Purpose:** Formal filing of allegation of discrimination because of race, color, religion, sex, handicap, age, national origin or reprisal.

**Routine Uses:** This form and the information on this form may be used, (a) as a data source for complaint information for production of summary descriptive statistics and analytical studies of complaints processing and resolution efforts and may also be used to respond to general requests for information under the Freedom of Information Act; (b) to respond to requests from legitimate outside individuals or agencies (e.g., Members of Congress, The White House, and the Equal Employment Opportunity Commission (EEOC) regarding the status of the complaint or appeal; and (c) to adjudicate complaint or appeal.

**Disclosure:** Voluntary; however, failure to complete all appropriate portions of this form may lead to rejection of complaint on the basis of inadequate data on which to determine if complaint is acceptable.

1. **NAME OF COMPLAINANT** (Last, First, Middle Initial): Imai, Samud
2. **SSN**: 3282
3b. **HOME TELEPHONE NO**: [redacted]
3a. **WORK TELEPHONE NO**: 955-0555
4. **ADDRESS**: Honolulu, HI
5. **ARE YOU BEING REPRESENTED?** XX a. Yes (Complete 5c) ☐ b. No
5c. **IF YES, NAME OF REPRESENTATIVE**: Joseph DeLorey &/or Richard Zamora
    **ADDRESS**: 2055 Kalia Rd., Honolulu, HI 96815
6a. **NAME OF ARMY ORGANIZATION YOU BELIEVE DISCRIMINATED AGAINST YOU**: Hale Koa Hotel
7. **MAJOR ARMY COMMAND OF ACTIVITY YOU BELIEVE DISCRIMINATED AGAINST YOU**:
8. **DATE ON WHICH MOST RECENT ALLEGED DISCRIMINATION OCCURRED**: 3 Dec 00
9. **ARE YOU WORKING FOR THE FEDERAL GOVT?** ☒ a. Yes (Complete items 10, 11 and 12) ☐ b. No
10. **NAME OF AGENCY WHERE YOU ARE CURRENTLY EMPLOYED**: Hale Koa Hotel
11. **ADDRESS OF YOUR CURRENT EMPLOYER**: 2055 Kalia Rd., Honolulu, HI
12a. **TITLE OF YOUR CURRENT JOB**: Housekeeping - Lobby Women
12b. **GRADE**: 2, Step 5

13. **Reason you believe you were discriminated against** (Check Below):
a. RACE —
b. COLOR —
c. RELIGION —
d. NATIONAL ORIGIN —
e. HANDICAP ☐ Mental ☐ Physical
f. SEX ☒ Female ☐ Male
g. AGE —
h. REPRISAL — for seeking relief

14. **I HAVE DISCUSSED MY COMPLAINT WITH AN EEO COUNSELOR**: XX a. Yes (Complete 14c) ☐ b. No
14c. **NAME OF COUNSELOR**: Roy Robbins
15. **DATE OF FINAL INTERVIEW**: 3/16/01

16. **EXPLAIN SPECIFICALLY HOW YOU WERE DISCRIMINATED AGAINST**
Allegation No. 1:

see attached two page statement and attachments "A" and "B"

17. LIST IN ITEM 20 THE NAMES OF YOUR WITNESSES AND WHAT FACTUAL INFORMATION EACH WILL BE EXPECTED TO CONTRIBUTE THROUGH HIS/HER TESTIMONY TO THE INVESTIGATION OF YOUR COMPLAINT: see 16

18. WHAT SPECIFIC CORRECTIVE ACTION DO YOU WANT TAKEN ON YOUR COMPLAINT: see 16

DA FORM 2590-R, AUG 89    DA FORM 2590-R, DEC 85 IS OBSOLETE

2

**Exhibit "I"**

**19.** HAVE THE MATTERS LISTED IN ITEM 16 BEEN APPEALED TO THE MERIT SYSTEM PROTECTION BOARD OR FILED UNDER A NEGOTIATED GRIEVANCE PROCEDURE?
☐ a. Yes (Explain in item 20)    ☒ b. No

