# Exhibit "J"

## EEO COUNSELING CERTIFICATION NOTICE

TO        : Equal Employment Opportunity Office

FROM : Samud Imai

SUBJECT: Certification of Receipt of Rights and Responsibilities

1. I certify that I have been advised of my Rights and Responsibilities (attached) available to me under the Equal Employment Opportunity Commission's (EEOC) regulations governing the processing of complaints under the federal sector equal employment opportunity (EEO) process that went into effect on November 9, 1999. I also certify that I have been advised of:

   a. My right to choose between Alternative Dispute Resolution (ADR) or EEO counseling.

   b. My right to anonymity prior to filing a formal complaint.

   c. My right to be accompanied, represented and advised during counseling and administrative processing of my complaint by a representative designated in writing.

   d. My responsibilities during the administrative processing of my complaint.

2.   At this time (check one):

_____✓_____          I request EEO Counseling in the processing of my complaint.

_____          I request Alternative Dispute Resolution (ADR) in the processing
                     of my EEO complaint.

_____✓_____          I give permission for my name to be used in the inquiry.
                     (Anonymity waived)

_____          I request anonymity during counseling.

_____          I do not have a representative at this time.

_____✓_____          I have a representative who (is) is not (circle the correct response)
                     an attorney and whose name and address is provided below.

Name  SAMUD  IMAI   Smith Himmelmann, AAL, ALC

Address  [redacted]   841 Bishop St. #909

City/State/Zip  Hon      Honolulu, HI 96813

Telephone (Office)  523-6060

Telephone (Home)  _____

**40**

## Exhibit "J"

0000119

SUBJECT: Certification of Receipt of Rights and Responsibilities

3.  If I later choose to have representation (attorney or non-attorney). I will inform the EEO Office immediately, and provide the address and phone number of the person.

4.  I understand that payment of attorney's fees, if I am successful in a formal complaint, requires prompt notification to the EEO Officer of such representation.

5.  I understand that if my representative is an attorney, all official correspondence, documents and decision (s) will be served on my attorney, and not on me.

6.  If my representative is not an attorney, all official correspondence will be served on me with a copy to my representative; the case file, report of investigation, hearing transcript(s) and the administrative judge's finding and conclusions will be served on me and not my non-attorney representative.

7.   I understand that when I agree to participate in an established ADR program, the written notice terminating the counseling period will be issued upon completion of the dispute resolution process or within ninety (90) calendar days of the first contact with the EEO Counselor, whichever is earlier

8.  I understand that if I file two or more complaints, the agency must consolidate them after appropriate notice to me.

9.  I also understand that I must inform the EEO Office of a change of address immediately and that my failure to do so may be a basis for dismissal.

_____
(Signature of Aggrieved Person)

4/11/03
(Date)

Attachment
Notice of Rights and Responsibilities

**41**

0000120