# Exhibit "K"

Case 1:04-cv-00583-BMK   Document 84-15   Filed 09/03/2008   Page 1 of 4

# FORMAL COMPLAINT OF DISCRIMINATION

For use of this form, see AR 690-600; the proponent agency is OSA

RECEIVED MAY 27 2003

## PRIVACY ACT STATEMENT (6 USC 552a)

**Authority:** Public Law 92-261.

**Principle Purpose:** Formal filing of allegation of discrimination because of race, color, religion, sex, handicap, age, national origin or reprisal.

**Routine Uses:** This form and the information on this form may be used: (a) as a data source for complaint information for production of summary descriptive statistics and analytical studies of complaints processing and resolution efforts and may also be used to respond to general requests for information under the Freedom of Information Act; (b) to respond to requests from legitimate outside individuals or agencies (e.g., Members of Congress, The White House, and the Equal Employment Opportunity Commission (EEOC) regarding the status of the complaint or appeal; and (c) to adjudicate complaint or appeal.

**Disclosure:** Voluntary; however, failure to complete all appropriate portions of this form may lead to rejection of complaint on the basis of inadequate data on which to determine if complaint is acceptable.

1. **NAME OF COMPLAINANT** (Last, First, Middle Initial)
   IMAI, Samud

2. **SSN**
   [redacted]-3282

3b. **HOME TELEPHONE NO.** [redacted]
3a. **WORK TELEPHONE NO.** N/A

4. **ADDRESS** (Include City, State, and ZIP Code)
   Honolulu, Hawaii [redacted]

5. **ARE YOU BEING REPRESENTED?**
   [X] a. Yes (Complete 5c)   [ ] b. No

5c. **IF YES, NAME OF REPRESENTATIVE**
   Elbridge W. Smith, SMITH HIMMELMANN, AAL, ALC

6a. **NAME OF ARMY ORGANIZATION YOU BELIEVE DISCRIMINATED AGAINST YOU**
   Hale Koa Hotel

6b. **ADDRESS OF ALLEGED DISCRIMINATION ORGANIZATION** (Include City, State, and ZIP Code)
   2055 Kalia Road
   Honolulu, HI 96815-1998

7. **MAJOR ARMY COMMAND OF ACTIVITY YOU BELIEVE DISCRIMINATED AGAINST YOU**

8. **DATE ON WHICH MOST RECENT ALLEGED DISCRIMINATION OCCURRED**
   11 MAR 2003

9. **ARE YOU WORKING FOR THE FEDERAL GOVT.?**
   [ ] a. Yes (Complete items 10, 11 and 12)
   [X] b. No (Skip to item 13)

10. **NAME OF AGENCY WHERE YOU ARE CURRENTLY EMPLOYED**

11. **ADDRESS OF YOUR CURRENT EMPLOYER** (Include City, State, and ZIP Code)

12a. **TITLE OF YOUR CURRENT JOB**

12b. **GRADE**

13. Reason you believe you were discriminated against (Check Below).

| | | | | |
|---|---|---|---|---|
| X | a. RACE (State your Race) → Asian | X | e. HANDICAP [X] Mental [X] Physical | |
| X | b. COLOR (State your Color) → Brown | X | f. SEX [X] Female [ ] Male | |
| | c. RELIGION (State your Religion) → | X | g. AGE (Specify Age) → 52 | |
| X | d. NATIONAL ORIGIN (State Natl. Origin) → Thailand | X | h. REPRISAL | |

14. **I HAVE DISCUSSED MY COMPLAINT WITH AN EEO COUNSELOR** (See Reverse)
    [X] a. Yes (Complete 14c)   [ ] b. No

14c. **IF YES, NAME OF COUNSELOR**
    George Chun

15. **DATE OF FINAL INTERVIEW**

16. **EXPLAIN SPECIFICALLY HOW YOU WERE DISCRIMINATED AGAINST** (That is, treated differently from other employees or applicants, because of your race, color, religion, sex, national origin, age, mental or physical handicap, or reprisal.) (If your complaint involves more than one basis for your dissatisfaction, list and number each such allegation separately and furnish specific, factual information in support of each.) (Use additional sheets, if necessary.)

**Allegation No. 1:**

Terminated from position as a NA-3566 Custodial Worker. Reasons are untrue and retaliatory and further motivated by discriminatory animus against me from supervisor-manager Kathleen Hamlin.

(continued)

17. LIST IN ITEM 20 THE NAMES OF YOUR WITNESSES AND WHAT FACTUAL INFORMATION EACH WILL BE EXPECTED TO CONTRIBUTE THROUGH HIS/HER TESTIMONY TO THE INVESTIGATION OF YOUR COMPLAINT.

18. WHAT SPECIFIC CORRECTIVE ACTION DO YOU WANT TAKEN ON YOUR COMPLAINT? (If more than one allegation is being made, state overall corrective action desired and the specific corrective action desired for each separate allegations.)

Restored to duty; clean record, reasonable accommodations, fair and full duties and pay, medical expenses, back pay, benefits and leave, compensatory damages.

