EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

EDRIC M. CHING   #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SAMUD IMAI, | ) | CIVIL NO. 04-00583 SPK BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | [RE: DEFENDANTS' RESPONSE AND |
| | ) | OBJECTIONS TO PLAINTIFF'S |
| FRANCIS J. HARVEY, | ) | RULES 33 AND 34 REQUEST FOR |
| Secretary, Department of | ) | PHYSICAL INSPECTION, |
| the Army; HALE KOA HOTEL | ) | PRODUCTION AND COPYING OF |
| | ) | IMAGES AND UNDER SHORTENED |
| Defendants. | ) | TIME] |
| _____ | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the DEFENDANTS' RESPONSE AND OBJECTIONS TO PLAINTIFF'S RULES 33 AND 34 REQUEST FOR PHYSICAL INSPECTION, PRODUCTION AND COPYING OF IMAGES AND UNDER SHORTENED TIME was duly served upon the following persons by depositing said copy in the United States Mail, postage prepaid, on this date, as set forth below:

```
Elbridge W. Smith, Esq.
Smith Himmelman
Topa Financial Center, Suite 311
745 Fort Street
Honolulu, HI 96813

Raymond W. Laing
Attorney at Law
470 Meadow Way
San Geronimo, CA 94903

Attorneys for Plaintiff
```

DATED: September 8, 2008, at Honolulu, Hawaii.

```
                        EDWARD H. KUBO, JR.
                        United States Attorney
                        District of Hawaii
                        /s/ Edric M. Ching

                        By_____
                          EDRIC M. CHING
                          Assistant U.S. Attorney

                        Attorneys for Defendants
                        FRANCIS J. HARVEY, Secretary,
                        Department of the Army; HALE
                        KOA HOTEL
```