**20. REMARKS**

| 21. SIGNATURE OF COMPLAINANT | 22. DATE THIS COMPLAINT FORM WAS SIGNED BY THE COMPLAINANT (Month, day, year) |
|---|---|
| [signature] | 29 MAR 01 |

*To be Completed by the Organization's EEOO*

I certify that: (1) The complainant has reaffirmed this complaint in my presence and has stated that the facts contained therein are true to the best of his/her knowledge, (2) a determined effort at informal resolution of this complaint failed to produce a solution satisfactory to the complainant; and (3) local management in the appropriate chain of command has been informed concerning the complaint and its submission in the above format.

| 23. SIGNATURE OF EEOO | 24a. TYPED NAME AND TITLE OF EEOO |
|---|---|
| [signature] JUBILEE N. KUEWA | Jubilee N. Kuewa, EEOO |
| | 24b. ADDRESS OF EEOO |
| | EEO Office, USAG-HI, APVG-GE, STOP #407 |
| 25. DATE COMPLAINT FILED WITH EEOO | Fort Shafter, Hawaii  96858-5000 |
| 29 March 2001 | 26. TELEPHONE NO. OF EEOO PROCESSING COMPLAINT |
| | (808) 438-1132 |

The matter(s) giving rise to the complaint will be coded using one or more of the following codes.

| CATEGORY | CODE | CATEGORY | CODE | CATEGORY | CODE |
|---|---|---|---|---|---|
| Appointments | (1) | Training | (9) | Reprisal | (17) |
| Promotion | (2) | Time & Attendance | (10) | Pay, Including Overtime | (18) |
| Reassignment | (3) | Retirement | (11) | Conversion to Full Time | |
| Separation/Termination | (4) | Assignment of Duties | (12) | Career Conditional | (19) |
| Suspension | (5) | Exam/Test | (13) | Reinstatement | (20) |
| Reprimand | (6) | Work Conditions | (14) | Awards | (21) |
| Evaluation/Appraisal | (7) | Harassment | (15) | And/Or Other (Specify) | (22) |
| Duty Hours | (8) | Sexual Harassment | (16) | | |

27. Enter Code(s) for Matter(s) Giving Rise to the Complaint → **15**

INFORMATION CONCERNING THE PROCESSING OF YOUR COMPLAINT OF DISCRIMINATION

REVERSE, DA FORM 2590-R, AUG 89                                                USAPPC V1.00

3

Box No. 16 – (A) I have been discriminated against by my employer based upon my sex (female).

I have been subject to continued harassment by one manager, Ms. Kathleen Hamlin. That harassment has been allowed to continue and been ratified by my employer. I have complained about the disparate treatment and harassment that I have been subjected to, yet Ms. Hamlin's behavior towards me has remained unchanged.

I have been subject to reprimand by my superior which was administered in front of my co-workers. When and if my male co-workers have been reprimanded, that has taken place behind closed doors. I am the only employee on my shift who has been subject to this type of public reprimand.

Certain of my male co-workers have been encouraged by Ms. Hamlin to compose letters of complaint about my failing to help them at Koko's café, when in fact she was aware that I did not report to Koko's café because she had assigned me elsewhere. These employees were allowed to sit in Koko cafe and compose these letters, when earlier, I had been chastised for sitting in Koko's cafe making out my worksheet.

Since Dec. 3rd, I have done the best I could with the help of my husband to provide a detailed record of Ms. Hamlin's behavior towards me. I have also entered incidents where Ms. Hamlin's behavior towards me has been distinct from her behavior towards my male co-workers. The chronology of events runs from Dec. 3rd through March 26th. It is marked "A 1- 16."

Mr. Robbin's letter stated that the complainant may only raise "matters that have been counseled or are like or related to the matters counseled." The attached chronology articulates like or related matters.