DA FORM 2590-R, AUG 89            DA FORM 2590-R, DEC 85 IS OBSOLETE            USAPA V2.00

2

Exhibit "K"

0000081

| 19. | HAVE THE MATTERS LISTED IN ITEM 16 BEEN APPEALED TO THE MERIT SYSTEM PROTECTION BOARD OR FILED UNDER A NEGOTIATED GRIEVANCE PROCEDURE? |
|---|---|
| | ☐ a. Yes *(Explain in item 20)*  ☒ b. No |

**20. REMARKS**

| 21. SIGNATURE OF COMPLAINANT | 22. DATE THIS COMPLAINT FORM WAS SIGNED BY THE COMPLAINANT *(Month, day, year)* |
|---|---|
| *[signature]* | MAY 2 2 2003 |

*To be Completed by the Organization's EEOO*

I certify that: (1) The complainant has reaffirmed this complaint in my presence and has stated that the facts contained therein are true to the best of his/her knowledge; (2) a determined effort at informal resolution of this complaint failed to produce a solution satisfactory to the complainant; and (3) local management in the appropriate change of command has been informed concerning the complaint and its submission in the above format.

| 23. SIGNATURE OF EEOO | 24a. TYPED NAME AND TITLE OF EEOO |
|---|---|
| *[signature]* | LILLIAN SHBATA, EEOO |
| | 24b. ADDRESS OF EEOO |
| | APVG GE, STOP 407, USAG-HI, EEO Office Fort Shafter, HI 96858-5000 |
| 25. DATE COMPLAINT FILED WITH EEOO | 26. TELEPHONE NO. OF EEOO PROCESSING COMPLAINT |
| 27 May 2003 | (808) 438-1132 |

The matter(s) giving rise to the complaint will be coded using one or more of the following codes:

| CATEGORY | CODE | CATEGORY | CODE | CATEGORY | CODE |
|---|---|---|---|---|---|
| Appointment | (1) | Training | (9) | Reprisal | (17) |
| Promotion | (2) | Time & Attendance | (10) | Pay, Including Overtime | (18) |
| Reassignment | (3) | Retirement | (11) | Conversion to Full Time/ | |
| Separation/Termination | (4) | Assignment of Duties | (12) | Career Conditional | (19) |
| Suspension | (5) | Exam/Test | (13) | Reinstatement | (20) |
| Reprimand | (6) | Work Conditions | (14) | Awards | (21) |
| Evaluation/Appraisal | (7) | Harassment | (15) | And/Or Other (Specify) | (22) |
| Duty Hours | (8) | Sexual Harassment | (16) | | |

| 27. Enter Code(s) for Matter(s) Giving Rise to the Complaint → | 4 | 9 | 12 | 15 | 22 | | |

## INFORMATION CONCERNING THE PROCESSING OF YOUR COMPLAINT OF DISCRIMINATION

This form will be used only if you, as an Army employee or as an applicant for Federal employment, think you have been treated unfairly because of your race, color, religion, sex, national origin, age, mental or physical handicap, or reprisal. If you have any questions concerning the completion of this form, you may contact the Equal Employment Opportunity Officer (EEOO) at your activity.

Your written, formal complaint must be filed within 15 calendar days of the date of your final interview with the EEO counselor. If the matter has not been resolved to your satisfaction within 21 calendar days of your first interview with the EEO counselor and the final counseling interview has not been completed within that time, you have a right to file a complaint at any time thereafter up to 15 days after the final interview. Your written formal complaint must be filed within 15 calendar days of the date of your final interview with the EEO counselor. This time limit may be extended if you can give a good reason for not submitting the complaint within the 15 calendar day limit.

You may have a representative at all stages of the processing of your complaint. You or your representative should personally file your complaint with the EEOO of your activity.

If your complaint is accepted, you will have an opportunity to talk with an investigator from the U.S. Army Civilian Appellate Review Agency and to give him or her all the facts you have which you believe will support your complaint. If your complaint is rejected, you will be advised in writing of the reason(s) and advised of the right to appeal. Upon completion of the investigation of your complaint, you will receive a copy of the investigator's report and an attempt will be made to resolve the complaint then.

If your complaint cannot be settled informally on the basis of the investigation, you may request a review of your record by the Department of the Army Director of Equal Employment Opportunity, or you may request a hearing at this stage. If a hearing is requested, it will be conducted by an administrative judge designated by the EEOC. The findings, analysis, and recommendations will be forwarded to the Director of EEO for decision. You will be advised by the Director of the decision and provided a copy of the case record.

If you are not satisfied with the Director's decision, you will have the right to appeal to the Office of Review and Appeals of the EEOC, P.O. Box 19848, Washington, D.C. 20036, within 20 calendar days after receipt of the decision.

Please be specific in stating the facts concerning your complaint in items 15 through 19.

Attachment to DA Form 2590-R .................................... Samud IMAI

Item 16. (Continued):

Claim No. 2. Other women and I were denied proper training opportunities and work assignments for "heavy equipment" such as the floor buffers and as a result are no longer paid at the same compensation rate as male Custodial Workers, as we once were.

Claim No. 3. As a result of discrimination and retaliation against me as an Asian, brown skinned, older woman, who has complained about unequal treatment, I was required to use a floor buffer for which I had received inadequate proper training, resulting in an injury on the job; I was required to work in an area where I was unnecessarily exposed to toxic fumes, resulting in an injury on the job.

Claim No. 4. As a result of discrimination and retaliation against me as an Asian, brown skinned, older woman, who has complained about unequal treatment, I suffer continuing hostile environment and harassment since mid-2001, similar to that alleged in my prior complaint, and including criticizing and monitoring my work, and counseling me, more closely than other Custodial workers, which has interfered with my work performance, my concentration, my mental and physical health, causing me lost sick/annual leave and medical expenses