In addition, I have also attached a chronology detailing the events of Oct. 29th through Nov. 13th. It is marked "B 1-3."

(B) I restate the above, and allege that the behavior of Ms. Hamlin, and the Hotel's ratification of that behavior, was motivated, in part, because I sought relief through the intervention of my union, and sought relief through the filing of the informal complaint on Dec. 12, 2000.

Box No. 17 - Samud Imai will testify as to all allegations of disparate treatment and harassment.

Richard Imai will testify as to his conversations with various hotel officials, and their responses, or lack thereof, to the issues he has raised. He will also testify as to the emotional and physical damage the conduct of the hotel has caused Ms. Imai.

Her treating physician from Kaiser, and representatives of the mental health clinic to whom she has been referred through Kaiser.

Ms. Kathleen Hamlin, who will testify as to her conduct.

Mr. Pauline Souza, who will testify as to the conduct of the housekeeping department towards Ms. Imai and others.

The members of the "swing shift," among whom are Eddie Koh, Simian (last name ?), Joe (last name ?), Billy (last name ?), Efren (last name ?), and Amande (last name ?).

Matilda (last name ?), who works as Ms. Imai's supervisor on Monday and Tuesday. She will testify as to the treatment of Ms. Imai, and will also be asked to

4

distinguish between the treatment of Ms. Imai on Mondays (when Ms Hamlin is working) and Tuesdays (when Ms. Hamlin is not).

Emily (last name ?) who works as Ms. Imai's supervisor Saturdays and Sundays. She will testify as to the treatment of Ms. Imai, and will also be asked to distinguish between the treatment of Ms. Imai on Saturdays (when Ms. Hamlin is not working) and Sundays (when Ms. Hamlin is working).

Emme (last name ?) who formerly had been the substitute supervisor and is now performing other duties. She will be expected to testify as to the treatment of Ms. Imai by Ms. Hamlin.

Ms. Blanca Larsen, a co-worker, will testify as to her observations concerning Ms. Hamlin' treatment of Ms. Imai and others.

Mr. John Lee, who will be asked to testify about his conversations with Mr. Imai, and his knowledge of the treatment of Ms. Imai by Ms. Hamlin and other supervisory housekeeping staff.

Mr. Don McKinnon, who can testify as to the efficacy of past efforts to address similar issues.

Winnie Nemoto, who will testify as to the conduct of the housekeeping department towards Ms. Imai and others.

Melissa (last name ?), a former clerk no longer working at the Hale Koa who will testify as to her observations concerning Ms. Hamlin's treatment of Ms. Imai and others.

Tony (last name ?), a former clerk and supervisor who is no longer working at the Hale Koa who will testify as to her observations concerning Ms. Hamlin's treatment of Ms. Imai and others.

Diane (last name ?) a former supervisor for vacation relief who is no longer working at the Hale Koa who will testify as to her observations concerning Ms. Hamlin's treatment of Ms. Imai and others.

Matila (last name ?) former manager who was terminated from employment at the Hale Koa who will testify as to her observations concerning Ms. Hamlin's treatment of Ms. Imai and others.

Box No. 18 – The Complainant asks that she be made whole for all pecuniary and non-pecuniary damages suffered as a result of the discrimination against her on the part of the hotel. She specifically asks for damages for all lost wages, all medical costs, and all other compensatory damages, including but not limited to emotional pain, suffering, inconvenience, mental anguish, damage to reputation, and loss of enjoyment of life.

In addition, the Complainant asks that the employer take such steps as are most effective to prevent the complained of conduct from occurring again. The Complainant asks that the employer be permanently enjoined from taking any further retaliatory action against her. The Complainant also asks that such other steps be taken as to provide an appropriate and effective means for response to any similar complaint she may raise in the future. The Complainant also seeks such other relief as is meet and just. The Complainant also seeks the payment of attorney's fees and re-imbursement for any and all other costs related to the processing of this complaint